(d)      si el CPA Independiente no tiene observaciones que informar en cuanto a los incisos (b) y (c) de esta Sección 8.1, así lo indicará al Municipio por escrito dentro del periodo de noventa (90) días antes definido.

MEDHS y el Municipio coordinarán la forma y cualquier solicitud por escrito de tiempo adicional solicitada por MEDHS para someter los informes antes descritos ante el Administrador del Contrato.

MEDHS también someterá a la atención del Administrador del Contrato cualquier otro informe, documento o información que le sea requerido, como parte del cumplimiento de sus obligaciones como administrador y operador del Hospital, por Entidades Gubernamentales y Agencias Acreditadoras. Cualquier informe de las Agencias Acreditadoras o de las Entidades Gubernamentales que señale deficiencias será sometido por MEDHS al Administrador del Contrato dentro de un término de siete (7) días de su recibo. MEDHS también someterá al Administrador del Contrato, dentro del plazo que le sea otorgado a MEDHS, cualquier plan correctivo que sea requerido en el informe de deficiencias por las Entidades Gubernamentales o las Agencias Acreditadoras.

8.2      Comité de Auditorías.

El Alcalde queda facultado para nombrar un comité de auditorías (en adelante, el "Comité de Auditorías"), según lo entienda necesario y conveniente para evaluar, analizar y estudiar las operaciones administrativas y fiscales del Hospital. Las facultades del Comité de Evaluación incluirán el análisis y el estudio del Plan Estratégico, el sistema de control de las finanzas, el presupuesto, las proyecciones económicas y financieras, las deficiencias, y la calidad de los servicios directamente ofrecidos por MEDHS o por los Subcontratistas en el Hospital, a tenor con el Interés Público. MEDHS proveerá al Comité de Auditorías, en conformidad con las Leyes Aplicables, los recursos, los documentos y la información que sean necesarios para que el Comité de Auditorías pueda realizar investigaciones, evaluaciones y análisis efectivos sobre las operaciones administrativas y fiscales que MEDHS efectúe en el Hospital durante el Término del Contrato.

Luego de su investigación, evaluación y análisis, el Comité de Auditorías preparará informes en los cuales detallará las determinaciones de hechos, conclusiones, opiniones jurídicas, señalamientos y recomendaciones al Alcalde en relación a las operaciones fiscales, operaciones médico-hospitalarias y la calidad de los Servicios de Salud.

MEDHS llevará a cabo operaciones contables y financieras de las actividades que efectúe en el Hospital, manteniendo records de esas actividades por un periodo mínimo de seis (6) años. Dichas actividades contables y financieras serán independientes y separadas de las actividades financieras y contables de cualquier otro negocio y/o actividad que MEDHS y sus subsidiarias, si alguna, realicen en Puerto Rico.

8.3   Visitas del Municipio.

El Municipio podrá visitar los Bienes Inmuebles Arrendados en cualquier momento y para cualquier propósito que entienda adecuado, sujeto únicamente a que someta una notificación escrita con cinco (5) días calendario de anticipación al Director Ejecutivo del Hospital. El Municipio incluirá una breve descripción del propósito de la visita como parte de la notificación.

Las Partes entienden que las disposiciones de este Artículo 8 no limitan, de ninguna manera, la facultad que las Entidades de Gobierno y Agencias Acreditadoras pudieran tener, bajo las Leyes Aplicables o como condición para la otorgación de acreditaciones, para inspeccionar, visitar, supervisar o monitorear la administración y operación del Hospital.

8.4   Visitas de Entidades de Gobierno.

MEDHS notificará al Administrador del Contrato sobre cualquier visita a ser realizada por representantes de Entidades de Gobierno, incluidos el Departamento de Salud y las Agencias Acreditadoras. La notificación será hecha con, al menos, quince (15) días de anticipación. MEDHS podrá hacer la notificación en un plazo menor si la visita de los representantes de la Entidad Gubernamental es realizada sin aviso previo o con poca anticipación.

8.5   Condiciones Financieras Restrictivas.

MEDHS procurará que el Subcontratista Administrador observe y cumpla con las siguientes condiciones restrictivas.

(a) Que el Subcontratista Administrador cuente con capital líquido, facilidades de una línea de crédito y apoyo financiero adicional (en adelante, los "Recursos Financieros") según se describe a continuación:

1.   La capitalización líquida inicial del Subcontratista Administrador será, como mínimo, de cinco millones dólares ($5,000,000) en acciones comunes y/o en acciones preferidas cuyos dividendos no serán acumulativas y estarán sujetos a la Sección 8.5(b)1. Esta capitalización líquida inicial deberá ser sustentada por los siguientes documentos: (i) el certificado de incorporación; (ii) cualquier resolución de la Junta de Directores sobre la estructura de capital de la compañía, así como cualquier resolución separada autorizando a emitir acciones; (iii) copias certificadas de los certificados de las acciones emitidas; (iv) los estados financieros interinos, compilados por el CPA Independiente, requeridos en la Sección 8.1, a la Fecha de Efectividad; y/o (v) cualquier otro documento que sea necesario o que el Municipio entienda adecuado.   Los Recursos Financieros serán utilizados en conformidad con las disposiciones de esta Sección 8.5.

2.   El Subcontratista Administrador obtendrá la aprobación bancaria de una línea de crédito para uso de capital de operaciones por la cantidad de tres millones ($3,000,000) de dólares.   La aprobación bancaria de la línea de crédito será evidenciada mediante la presentación de los documentos que el Municipio entienda adecuados.

3. El Subcontratista Administrador obtendrá de algunas o todas las personas naturales o jurídicas que posean acciones de ésta un compromiso de respaldo financiero para sustentar las operaciones del Hospital y cumplir con el Plan de Desarrollo. El capital así generado podrá ser usado para permitir al Subcontratista Administrador cumplir con el Plan de Desarrollo, liquidez mínima y las reservas de capital adicional requeridos.

4. El Subcontratista Administrador tendrá reservas de cincuenta por ciento (50%) de las ganancias anuales para la adquisición de equipo y mejoras conforme al Plan de Desarrollo (en adelante, las Ganancias Acumuladas Restrictas"). Dicha reserva se nutrirá y estará basada en los ingresos netos proyectados de la operación del Hospital, según surge de los Estados Financieros Proyectados, incluidos en el Anejo I. Los niveles de las Ganancias Acumuladas Restrictas se establecen en los Estados Financieros Proyectados, incluidos en el Anejo I, para el primer, segundo y tercer año de operaciones, respectivamente. Si el Subcontratista Administrador no logra alcanzar el nivel de Ganancias Acumuladas Restrictas antes mencionado, la garantía descrita en el inciso 3 anterior será activada por la diferencia entre las cantidades que representen la Ganancia Acumulada Restricta actual y la Ganancia Acumulada Restricta proyectada al término del tercer año. Cuando la garantía descrita en el inciso 3 anterior alcance un cincuenta por ciento (50%) de su monto total, el Subcontratista Administrador deberá restablecerla al cien por ciento (100%) dentro de ciento ochenta (180) días.

Los requisitos financieros y documentos que demuestren cumplimiento con los requisitos de los párrafos (1) y (2) anteriores, deberán ser sometidos a la Fecha de Efectividad.

(b) Que el pago de dividendos y el uso de las Ganancias Acumuladas Restrictas y de los Recursos Financieros sea restringido de la siguiente manera:

1. Restricciones al pago de dividendos para las acciones comunes.

El Subcontratista Administrador podrá declarar y pagar dividendos si el ingreso después del pago de contribuciones sobre ingresos de corporaciones ("net income") excede la cantidad de dos millones ($2,000,000) de dólares en cualquier año de operaciones, según reportados en los informes financieros requeridos en la Sección 8.1. El total de dividendos declarados y/o pagados a las acciones comunes y preferidas no excederá el cincuenta por ciento (50%) del ingreso neto después del pago de contribuciones sobre ingresos de corporaciones. El balance restante del ingreso neto será transferido a una partida de Ganancias Acumuladas Restrictas, las cuales serán usadas según descrito en la Sección 8.5(b)3b.

2. Que la liberación de la restricción del cincuenta por ciento (50%) en la declaración de dividendos a las acciones comunes se realice en conformidad a lo siguiente:

El Municipio podrá autorizar la liberación de la restricción del cincuenta por ciento (50%) de la declaración de dividendos a las acciones comunes luego del tercer año de operaciones, sujeto a que las Ganancias Acumuladas Restrictas del Hospital alcancen las cantidades establecidas según los Estados Financieros Proyectados incluidos en el Anejo I. El total de dividendos declarados y/o pagados

a las acciones comunes y preferidas podrá alcanzar el setenta y cinco por ciento (75%) del ingreso neto después del pago de contribuciones sobre ingresos de corporaciones a partir del año de operaciones siguiente al año en que las Ganancias Acumuladas Restrictas excedan la cantidad antes mencionada.

3. Que los usos permitidos de los Recursos Financieros y de las Ganancias Acumuladas Restrictas se realicen en conformidad a los siguiente:

   a. El capital líquido aportado definido en 8.5(a)(1) será utilizado exclusivamente para la adquisición de equipos nuevos y la realización de Mejoras Extraordinarias para el ofrecimiento de los Servicios de Salud y según el Plan de Desarrollo.

   b. Por su parte, las Ganancias Acumuladas Restrictas se reservarán para la adquisición de los equipos y las Mejoras Extraordinarias que sean necesarios para la operación de los grupos médicos que se integrarán a la facultad del Hospital, según se describe en el Plan de Desarrollo. Cualquier otro uso requerirá la aprobación del Municipio.

   c. La declaración de dividendos está restricta, excepto si se cumple con lo estipulado en la Sección 8.5(b)(1).

4. Liquidez mínima en la operación financiera del Hospital.

   a. MEDHS procurará que el Subcontratista Administrador mantenga una razón de liquidez en sus activos corrientes con respecto a los pasivos corrientes de 1:1 o sea, no menor de un dólar ($1) en activos corrientes por cada dólar ($1) de deuda o pasivos corrientes.

   b. De igual forma mantendrá una razón del total de activos con respecto al total de pasivos de 1.75:1 o sea, no menor de un dólar con setenta y cinco centavos ($1.75) en total de activos por cada dólar ($1) del total de deuda o pasivos del Hospital.

   c. De no mantenerse el mínimo de liquidez requerida en los dos incisos anteriores, se le requerirá a MEDHS gestionar la aportación de capital adicional necesario para cumplir los requisitos de liquidez. La aportación adicional será provista por las compañías afiliadas al Subcontratista Administrador. La garantía definida en 8.5(a)(3) también podrá ser usada para cumplir con los indicadores de liquidez mínima descritos en esta Sección 8.5(b)(4).

8.6    Administración del Contrato.

El Administrador del Contrato tendrá su oficina dentro del Hospital, sin cargo por el uso de esta oficina al Municipio, por lo cual las Partes identificarán un espacio de oficina adecuado para su uso dentro de los primeros treinta (30) días calendario inmediatamente posteriores a la Fecha de Efectividad.

El Administrador del Contrato será el representante del Alcalde y el Municipio ante MEDHS por lo cual contará con todas las facultades, derechos y deberes correspondientes al Municipio

bajo el Contrato y las Leyes Aplicables. Todas las comunicaciones que la Partes deban sostener por escrito serán hechas a través del Administrador del Contrato según dispuesto en la Sección 14.2.

Las Partes entienden que, a pesar de que el Administrador del Contrato tendrá su oficina dentro de las facilidades del Hospital, éste no tendrá ningún tipo de autoridad sobre los empleados de MEDHS o cualquier de los Subcontratistas y que cualquier comunicación que deba realizar en relación a la administración del Contrato será hecha en conformidad a lo dispuesto en la Sección 14.2.

MEDHS notificará e invitará al Administrador del Contrato con siete (7) días de anticipación sobre la celebración de las reuniones ordinarias de la Junta de Directores de MEDHS. MEDHS también notificará e invitará al Administrador del Contrato a las reuniones extraordinarias de la Junta de Directores de MEDHS. Las notificaciones a las reuniones extraordinarias serán hechas en la misma fecha en que se les notifique a los miembros de la Junta de Directores.

**ARTÍCULO 9**            **SEGUROS E INDEMNIZACIONES**

9.1    Seguro de Propiedad y Contingencia.

MEDHS obtendrá y mantendrá, a su propio costo, seguro de propiedad sobre los Bienes Arrendados y cualquier Mejora Extraordinaria que realice a éstos, en las cantidades que sean suficientes y equivalentes al costo total de reemplazo de aquéllos, sin deducción por depreciación, contra todo riesgo por pérdida física o daño que se incluya en la definición de una póliza de seguro para todo riesgo (en inglés, "All Risk") y extendida para incluir cubierta contra terremoto, movimientos de tierra, inundación, filtración de rociadores (en inglés, "sprinkler leakage"), ruptura de maquinaria y equipo eléctrico, riesgo de guerra, actos de terrorismo, tormentas, huracanes, explosión, desordenes civiles, accidentes causados por vehículos, helicópteros y aviones, demolición de estructuras y cualquier otro riesgo que el Municipio pudiera razonablemente designar. El seguro también cubrirá aumentos en los costos de construcción, costos de demolición y remoción de escombros y desperdicios.

9.2    Seguro de Responsabilidad Pública.

MEDHS obtendrá y mantendrá un seguro de responsabilidad pública, a su costo y para beneficio mutuo del Municipio y MEDHS, nombrando al Municipio como asegurado adicional, contra reclamaciones por lesiones personales, muerte y daños a la propiedad que surjan de la administración y operación del Hospital por parte MEDHS, ocurran éstas dentro de los Bienes Inmuebles Arrendados y/o en o alrededor a las áreas comunes compartidas con otros bienes inmuebles dentro del Centro Médico (incluyendo, sin limitación, lesión personal, muerte y daño a la propiedad que resulte de cualquier cambio, alteración, mejora o reparación de los Bienes Inmuebles Arrendados o áreas comunes) con límites que el Municipio entienda adecuados para protegerlo de sentencias o decisiones por lesiones, muerte y daños a la propiedad. A la Fecha de Efectividad, las Partes acuerdan que dicha póliza tendrá límites por la cantidad de cinco ($5,000,000) millones de dólares por evento y agregado por lesión

corporal y muerte y por daños a la propiedad. La póliza de seguro aquí requerida responderá primariamente sobre cualquier otra póliza de seguro que el Municipio posea, excepto si la pérdida, reclamación o acción es causada por negligencia del Municipio.

9.3    Prueba de Responsabilidad Financiera por Impericia Profesional.

MEDHS obtendrá y mantendrá prueba de responsabilidad financiera, a su costo y para beneficio mutuo del Municipio y MEDHS, nombrando al Municipio como asegurado adicional, contra acciones civiles de reclamación de daños por culpa o negligencia por impericia profesional que causen sus empleados, contratistas, consultores y demás personal en el desempeño de su profesión mientras dichas personas actúen en cumplimiento de sus deberes y funciones en el Hospital. Los términos de la prueba de responsabilidad serán en conformidad al Artículo 41.050 de la Ley Núm. 77 de 19 de junio de 1957, según enmendada, conocida como el Código de Seguros de Puerto Rico.

9.4    Fianza de Pago.

MEDHS obtendrá, presentará ante el Municipio, y mantendrá una fianza de cumplimiento de pago (en adelante, la "Fianza de Pago") (en inglés, "Payment Bond") para asegurar el cumplimiento con las obligaciones de pago al Municipio aceptadas y acordadas por MEDHS de conformidad con las disposiciones del Contrato. MEDHS mantendrá efectiva la Fianza de Pago en todo momento durante el Término del Contrato. El valor de la Fianza de Pago será suficiente para cubrir la cantidad equivalente al pago de doce (12) cánones de arrendamiento. MEHDS someterá ante el Municipio el certificado de fianza al Municipio dentro del periodo de siete (7) días calendario inmediatamente posterior a la fecha de efectividad y en o antes de cada fecha de aniversario del contrato.

El Municipio activará su derecho de reclamar las cantidades debidas por MEDHS a la compañía fiadora que expida la Fianza de Pago según dispuesto en la Sección 5.3 del Contrato. MEDHS someterá copia del certificado de la Fianza de Pago al Municipio dentro del periodo de cinco (5) días laborables inmediatamente posterior a la Fecha de Efectividad.

9.5    Aprobación Municipal de los Seguros de MEDHS.

Antes de la obtención de cada póliza de seguro de propiedad requerido en las secciones 9.1 a 9.4, MEDHS proveerá al Municipio, para su aprobación, una descripción detallada o copia del o los certificados de seguro, incluyendo los límites de las pólizas. La obtención de las pólizas originales y la renovación de éstas deberán contar con la aprobación previa y por escrito del Municipio. MEDHS someterá copias de los certificados de seguro dentro del periodo de siete (7) días calendario desde la firma del Contrato y en o antes de cada fecha de aniversario del contrato. El Contrato no se registrará con la Oficina del Contralor conforme a la Sección 14.13 hasta que MEDHS presente las copias de los certificados de seguro al Municipio.

9.6     Seguros Suplementarios.

MEDHS obtendrá y mantendrá aquellos seguros, en las cantidades que de tiempo en tiempo las Partes consideren adecuadas, contra otros riesgos asegurables o cubiertos por las pólizas específicamente exigidas en este Artículo 9. El Municipio no exige ningún seguro suplementario a la Fecha de Efectividad.

9.7     Aseguradoras y Pólizas.

Todos los seguros a ser obtenidos bajo este Artículo 9 serán obtenidos a través de aseguradores de capacidad reconocida y con licencia para hacer negocios en Puerto Rico y para asegurar riesgos en Puerto Rico. Los aseguradores tendrán una clasificación Best's Rating "A" o mejor, o si tal clasificación dejase de existir, una clasificación igual o mejor por un servicio de clasificación de aseguradores que sea aceptado por las Partes. MEDHS presentará y someterá ante el Municipio, a la Fecha de Efectividad, los certificados de seguro y las certificaciones de pago de éstas.

9.8     Ajustes.

(a)     Todas las pólizas de seguro requeridas en el Artículo 9 deberán incluir al Municipio como coasegurado.

(b)     Cada póliza contendrá una disposición a los efectos de que ningún acto u omisión de MEDHS o de los Subcontratistas afectará el límite de las obligaciones de la compañía aseguradora para el pago de las pérdidas que pudieran incurrirse.

9.9     Notificación de Cancelación.

Toda póliza contendrá un acuerdo de la compañía aseguradora a los efectos de que la póliza no será cancelada, no se deja de renovar ni será sustancialmente modificada sin que antes la aseguradora haya notificado por escrito al Municipio con al menos treinta (30) días de anticipación.

9.10    Obligación de MEDHS de Defender e Indemnizar al Municipio.

MEDHS defenderá e indemnizará al Municipio, a su Alcalde, sus empleados, contratistas, agentes y consultores (en adelante, cada uno un "Indemnizado del Municipio" y colectivamente, los "Indemnizados del Municipio") de y con respecto a cualquier Pérdida-y-Gasto que surja como resultado del ejercicio que realice MEDHS de sus derechos de uso, posesión, habitación, administración y operación de los Bienes Arrendados, sujeto a que la reclamación por Pérdida-y-Gasto sea atribuible a:

(a) lesiones físicas, enfermedad o muerte, o a lesión o destrucción de propiedad tangible que sea distinta a los Bienes Arrendados, causada o resultante de actos negligentes u omisiones de, o incumplimiento de las disposiciones en el Contrato por, MEDHS, sus oficiales, empleados, contratistas, agentes, consultores, Subcontratistas o cualquier

35

persona que esté directa o indirectamente empleada por MEDHS o cualquier persona por cuyos actos MEDHS sea responsable, independientemente de si la reclamación, daño, pérdida o gasto es causado parcialmente por un Indemnizado del Municipio. Cuando dichos daños son causados parcialmente por la negligencia de un Indemnizado del Municipio, la responsabilidad de MEDHS será reducida en proporción a dicha negligencia a base de la figura de negligencia comparada;

(b) la violación de cualquier patente, marca registrada o derecho de autor relacionada a los Equipos Biomédicos o programas de informática usados por MEDHS o los Subcontratistas en el Hospital;

(c) cualquier responsabilidad por concepto de reclamaciones laborales o de condiciones de empleo de los empleados, los contratistas o los Subcontratistas; o

(d) cualquier daño causado a los Subcontratistas por causa de la Terminación del Contrato por incumplimiento de MEDHS.

En el caso de que una tercera persona presente una acción contra los Indemnizados del Municipio por concepto de cualquier reclamación que surja de eventos por los cuales MEDHS debe defender e indemnizar a los Indemnizados del Municipio, ningún compromiso, acuerdo o transacción de MEDHS sobre tales reclamaciones podrá ser efectiva sin el consentimiento del Indemnizado del Municipio o los Indemnizados del Municipio, salvo que: (i) no existan hallazgos o admisiones sobre violaciones a las Leyes Aplicables o violación de los derechos de las terceras personas; y (ii) el único remedio disponible sea monetario y sea pagado en su totalidad por MEDHS. Los compromisos, acuerdos o transacciones hechos por MEDHS serán vinculantes únicamente si el Indemnizado del Municipio o los Indemnizados del Municipio, contra quienes se presenta una acción, proveen su consentimiento a dicho compromiso, acuerdo o transacción por escrito.

Esta Sección 9.10 no negará, reducirá o limitará cualquier otra obligación que tenga MEDHS de indemnizar al Municipio, a su Alcalde, sus empleados, contratistas, agentes y consultores bajo las Leyes Aplicables. La obligación de indemnizar tampoco será limitada por ninguna póliza de seguro adquirida bajo el Artículo 9. Las disposiciones de esta Sección 9.10 subsistirán luego de la Fecha de Terminación y la Fecha de Vencimiento.

9.11   Excepción por Eventos de Fuerza Mayor.

MEDHS no está obligada a indemnizar a los Indemnizados del Municipio por Pérdidas-y-Gastos incurridos por éstos, si las Pérdidas-y-Gastos son causados por eventos, actos, circunstancias o condiciones que constituyan un Evento de Fuerza Mayor o que sean exclusivamente causados por el Municipio.

**ARTÍCULO 10      INCUMPLIMIENTO Y TERMINACIÓN DEL CONTRATO**

10.1    Eventos que Constituirán Incumplimiento de MEDHS.

Los eventos que se describen a continuación (en adelante, los "Eventos de Incumplimiento") serán causa suficiente para la Terminación del Contrato. De ocurrir uno o varios de éstos, el Municipio podrá declarar en notificación escrita el incumplimiento de MEDHS con los términos y condiciones del Contrato. Una vez el Municipio envíe la notificación escrita a MEDHS (según se describe en los incisos (a) a (m)), el Municipio podrá usar los remedios disponibles bajo el Contrato y las Leyes Aplicables si:

(a)    MEDHS incumple sus obligaciones con relación al pago del Canon de Arrendamiento, Deuda Contributivas o cualquier otra cantidad de dinero debida al Municipio o Entidades Gubernamentales bajo el Contrato, de tal forma que MEDHS incumple con la cantidad y/o la forma del pago de aquéllos, y si el incumplimiento continúa por un periodo de treinta (30) días inmediatamente posterior a la notificación escrita del Municipio a MEDHS especificando las causas del incumplimiento; o

(b)    MEDHS incumple con cualquiera de los propósitos y/o fines que motivaron que el Municipio otorgara el Contrato, tal cual el desarrollo de los Servicios de Salud, las instalaciones e infraestructura del Hospital según surge de los documentos del RFP, la Propuesta de RFP y el Contrato.

(c)    MEDHS incumple su obligación de obtener y mantener los seguros requeridos en el Artículo 9 por un periodo de tiempo que exceda un término de siete (7) días calendario a partir de la fecha en que advengan exigibles o vencidos; o

(d)    MEDHS abandona o reduce los Servicios de Salud, temporal o permanentemente, sin autorización escrita del Municipio, por causas distintas a un evento de Fuerza Mayor. En el evento de que MEDHS necesite reducir los Servicios de Salud, MEDHS cumplirá con las obligaciones de notificación a la Secretaría Auxiliar para Reglamentación y Acreditación de Facilidades de Salud ("SARAFS"), según dispuestas en la Sección 10.6. Se entenderá que MEDHS no ha incurrido en un Evento de Incumplimiento bajo este inciso si cumple con la notificación a SARAFS y recibe la autorización de ésta para el cierre parcial o reducción de los Servicios de Salud; o

(e)    MEDHS incumple con las obligaciones dispuestas en el Artículo 12 del Contrato por un periodo de treinta (30) días consecutivos luego de la notificación escrita del Municipio conteniendo una descripción de las causas del incumplimiento; provisto, sin embargo, que las Partes acuerdan que durante el término de treinta (30) días, las Partes negociarán de buena fe para llegar a un acuerdo con relación a un programa de remediación que permita a MEDHS desempeñar y cumplir sus obligaciones bajo el Artículo 12; o

(f)    MEDHS incumple cualquiera de sus obligaciones bajo el Contrato por un periodo de treinta (30) días consecutivos luego de recibir notificación escrita del Municipio

conteniendo una descripción de las causas del incumplimiento; provisto, sin embargo, que si MEDHS demuestra que, aun desplegando la debida diligencia, no puede corregir las causas del incumplimiento, el Municipio pueda discrecionalmente alcanzar un acuerdo con MEDHS para permitirle corregir el incumplimiento; o

(g)     se efectúa algún procedimiento de expropiación forzosa por alguna entidad     del Gobierno del Estado Libre Asociado de Puerto Rico o el Gobierno Federal mediante el cual el Municipio pierda la titularidad de algunos o todos los Bienes Arrendados; o

(h)     pierde la licencia expedida por el Departamento de Salud para la operación del Hospital; o

(i)     MEDHS o alguno de sus oficiales es encontrado convicto o se declara culpable de delito grave o de delito relacionado a fondos, función o propiedad pública, según dispuestos en la Ley Núm. 428 de 22 de septiembre de 2004; o

(j)     MEDHS concluye razonablemente que no puede cumplir cualquiera de sus obligaciones bajo el Contrato para lo cual notificará por escrito al Municipio dentro de un término de sesenta (60) días. El Proceso de Transición dispuesto en la Sección 10.6 se activará si el Municipio acepta por escrito las razones provistas por MEDHS.

10.2    Entrega de la Posesión.

MEDHS entregará al Municipio, en conformidad al Proceso de Transición, los Bienes Arrendados en la Fecha de Vencimiento o en la Fecha de Terminación para la posesión y uso inmediato del Municipio. Según dispuesto en el Artículo 7, MEDHS entregará los Bienes Arrendados y las Mejoras Extraordinarias sin cargas, gravámenes o reclamaciones de MEDHS o de terceros.

10.3    Remedios disponibles al Municipio.

Una vez ocurra un Evento de Incumplimiento, el Municipio podrá, a su entera discreción, ejercer uno o más de los remedios siguientes: (i) terminar el Contrato mediante el envío de notificación escrita a MEDHS, cumpliendo con las condiciones dispuestas en la Sección 10.1 o en cualquier otra disposición del Contrato; y/o (ii) ejercer cualquier otro derecho o remedio que el Municipio tenga disponible bajo las Leyes Aplicables.

10.4    Posesión de Mala Fe de los Bienes Arrendados.

Si MEDHS retiene la posesión parcial o total de los Bienes Arrendados luego de la Fecha de Vencimiento o de la Fecha de Terminación, advendrá poseedor de mala fe asumiendo las consecuencias dispuestas por las Leyes Aplicables. MEDHS será responsable por toda Pérdida-y-Gasto que el Municipio sufra como resultado de la posesión de mala fe.

10.5    Procedimientos bajo la Ley de Quiebras.

38

Si MEDHS adviene insolvente o inicia voluntariamente procedimientos bajo alguna o varias Leyes Aplicables pertinentes a procesos de quiebras o insolvencia de personas naturales o jurídicas; o si se comienza algún proceso contra MEDHS y dicho proceso no es desestimado dentro de un periodo de treinta (30) días, si MEDHS comienza un procedimiento de quiebras bajo el Código de Quiebras de Estados Unidos (en inglés, US Bankruptcy Code (en adelante, el "Código")); MEDHS renunciará voluntariamente al término de sesenta (60) días que provee el Código (o el periodo que en ese momento esté vigente bajo el Código) para aceptar o rechazar el Contrato como contrato ejecutable (en inglés, "executory contract") y deberá, inmediatamente después de radicar un recurso ante la Corte de Quiebras para recibir las protecciones del Código o al ser notificado por escrito por el Municipio, asumir o rechazar el Contrato, pagar el Canon de Arrendamiento y cualquier otra cantidad de dinero debida bajo el Contrato y continuará realizando dichos pagos conforme a los términos y condiciones del Contrato.

10.6    Proceso de Transición.

Las Partes se comprometen a desplegar el mayor grado de diligencia, buena fe y cooperación durante el Proceso de Transición para garantizar que los Servicios de Salud no serán irrazonablemente interrumpidos. Cualquier interrupción, sin embargo, será hecha en conformidad a las Leyes Aplicables. En caso de que sea necesario cesar temporal y parcialmente las operaciones del Hospital, MEDHS notificará por escrito, con copia al Administrador del Contrato, a SARAFS sobre su intención, la fecha del cese pretendido y la razón. La notificación será hecha con no menos de treinta (30) días de anticipación a la fecha del cese de operaciones. MEDHS incluirá en la notificación escrita la fecha en la cual proyecta reanudar las operaciones cesadas. Para efectos del Contrato, un "cierre parcial" será evidenciado por una disminución de la utilización de las camas de veinticinco por ciento (25%) o más de éstas, o el cierre total de la Sala de Emergencias.

La comunicación entre las Partes, sus representantes y/o agentes será continua y efectiva. Cada una de las Partes nombrará a un representante el cual será la persona de contacto para atender, en primera instancia, las comunicaciones y coordinar los procedimientos del Proceso de Transición.

Durante el Proceso de Transición, MEDHS podrá retirar del Hospital únicamente los bienes muebles que: (i) MEDHS adquirió; (ii) no sustituyen los Bienes Muebles Arrendados; y (iii) por los cuales MEDHS no ha recibido compensación del Municipio.

10.7    Compensación por Bienes Muebles y Mejoras Extraordinarias Durante el Proceso de Transición.

10.7.1 Compensación por Bienes Muebles: En caso de Terminación del Contrato, el Municipio o el futuro administrador del Hospital podrá optar por adquirir algunos o todos los Equipos Biomédicos y otros bienes muebles que sean propiedad de MEDHS, no hayan sido adquiridos para sustituir Bienes Muebles Arrendados y que se encuentren en uso en el Hospital. A estos efectos, el Administrador del Contrato Municipio notificará por escrito a MEDHS, en cualquier momento durante el Proceso de Transición, su intención de evaluar los

39

Equipos Biomédicos y otros bienes muebles adquiridos por MEDHS y/o los Subcontratistas. A partir de la notificación del Administrador del Contrato, las Partes deberán reunirse dentro de un plazo de quince (15) días para evaluar el inventario y discutir los términos para la adquisición de los Equipos Biomédicos y otros bienes muebles. La compensación que pagará el Municipio o el futuro administrador del Hospital por los Equipos Biomédicos y otros bienes muebles que interesen adquirir estará basada en el Valor Neto de los Equipos en los Libros.

Los Equipos Biomédicos y otros bienes muebles serán adquiridos por el Municipio o el futuro administrador del Hospital conforme a una política tipo "AS IS, WHERE IS", con las garantías que se encuentren vigentes y sin ningún tipo de gravamen o carga sobre el título, o según se acuerde por escrito.

10.7.2 <u>Compensación por Mejoras Extraordinarias</u>: En caso de Terminación del Contrato, MEDHS podrá recibir compensación del Municipio por las Mejoras Extraordinarias construidas de buena fe y de conformidad con lo acordado en las Autorizaciones expedidas para los Proyectos de Mejoras, según dispuesto en la Sección 2.6. En dicho caso, el Municipio pagará a MEDHS una cantidad de dinero basada en el Valor Neto de las Mejoras Extraordinarias en los Libros y/o la Autorización.

10.7.3 <u>Resolución de Disputas sobre el Valor Neto en los Libros</u>: De no haber un acuerdo entre las Partes sobre el Valor Neto de los Equipos en los Libros y el Valor Neto de las Mejoras Extraordinarias en los Libros, las Partes acuerdan celebrar un proceso de resolución de disputas según descrito en el Artículo 13.

## ARTÍCULO 11    SUBCONTRATACIONES; CESIÓN DEL CONTRATO; CAMBIO DE CONTROL

11.1   Obligaciones de Terceros con Respecto a los Términos del Contrato.

MEDHS obligará por escrito a los Subcontratistas a cumplir plenamente con los términos, condiciones, obligaciones, compromisos, garantías y deberes aceptados por MEDHS bajo el Contrato. A estos efectos, MEDHS incluirá el Contrato como anejo de todo contrato que otorgue con los Subcontratistas (en adelante, el "Subcontrato") e incluirá una cláusula contractual que establecerá la obligación del Subcontratista a cumplir con todas las disposiciones del Contrato que no hayan sido incluidas en el Subcontrato y que sean pertinentes a la relación MEDHS-Subcontratista. Los subcontratos cumplirán con todos los requisitos del Gobierno de Puerto Rico pertinentes a la contratación pública.

El cumplimiento con lo dispuesto en esta Sección 11.1 no significará de forma alguna que MEDHS quedará relevada de sus obligaciones ante el Municipio bajo el Contrato. MEDHS entiende que solamente queda plenamente relevada de sus obligaciones bajo el Contrato mediante la cesión o el traspaso del Contrato a una tercera persona jurídica, en conformidad con la Sección 11.5.

11.2    Notificación al Municipio.

MEDHS notificará por escrito al Municipio su intención de otorgar cualquier Subcontrato con relación al uso, posesión, habitación, administración u operación de alguno de la totalidad o parte de cualquiera de los Bienes Inmuebles Arrendados. La validez de los Subcontratos queda condicionada a que MEDHS notifique por escrito al Municipio quince (15) días antes de la fecha prevista para el otorgamiento del Subcontrato. MEDHS incluirá en la notificación el borrador final del Subcontrato, sus anejos, documentos necesarios para su otorgamiento, así como aquella información que permita al Municipio: (i) evaluar si el Subcontrato cumple con los términos, condiciones, obligaciones, compromisos, garantías y deberes de MEDHS bajo el Contrato; y (ii) evaluar la capacidad financiera y operacional del potencial Subcontratista para ofrecer los servicios que MEDHS interesa contratar. MEDHS podrá proceder con el otorgamiento del Subcontrato si el Municipio no presenta objeción o solicita más información por escrito dentro de un periodo de quince (15) días desde el recibo de la notificación de MEDHS.

El Municipio, sin embargo, podrá objetar cualquier acuerdo otorgado por MEDHS luego del término de treinta (30) días sujeto a que la causa para la objeción esté justificada en derecho.

11.3    Responsabilidad de MEDHS con Respecto a los Subcontratistas.

MEDHS debe contratar solamente con Subcontratistas que posean todos los permisos, licencias, aprobaciones y certificaciones requeridas bajo las Leyes Aplicables, así como los seguros adecuados, y las destrezas técnicas y la experiencia adecuadas para proveer los servicios y/o los bienes en conformidad a los términos, condiciones y estándares requeridos en este Contrato.    MEDHS supervisará diligentemente a cada Subcontratista y será responsable por todos los aspectos del servicio y/o los bienes suplidos por los Subcontratistas, ya sean directa o indirectamente empleados por MEDHS, y por todos los Subcontratistas que sean suplidores de MEDHS de materiales y equipos, incluyendo todos los actos, errores y omisiones cometidos por éstos.    En adición, MEDHS coordinará el trabajo de los Subcontratistas. El uso de un Subcontratista para proveer un servicio y/o bienes requeridos bajo este Contrato, no exonerará a MEDHS de sus deberes, obligaciones y responsabilidades bajo este Contrato. Mediante la firma de este Contrato, MEDHS certifica al Municipio que sus Subcontratistas cumplirán con todos los deberes, obligaciones y responsabilidades de la forma en que MEDHS las ha asumido bajo este Contrato.

11.4    Garantías y Certificaciones Provistas por los Subcontratistas.

MEDHS deberá obtener de los Subcontratistas las garantías y las certificaciones más favorables con relación a los servicios y/o los bienes provistos por éstos. MEDHS deberá mantener copias de todas las garantías y certificaciones (las cuales deberá proveer al Municipio en caso de ser solicitadas). Si este Contrato termina antes de la expiración de tales garantías o certificaciones, MEDHS le asignará al Municipio todas las garantías y certificaciones de los Subcontratistas que están en efecto; siempre que cumplen con lo siguiente: (i) la asignación no relevará a MEDHS de sus obligaciones y garantías bajo este Contrato y (ii) MEDHS tendrá el derecho de imponer las garantías y certificaciones de los

41

Subcontratistas para satisfacer las obligaciones de MEDHS bajo este Contrato. MEDHS no llevará, ni permitirá cualquier Subcontratista o cualquier tercero bajo el control de MEDHS a tomar cualquier acción no permitido bajo este Contrato que puede invalidar, evitar o terminar cualquier garantía o certificación al equipo, materiales o servicios de la cual obtiene de otros.

11.5    Inexistencia de Relación Contractual

No se interpretará que este Contrato establece obligaciones o una relación contractual entre el Municipio y cualquier Subcontratista, con excepción al Subcontratista Administrador quien comparece en este Contrato para obligarse solidariamente ante el Municipio por los compromisos hechos por MEDHS.

11.6    Cesión o Traspaso del Contrato

MEDHS no traspasará, cederá o enajenará, total o parcialmente, directa o indirectamente, sus derechos, obligaciones, intereses o bienes bajo el Contrato (en adelante, la "Cesión" o "Traspaso") sin el consentimiento escrito previo del Municipio. El Municipio tendrá plena discreción para autorizar o no la Cesión o el Traspaso. Lo anterior será aplicable a Cesiones o Traspasos que sean voluntarios o involuntarios.

11.7    Cambio de Control

MEDHS o el Subcontratista Administrador tendrá que solicitar aprobación del Municipio con treinta (30) días anticipación de cualquier posible Cambio de Control. El Municipio tendrá plena discreción para autorizar o no el Cambio de Control.  Si el Municipio no presenta objeción o solicita más información por escrito dentro de un periodo de treinta (30) días desde el recibo de la notificación MEDHS o el Subcontratista Administrador podrá proceder con el Cambio de Control. Si el Municipio no autoriza el Cambio de Control y MEDHS o el Subcontratista Administrador procede con el Cambio de Control, el Municipio podrá terminar el Contrato, en conformidad con el Artículo 10.

**ARTÍCULO 12       POLÍTICA CONTRA EL DISCRIMEN Y LA IGUALDAD DE OPORTUNIDADES**

12.1    Política de No-Discrimen.

Con relación al ejercicio de todos los derechos y privilegios de MEDHS bajo el Contrato, MEDHS se obligará, a sí mismo y a sus empleados, representantes, agentes, contratistas y Subcontratistas a:

(a) no discriminar contra ninguna persona, empleado o persona que solicite empleo por razón de creencias religiosas, nacionalidad, edad, sexo, impedimento físico o mental, o estatus de veterano, como parte de la posesión, uso, administración u operación de los Bienes Arrendados, incluyendo el reclutamiento y el despido de empleados, la compra o uso de servicios, y la selección de suplidores y contratistas;

(b) colocar en lugares conspicuos anuncios o avisos dirigidos a sus empleados y potenciales empleados en los cuales se publiquen las disposiciones en contra del discrimen en el empleo, según establecido en la Ley Núm. 100 de 30 de junio de 1959, según enmendada, conocida como Ley Contra Discrimen en el Empleo; y

(c) cumplir con las Leyes Aplicables relacionadas a derechos civiles e igualdad de oportunidades.

12.2   Incumplimiento.

Según dispuesto en la Sección 10.1(e), el incumplimiento de MEDHS, sus empleados, representantes, agentes, contratistas y Subcontratistas con las disposiciones de este Artículo 12 constituirá un Evento de Incumplimiento.

MEDHS indemnizará, protegerá y defenderá al Municipio, al Alcalde y sus oficiales y empleados con respecto a cualquier reclamación o demanda de terceras personas que surjan como resultado del incumplimiento de MEDHS con cualquiera de las disposiciones de este Artículo 12. Esta obligación de indemnización subsistirá luego de la Fecha de Vencimiento o de la Fecha de Terminación.

## ARTÍCULO 13   PROCESO DE RESOLUCIÓN DE DISPUTAS

13.1   Proceso de Resolución de Disputas.

13.1.1  Negociaciones Formales entre las Partes.

Las Partes harán esfuerzos de buena fe para resolver cualquier reclamación entre ellas a través de negociaciones formales entre sus representantes autorizados durante el Término del Contrato y el Proceso de Transición. Las negociaciones formales se realizarán en el Hospital o, de ser más conveniente y acordado por las Partes, en un lugar que sea mutuamente aceptable. Las conversaciones entre las Partes comenzarán el primer día laborable inmediatamente posterior al periodo de siete (7) días transcurrido una vez cualquiera de las Partes reciba la notificación por escrito de la Parte contraria describiendo la reclamación y el remedio solicitado, y una vez dicha Parte recipiente acceda por escrito a entrar en las conversaciones. La notificación será hecha en conformidad a la Sección 14.2. Las negociaciones formales serán confidenciales y podrán ser tratadas como negociaciones transaccionales para efectos de las reglas de evidencia del Estado Libre Asociado de Puerto Rico.

13.1.2  Resolución de Disputas Durante la Transición con Relación al Valor Neto de los Equipos en los Libros y/o el Valor Neto de las Mejoras Extraordinarias en los Libros.

En el evento de que durante el Proceso de Transición las Partes no puedan alcanzar acuerdos sobre el Valor Neto de los Equipos en los Libros y/o el Valor Neto de las Mejoras Extraordinarias en los Libros, según sea el caso, dicha determinación deberá ser hecha de

conformidad con el procedimiento siguiente (en adelante, el "Proceso de Resolución de Disputas"):

(a)     Las Partes nombrarán, cada uno, un (1) perito imparcial y un (1) tercer perito imparcial a ser seleccionado, de ser necesario, según dispuesto abajo. La Parte que solicite la activación del Proceso de Resolución de Disputas designará e identificará su perito en la notificación escrita enviada a la otra Parte para efectos de requerir el comienzo del Proceso de Resolución de Disputas, y la otra Parte designará e identificará su perito por escrito dentro de un periodo de quince (15) días inmediatamente posterior al recibo de la notificación antes mencionada. Los peritos imparciales (incluyendo el tercer perito, de ser necesario designar uno) serán profesionales cualificados e independientes con, al menos, diez (10) años de experiencia pertinente. Los peritos se regirán por las normas generalmente aceptadas de contabilidad promulgadas por el Instituto Americano de Contadores Públicos Autorizados.

(b)     Los dos peritos imparciales designados por las Partes, según dispuesto en el párrafo (a), tendrán treinta (30) días, luego de la designación del segundo tasador, para revisar todos los documentos relevantes y para hacer su determinación sobre el Valor Neto de los Equipos en los Libros y/o el Valor Neto de las Mejoras Extraordinarias en los Libros, según sea el caso, y para someter su determinación por escrito a la atención de las Partes.

(c)     La decisión unánime por escrito de los dos peritos sin que haya participado el tercer perito permitido bajo ciertas circunstancias, o la decisión escrita de los tres peritos de mediar la participación del tercer tasador, será concluyente y vinculante para las Partes. Si dichos peritos no han acordado una decisión de forma unánime dentro del periodo de treinta (30) días inmediatamente posterior a la designación del segundo perito, según se establece en el párrafo (a), ambos seleccionarán un tercer perito imparcial, con las cualificaciones establecidas en el párrafo (a), para que participe en la determinación. En el evento que los dos peritos no puedan alcanzar un acuerdo sobre el tercer perito imparcial, la selección deberá ser hecha por la Asociación Americana de Arbitraje (en inglés, "American Arbitration Association"). Dicho tercer perito y los primeros dos peritos someterán su decisión dentro del periodo de treinta (30) días inmediatamente posterior a la fecha de designación del tercer tasador y notificarán por escrito a las Partes. Si los tres peritos no pueden llegar a una determinación de forma unánime sobre el Valor Neto de los Equipos en los Libros y/o el Valor Neto de las Mejoras Extraordinarias en los Libros, según sea el caso, la determinación será calculada de la siguiente manera: (i) se identificarán los dos valores, de los tres valores sometidos por los tres peritos, que sean más próximos entre sí; (ii) se sumarán los dos valores identificados; y (iii) el total de la suma será dividida en dos, resultando en el promedio del Valor Neto de los Equipos en los Libros y/o el Valor Neto de las Mejoras Extraordinarias en los Libros, según sea el caso. Dicho valor promedio de tasación será el Valor Neto de los Equipos en los Libros y/o el Valor Neto de las Mejoras Extraordinarias en los Libros, según sea el caso. Todas las decisiones que sean sometidas conforme a esta sección serán certificadas con la firma

44

de los tres peritos (o de los dos primeros peritos designados, en el evento que un tercer tasador no sea utilizado).

(d)     Cualquiera de las Partes podrá acudir a un tribunal del Estado Libre Asociado de Puerto Rico con la competencia y jurisdicción pertinente para hacer cumplir la determinación hecha en conformidad a esta Sección 13.1.

13.2    Honorarios y Gastos.

Cada Parte pagará los honorarios y gastos del tasador designado por ésta. Las Partes pagarán en partes iguales los honorarios y gastos del tercer tasador, de haber sido utilizado.

## ARTÍCULO 14        CLÁUSULAS MISCELÁNEAS

.14.1   Naturaleza de la Relación entre las Partes.

Las Partes acuerdan libre y voluntariamente que no tienen la intención de establecer mediante el Contrato una relación patrono-empleado entre éstas. A estos efectos, MEDHS actuará y prestará servicios en todo momento como contratista independiente. Además, MEDHS acuerda con el Municipio que ninguno de los miembros de MEDHS ni sus empleados reclamarán al Municipio por concepto de vacaciones, licencias por enfermedad, retiro, póliza de responsabilidad profesional, pagos para el seguro social federal y/o pagos para el seguro ocupacional provisto por MEDHS, administrado por la Corporación del Fondo del Seguro del Estado.

14.2    Notificaciones y Comunicaciones.

Toda notificación, solicitud, entrega de documentos, aprobaciones, autorizaciones o desautorizaciones, objeciones, ofertas u otras comunicaciones o documentos requeridos bajo el Contrato, o que pudieran ser dados o entregados, bajo las disposiciones del Contrato o de conformidad con las Leyes Aplicables, se hará por escrito y tramitada de la siguiente manera: (i) entregada a la mano o enviada vía correo certificado con acuse de recibo; (ii) mediante el servicio de correos de los Estados Unidos de América; o (iii) vía facsímil a la persona o entidad pertinente a la dirección que se especifica abajo,:

(a)     En el caso de una notificación o comunicación a MEDHS:

Dr. Orestes Castellanos
P.O. Box 8043
Marina Station
Mayagüez, Puerto Rico 00682

Atención:    Presidente
Fax:         (787) 834-5535
             (787) 834-6885

(b)     En el caso de una notificación o comunicación al Municipio:

Lcda. Magda Acevedo
P.O. Box 1723
Hatillo, Puerto Rico 00659

Atención:     Administrador del Contrato de Administración del Hospital Dr. Ramón
              E. Betances
Fax:          (787) 833-1371

Las notificaciones serán consideradas recibidas a la fecha de entrega si éstas son entregadas a la mano o por facsímil con confirmación de recibo, y será considerada entregada cinco (5) días laborables después de enviada por correo, según descrito arriba.

14.3    Separabilidad.

Si cualquier disposición del Contrato o la aplicación de ella fuera declarada inválida, nula o inexigible, el resto del Contrato o la aplicación de aquella disposición a personas o circunstancias distintas a aquéllas por las cuales fuera declarada inválida, nula o inexigible, no será afectada y cada disposición del Contrato será válida y exigible según permitido por las Leyes Aplicables.

14.4    Certificados de Estoppel.

Las Partes certificarán, firmarán y enviarán, sin cargo alguno a la otra Parte, en cualquier momento y de tiempo en tiempo, dentro del término de diez (10) días inmediatamente posterior a la solicitud por la otra parte, un documento escrito, firmado y entregado a la Parte que lo solicite o cualquier otra persona o entidad especificada por la Parte solicitante:

(a)     que el Contrato no ha sido modificado y que se encuentra en plena y total vigencia o, si han habido modificaciones al Contrato, que éste está en plena y total vigencia según modificado pero expresando cuáles han sido las modificaciones;

(b)     que no ha ocurrido un Evento de Incumplimiento del Contrato o, si ha ocurrido uno o varios, la naturaleza del mismo o los mismos;

(c)     si existen reclamaciones o defensas para que no se haya cumplido alguno de los compromisos, acuerdos, términos o condiciones del Contrato y cualquier modificación a éste por la Partes que deba ser observado, realizado o con el cual se deba cumplir y, de ser así, especificarlo;

(d)     las fechas, si alguna, en las cuales los Cánones de Arrendamiento no han sido pagados;

(e)     la Fecha de Vencimiento del Contrato; y

46

(f)    el Canon de Arrendamiento a ser pagado bajo el Contrato.

14.5    Foro con Jurisdicción Exclusiva.

Los tribunales del Estado Libre Asociado de Puerto Rico tendrán jurisdicción exclusiva para entender en controversias que surjan bajo el Contrato. Las Partes, voluntaria e irrevocablemente, consienten a someterse a dicha jurisdicción.

14.6    Aprobaciones y Autorizaciones del Municipio.

Independientemente de lo dispuesto en otras cláusulas del Contrato, MEDHS renuncia a cualquier derecho a reclamar contra el Municipio el pago o reembolso de dinero por concepto de daños causados por el Municipio ya sea, por negarse a, retener, omitir o atrasar su aprobación, consentimiento, autorización o expresión de satisfacción y, en tal caso, los únicos remedios disponibles a MEDHS serán la radicación de una acción que conlleve el desempeño de un acto específico del Municipio o un interdicto para hacer cumplir dicho requerimiento. MEDHS rembolsará prontamente cualquier gasto, incluyendo, sin límites, honorarios de abogado y gastos administrativos incurridos por el Municipio en conexión con todas las solicitudes que haga MEDHS para que el Municipio otorgue cualquiera de las aprobaciones o autorizaciones dispuestas bajo el Contrato, incluidas las aprobaciones y autorizaciones en conexión con cualquier enmienda o modificación del Contrato.

14.7    Renuncia a Reclamar Daños Indirectos.

MEDHS renuncia a hacer cualquier reclamación contra el Municipio por Daños Indirectos que surjan de la relación establecida en el Contrato o de la Terminación del Contrato. Esta renuncia incluye daños incurridos por MEDHS por pérdida de financiamiento, pérdida de oportunidad de hacer negocios, pérdida de reputación y por pérdida de generar ganancias bajo el Contrato.

14.8    Pago por Finiquito.

La aceptación por parte del Municipio de cualquier pago parcial o suma menor que la debida por concepto del Canon de Arrendamiento o por cualquier otro concepto bajo el Contrato será interpretada únicamente como pago por concepto del plazo del Canon de Arrendamiento con mayor antigüedad. Ningún acto de cobro o endoso por parte del Municipio será considerado como una aceptación de un pago parcial hecho por MEDHS en calidad de pago por finiquito. El Municipio aceptará dicho pago parcial sin perjuicio del derecho del Municipio a recuperar la cantidad adeudada o hacer efectivo cualquier otro remedio dispuesto en el Contrato o provisto por las Leyes Aplicables.

14.9    Derecho Aplicable.

El Contrato será interpretado exclusivamente de conformidad con las Leyes Aplicables del Estado Libre Asociado de Puerto Rico.

14.10   Pago por Contribuciones.

En cumplimiento con las disposiciones de las Leyes Aplicables, relativas a la certificación del pago de Contribuciones, MEDHS someterá al Municipio a la Fecha de Efectividad una declaración jurada estableciendo que MEDHS no tiene la obligación de radicar planillas por contribuciones sobre ingresos ni tiene actualmente deudas pendientes por dicho concepto con el Departamento de Hacienda del Estado Libre Asociado de Puerto Rico (incluyendo el pago de Patentes Municipales y el pago de contribuciones por propiedad mueble e inmueble) requeridos por las Leyes Aplicables y según requerido en mayor detalle por la Sección 14.11.5.

14.11   Requisitos Gubernamentales.

14.11.1  Litigios contra el Estado Libre Asociado de Puerto Rico.

MEDHS certifica que a la Fecha de Efectividad ésta no tiene litigios pendientes contra el Estado Libre Asociado de Puerto Rico, sus corporaciones públicas o sus municipios.

14.11.2  Intereses Económicos de Empleados Públicos.

MEDHS certifica que:

(a) a la Fecha de Efectividad, éste no tiene interés particular de ninguna forma que pudiera generar un conflicto de interés;

(b) no realizará ningún acuerdo que pudiera causar un conflicto de interés o un conflicto con la política pública del Municipio;

(c) ningún funcionario o empleado público con facultad para evaluar, considerar, aprobar, autorizar u otorgar un contrato en nombre del Municipio ha tenido, durante los últimos cuatro (4) años previos a comenzar las labores bajo su puesto, un interés pecuniario directo o indirecto en relación a MEDHS o a cualquiera de sus subsidiarias o compañías afiliadas;

(d) ninguno de sus oficiales, directores, socios, agentes o empleados, o cualquier miembro de sus unidades familiares, según este término es definido en la Ley Núm. 12 de 24 de julio de 1985, ha ocupado un puesto público como funcionario o empleado del Estado Libre Asociado de Puerto Rico durante los dos (2) años previos a la Fecha de Efectividad; y

(e) a la Fecha de Efectividad, ningún funcionario o empleado público del Municipio ni miembros de las familias de éstos, según dicho término es definido en la Ley Núm. 12 de 24 de Julio de 1985, ha tenido durante los últimos cuatro (4) años antes de asumir su cargo, un interés pecuniario directo o indirecto con relación a MEDHS y que no sabe o conoce de ningún empleado del Municipio que sea parte o tenga interés alguno en las ganancias o beneficios del Contrato.

48

14.11.3 Acusaciones y Sentencias Criminales.

MEDHS certifica y garantiza que, a la Fecha de Efectividad, ni MEDHS ni ninguno de sus oficiales, directores o empleados a nivel gerencial, ha resultado convicto o se ha declarado culpable como resultado de un procedimiento criminal en una corte estatal o federal o de cualquier otra jurisdicción de los Estados Unidos de América o en cualquier otro país, de delitos constitutivos de fraude, malversación o apropiación ilegal de fondos públicos enumerados en el Artículo 3 de la Ley Número 428 de 22 de septiembre de 2004. MEDHS reconoce, entiende y acepta que esta certificación es una condición esencial del Contrato. Si esta certificación es falsa, ésta constituirá causa suficiente para que el Municipio termine inmediatamente el Contrato. El Presidente de MEDHS también ha suscrito una declaración jurada a estos efectos, la cual se aneja como Anejo J, de conformidad con la Ley Número 428 de 22 de septiembre de 2004.

MEDHS notificará inmediatamente al Municipio, si MEDHS y/o alguno de sus oficiales, directores o empleados gerenciales resultase convicto. El incumplimiento de MEDHS con la obligación de notificar constituirá una violación de esta cláusula y podrá ser causa suficiente para que el Municipio termine inmediatamente el Contrato.

14.11.4 Planillas para el Pago de Contribuciones sobre el Ingreso.

MEDHS certifica que al momento de la ejecución del Contrato, MEDHS ha sometido todas Planillas para el Pago de Contribuciones sobre el Ingreso requeridas en Puerto Rico durante los pasados cinco (5) años y ni MEDHS ni sus oficiales, directores o empleados gerenciales tiene Deudas Contributivas con el Estado Libre Asociado de Puerto Rico o, si hay alguna deuda, ésta está sujeta a un plan de pago aprobado por la Entidad Gubernamental correspondiente y que MEDHS, sus oficiales, directores o empleados gerenciales, según sea el caso, están cumpliendo estrictamente con el cualquier plan de pago existente.

14.11.5 Certificaciones.

Como condición para el otorgamiento del Contrato, MEDHS someterá al Municipio, en o antes de dicho otorgamiento y subsecuentemente en o antes de cada fecha de aniversario de éste, con respecto a sí misma y a sus oficiales:

    (a) la certificación del Departamento de Hacienda sobre la presentación de planillas sobre contribución de ingresos (Forma SC 2888 o cualquiera otra adoptada por el Departamento de Hacienda para estos efectos) durante los últimos cinco (5) años fiscales;

    (b) una certificación de deuda (Forma SC 3537 o cualquiera otra adoptada por el Departamento de Hacienda para estos efectos);

    (c) certificaciones de deuda emitidas por el Centro de Recaudaciones e Ingresos Municipales (CRIM) con respecto a MEDHS; y

    (d) certificaciones del Departamento del Trabajo y Recursos Humanos de Puerto Rico concernientes a desempleo, incapacidad y seguro choferil, la Corporación del Fondo del Seguro del Estado y por los municipios correspondientes, según sea el caso.

Si MEDHS ha requerido las certificaciones mencionadas arriba pero no las ha recibido, MEDHS someterá copias de la solicitud de éstas según sometidas ante la Entidad Gubernamental correspondiente, mostrando el sello oficial de dichas entidades, sujeto además a que dichas certificaciones sean sometidas no más tarde de treinta (30) días a partir de la Fecha de Efectividad o de la fecha de aniversario subsecuente.

14.11.6  Deudas Contributivas bajo Revisión o Sujeta a Ajuste.

MEDHS certifica que ni ella ni sus oficiales tienen Deudas Contributivas que estén siendo revisadas o sujetas a ajustes por el Departamento de Hacienda. En el evento que MEDHS o sus oficiales tengan Deudas Contributivas que estén siendo revisadas o sujetas a ajuste por el Departamento de Hacienda, MEDHS someterá informes trimestrales certificados por el Departamento de Hacienda describiendo el estado de los procedimientos; provisto, sin embargo, que MEDHS acuerde que si dentro de treinta (30) días de emitida un determinación final administrativa MEDHS no ha pagado o acordado un plan de pago con respecto a una Deuda Contributiva que administrativamente se determine debida, el Municipio podría terminar inmediatamente el Contrato.

14.11.7  Presentación del Certificado de Incorporación.

Antes de la Fecha de Efectividad, MEDHS habrá presentado ante el Municipio evidencia de incorporación ante el Departamento de Estado del Estado Libre Asociado de Puerto Rico como corporación sin fin de lucro.

14.11.8  Presentación del Certificado de Buenapro.

Antes de la Fecha de Efectividad y subsecuentemente en o antes de cada fecha de aniversario de éste, MEDHS habrá presentado ante el Municipio el Certificado de Buena Pro ("Certificado de Good Standing").

14.11.9  Registro Único de Licitadores.

Aunque no es compulsorio, MEDHS puede presentar a la Fecha de Efectividad el certificado válido y efectivo emitido por la Administración de Servicios Generales evidenciando que MEDHS está debidamente inscrito en el Registro Único de Licitadores. Este certificado será prueba suficiente de cumplimiento con la información y los documentos requeridos y descritos en las cláusulas 14.11.5, 14.11.7 y 14.11.8 de esta sección.

14.12  Renuncia de Derechos.

La falla por parte del Municipio de ejercer, o hacer cumplir, cualquier derecho otorgado por el Contrato o por las Leyes Aplicables no constituirá una renuncia de dicho derecho ni tendrá la consecuencia de impedir que el Municipio ejerza, o pueda cumplir, dicho derecho en algún momento futuro.

50

14.13  Registro del Contrato ante la Oficina del Contralor.

Ninguna de las Partes estará obligada o requerida de cumplir con sus obligaciones bajo el Contrato hasta que éste haya sido registrado ante la Oficina del Contralor en conformidad a los requisitos de la Ley Núm. 18 de 20 de octubre de 1975, según enmendada. El Municipio registrará el Contrato ante la Oficina del Contrato dentro de quince (15) días desde la Fecha de Efectividad.

En testimonio de lo cual, las partes aquí contratantes suscriben el Contrato y se obligan a cumplir con todas sus cláusulas y condiciones, hoy, 27 de agosto de 2009, en Mayagüez, Puerto Rico.

HON. JOSE G. RODRIGUEZ RODRIGUEZ
Alcalde de Mayagüez

DR. ORESTES CASTELLANOS RODRIGUEZ
Medical Educational and Health Services, Inc.

DR. ORLANDO MARINI ROMAN
Sistemas Integrados de Salud del Suroeste, Inc.

# ANEJO A

## PLANO DEL CENTRO DE TRAUMA



CENTRO de TRAUMA

EMERGENCY DEPARTMENT



HELIPORT

CENTRO de TRAUMA

# ANEJO B

# PLAN DE DESARROLLO

Anejo B - Plan de Desarrollo

Municipio Autónomo de Mayagüez
Contrato de Administración y Operación del
Hospital Dr. Ramón E. Betances

**Plan "Macro" propuesto durante los primeros 5 años de administración**

**I. Primer año**

    **A. De 0 a 3 meses:**

        a. Evaluación de la Infraestructura del Hospital.

            1) Informe al Municipio

        b. Evaluación de los equipos existentes.

            1) Informe al Municipio

        c. Trabajar con los cambios en CNC y licencias a nombre del Municipio y MEDHS.

        d. Trabajar con los números de proveedor de los planes médicos.

        e. Preparar el área cardiovascular e instalar los nuevos equipos.

            1) Se calcula una inversión de 3 millones de dólares en este área. Estos vendrán de capital privado. Las corporaciones Cardio Services, Inc y Aguadilla Heart center han llegado a acuerdos con MEDHS para la Administración de ese servicio. Cuentan con más de 10 Cardiólogos asociados los cuales ofrecerán sus servicios en el hospital.

        f. Compra de Suplidos y Medicamentos

            1) Se evaluará la necesidad al momento de entrar al Hospital tomando como prioridad los pacientes existentes al momento de la entrega, la necesidad en Sala de Emergencia, los suplidos para los procedimientos cardiovasculares y Cirugía Cardiotoráxica.

        g. Evaluación y Reorganización del Programa de Cirugía Cardiotoraxica.

            1) Se tomará como punto de partida el programa actual y se trabajará con el Dr. García Rinaldi para la ampliación del mismo y el reclutamiento de otros cirujanos.

        h. Se evaluarán los programas académicos existentes y se comenzará con los estudios para la consecución de los Programas de Medicina de Emergencia y Cirugía.*

        i. Se finalizarán los acuerdos entre ASEM y MEDHS sobre el Manejo del Centro de Trauma.

        j. Se estará dialogando con los médicos de la Región para la reinstalación de todas las disciplinas médicas en el Hospital.

k. Se trabajará con la Administración del Hospital San Antonio para crear un programa de Manejo Coordinado de Pediatría y Obstetricia.

* ver documento sometido por la Dra. Elba Morales

**B. Del cuarto (4) al sexto (6) mes:**

a. Se comenzarán las reparaciones de Emergencia que se hayan identificado en la Evaluación Inicial.

   1) El capital para estas reparaciones podría venir de una condonación del dinero de la renta a ser pagada al Municipio, sujeto a que la Corporación demuestre mediante evidencia aceptable al Municipio, que efectivamente está llevando a cabo las mejoras.

b. Se comenzarán las evaluaciones de las facilidades existentes para transformar el Hospital en uno de 200 habitaciones privadas.

   1) Una vez podamos ver todo el Hospital e identificar las habitaciones a ser rehabilitadas se comenzará con los arreglos de infraestructura y compra de equipos necesarios.

      aa. Recientemente se han identificado programas nuevos que han abierto oficinas en áreas del hospital que antes estaban dedicadas a habitaciones de pacientes, tanto en el quinto piso como en el sexto piso. Hay que hacer un análisis de la presencia de dichos programas y la reubicación de estos para poder culminar el proyecto de las 200 habitaciones.

c. Se evaluarán las salas de operaciones tanto generales como las cardiovascular.

   1) De acuerdo a un informe de ingeniería del año 2002, las Salas de Operaciones no cuentan con instrumentos certificados para hacer las medidas necesarias de humedad y temperatura ni se pudieron identificar los medios necesarios para realizar esos ajustes.

   2) Debido al estado crítico del Sistema de Aire Acondicionado del Hospital entendemos que el estudio de infraestructura traerá como área a ser impactada de emergencia, las Salas de Operación. Además de identificar los equipos necesarios a comprar ó ser reemplazados hay que atender los sistemas mencionados. Estos son mejoras capitales por lo que se trabajará, desde el punto de vista de capital, de la misma forma recomendada en la Sección B (a)(1).

   3) Se le dará prioridad a los equipos de Neurocirugía y Ortopedia.

d. Se comenzará a habilitar las facilidades para la instalación de un PET-CT.

   1) El actual departamento de Radiología necesita ser transformado a un Departamento de Imágenes Médicas. El adquirir un PET- CT en donde el CT sea de 64 "slices", permitirá realizar los estudios cardiovasculares que actualmente el Hospital no realiza. Además, permitirá al Departamento de Radioterapia usar la modalidad, con propósitos terapéuticos, en el planeamiento de los casos de cáncer.

   2) La Compañía Western Pet-Scan Institute posee el CNC para la instalación de este equipo. Se está negociando un acuerdo con la Dra. Araceli Rivera, Presidenta de la Corporación y especialista en Medicina Nuclear.

c. Se comenzará la evaluación del Departamento de Medicina Nuclear y se solicitarán las licencias y permisos de parte de NRC para re-abrir este departamento, como parte de lo que será el Departamento de Imágenes Médicas.

   1) Se cuenta con la Dra. Araceli Rivera quien dirigirá esta sección del Departamento de Imágenes Médicas.

f. Se continuará con el reclutamiento de la Facultad Médica en todas las disciplinas.

C. Del séptimo (7) al doceavo (12) mes:

i. Se continuarán las evaluaciones y trabajos en la Infraestructura.

   1) El sistema de vapor, el sistema de aire acondicionado y el sistema eléctrico seguirán teniendo prioridad.

ii. Se continuará en proyecto de cuartos privados.

iii. Una vez rehabilitada el área de Medicina Nuclear y una vez se hayan obtenido los permisos y licencias del NRC, se estará ordenando los equipos.

   1) Cámara Gamma Dual Head

iv. Se sustituirán paulatinamente los equipos de Rayos X por máquinas digitales que nos permitan transferir imágenes a través de internet a cualquier lugar. Esto como parte del Plan de Transformar Radiología en el Departamento de Imágenes Médicas.

v. Se comenzará a trabajar con el Comité Organizador de los Juegos Centroamericanos y del Caribe para determinar la logística a seguir para brindar servicios médicos a los visitantes y atletas durante los juegos.

vi. Al finalizar el año esperamos haber creado los diferentes departamentos médicos con sus respectivos directores. Estos facultativos deberán poseer sus Boards en sus respectivas disciplinas, ya que serán presentados a las agencias acreditadoras de los programas de residencias

vii. Se trabajará con la ampliación del actual "Banco de Sangre" para crear un Banco de Sangre que atienda la necesidad que traerá el Centro de Trauma y el aumento en Procedimientos Cardiovasculares. Para esto se comenzó a negociar con el Licenciado Orlando Alcina, Presidente del Banco de Sangre de Servicios Mutuos.

II. Segundo Año

A - Primeros seis (6) meses:

a. Se continuará con los trabajos en infraestructura del Hospital.

b. Instalación de los equipos de Medicina Nuclear.

   1) Cámara Gamma Dual Head
   2) PET – CT

c. Compra de equipos para los cuartos rehabilitados.

d. Se comenzará con el reclutamiento, contratación y adiestramiento del personal para el aumento en camas disponibles en el Hospital.

e. Se estará evaluando junto a la Escuela de Medicina de Ponce y la Dra. Elba Morales los adelantos en la creación de los programas en residencia de Cirugía y Medicina de Emergencia.

f. Se comenzará con el desarrollo del Programa de Rehabilitación Física, dirigido primordialmente a los pacientes con problemas cardiovascular, cerebrovascular y a los pacientes con trauma.

g. Se comenzará con el desarrollo del programa de "Skill Nursing Facility"

h. Se comenzará a través de la Agencia "Nexus" la creación de un programa completo de Nueva Identidad Corporativa.

B – del séptimo (7) al doceavo (12) mes:

a. Se continuarán los trabajos en la infraestructura.

b. Se terminarán los trabajos e instalaciones de equipos en Medicina Nuclear y Radiología y se estará inaugurando el nuevo Departamento de Imágenes Médicas.

c. Esperamos tener listo los programas de Residencia en Cirugía y Medicina de Emergencia para comenzar con el reclutamiento de los residentes en ambas disciplinas.

   1) Aquí estaríamos integrando el esfuerzo del Hospital representado por la Dra. Elba Morales, la EMP y el recientemente creado Centro Médico Académico Regional.

d. Se creará el Departamento de Oncología y Quimioterapia y se comenzará el desarrollo del Departamento de Biopsia Estereotáctica del Seno. Al mismo tiempo se trabajará con la Administración del Centro de Radioncología para facilitar la transformación en uno más moderno y con nuevos equipos.

e. Al finalizar el segundo año esperamos estar listos para lanzar el Hospital como una "Marca" nueva; una facilidad de salud moderna y avanzada con nueva Administración y una Facultad Médica de primera; nueva identidad gráfica y programas intensos y continuos de mercadeo, publicidad y comunicación.

III. Tercer Año

A – Primeros seis (6) meses:

a. Se continuarán los trabajos en la infraestructura del Hospital.
b. Se espera tener abiertos los programas de Cirugía y Medicina de Emergencia.
c. Se espera haber completado en Centro de Diagnóstico y tratamiento de Cáncer en la Mujer.

   1) Compuesto por el modernizado Departamento de Radioncología, del recientemente creado Departamento de Oncología y Quimioterapia, el Centro de Biopsia Estereotáctica del Seno y el Departamento de Imágenes Médicas.

d. Se continuará con el Plan de Mercadeo a cargo de Nexus.
e. Se comenzarán las conversaciones con la Administración Municipal para la compra del derecho de uso de superficie de las áreas aledañas al Hospital e incluidas en el contrato original con miras a la construcción de un estacionamiento multipisos, un edificio de oficinas médicas y área comercial que complemente el desarrollo del Hospital.

B - del sexto (6) al doceavo (12) mes

a. Se continuarán los trabajos en la infraestructura.

b. De haber sido exitosas las negociaciones con el Municipio en cuanto al uso de superficie de las áreas aledañas al Hospital, se comenzarán los estudios de suelo y

el plan de diseño y desarrollo del Estacionamiento Multipisos; la Torre de Oficinas Médicas y el Area Comercial.

1) El área comercial contará con Banco, Food Court, Venta de Equipos y Suplidos Médicos, etc.

## IV. Cuarto Año

A -

a. Se continuarán los trabajos en la Infraestructura del Hospital.

b. Se terminará la fase de diseño y el plan de desarrollo de las áreas aledañas.

## V. Quinto Año

A -

a. Se continuarán los trabajos en la Infraestructura del Hospital.

b. Se comenzarán los trabajos de construcción del Estacionamiento Multipisos y la Torre Médica.

# ANEJO C

## PROPUESTA DE RFP DE MEDHS

# MEDHS
Medical Education & Health Services Inc.

21 de julio del 2006

Municipio Autónomo de Mayagüez
Departamento de Asuntos Legales
Comité de Evaluación Para Propuesta de
Administración Mediante Arrendamiento
del Centro Médico de Mayagüez —
Hospital Dr. Ramón Emeterio Betances

Estimados señores:

De conformidad con el edicto publicado el día 21 de junio del 2006 en el periódico San Juan Star[1] y siguiendo las "Guías Generales Para Someter Propuestas Para El Arrendamiento y Administración del Hospital Dr. Ramón Emeterio Betances del Centro Médico de Mayagüez"[2] y según especificaciones del Departamento de Asuntos Legales del Municipio, la Corporación "Medical Education and Health Services, Inc." (MEDHS) No. de Registro 44,970 somete la presente propuesta amplia para el arrendamiento y administración del Hospital de referencia.

Medical Educational and Health Services Inc., (MEDHS), es una corporación sin fines de lucro la cual esta organizada bajos las leyes del Estado Libre Asociado de Puerto Rico, con el número de registro 44970[3]. Sus componentes son los representantes de Servicios Integrados de Salud del Sur Oeste, INC., (SISSO), de la Escuela de Medicina de Ponce (EMP) y el del Municipio de Mayagüez. MEDHS, proyecta convertir el Centro Medico de Mayagüez Dr. Ramón Emeterio Betances (CMMREB) en una operación para que la municipalidad y la región de Mayagüez logren sus objetivos de salud y los servicios especializados que requiere la región. El proyecto es un modelo para el desarrollo de un Puerto Rico descentralizado en sus servicios de salud terciarios. El CMMREB con la contribución de la EMP puede convertirse en el centro educativo de adiestramiento de médicos y personal de salud para la Región Oeste el Caribe, Centro y Sur América en los años venideros.

Entendemos las necesidades de unos servicios de salud amplios en el Hospital Dr. Ramón Emeterio Betances del Centro Médico de Mayagüez y es nuestro firme compromiso con el Municipio de Mayagüez el realizar la visión y misión de futuro que por años el Municipio ha deseado llevar a término dentro de dichas facilidades. Por ser proveedores de servicio en las mismas instalaciones del Hospital Dr. Ramón Emeterio Betances Centro Médico de Mayagüez conocemos de antemano las necesidades.

Otro punto de primordial importancia es la celebración en Mayagüez de los Juegos Centroamericanos para el año 2010. A ese momento habrán de ser necesarias unas facilidades médicas de excelencia incluyendo los servicios de Trauma. Además los Juegos habrán de abrir las puertas del Municipio y Centro Médico de Mayagüez a un mercado económico-comercial incluyendo el llamado "Turismo de la Salud" para nuestros vecinos caribeños, centro y suramericanos, modalidad que ya se ofrece en varios centros de salud del estado de la Florida con gran éxito.

Sería de gran beneficio para toda nuestra comunidad captar parte de esa clientela Comercial y de "Turismo de la Salud" máxime cuando el Municipio de Mayagüez ya tiene el control del Puerto de Mayagüez. Estaríamos por demás realizando una labor sin precedente por el bienestar no solo de nuestro querido Puerto Rico sino por toda la comunidad Panamericana y en especial por la Caribeña.

Las oportunidades de desarrollo están presentes y latentes frente a nosotros y solo esperan a que demos el primer paso. Nuestra unidad de propósitos junto a la del Municipio, serán el catalítico para realizar nuestra labor de ser esta propuesta la favorecida para la operación y administración Del Centro Medico de Mayagüez Dr. Ramón Emeterio Betances

Sin otro particular quedamos a sus órdenes,

Pedro J. Mantes García, M.S., R.P.O., DABR
Secretario Corporativo
Medical Education and Health Services, Inc.
PO Box 8043 Marina Station
Mayagüez, Puerto Rico 00682

ESTADO LIBRE ASOCIADO DE PUERTO RICO
GOBIERNO MUNICIPAL DE MAYAGÜEZ
MAYAGÜEZ , PUERTO RICO

# PROPUESTA
## PARA EL
## ARRENDAMIENTO Y ADMINISTRACIÓN
## DEL
## HOSPITAL DR. RAMÓN EMETERIO BETANCES
## DEL
## CENTRO MÉDICO DE MAYAGÜEZ



MEDICAL EDUCATIONAL AND HEALTH SERVICES INC.

MEDHS

2006

| 1 | INDICE |
| 2 | DEFINICIONES |
| 3 | INTRODUCCIÓN |
| 4 | MEDICAL EDUCATIONAL AND HEALTH SERVICES INC. PROPUESTA |
| 5 | ENDOSOS FINANCIEROS |
| 6 | CERTIFICACIONES DE DEUDA |
| 7 | CERTIFICACION DE SEGUROS |
| 8 | ENDOSO ESCUELA DE MEDICINA DE PONCE |
| 9 | ESTATUTOS DE LA CORPORACIÓN MEDHS REGLAMENTACION DE SISSO |
| 10 | CURRICULUM VITAE MEDHS –EMP –SISSO OTROS DOCUMENTOS |

## *DEFINICIONES*

- *Alcalde del Municipio de Mayagüez (Alcalde)* El ejecutivo electo por mandato electoral para administrar todo asunto público del Municipio.

- *Comité Especial (Comité)* El organismo constituido por el Alcalde ~~el ... ? ... año 2006 como para supervisar y ... ? ... ~~ el proceso de evaluación de propuestas para el arrendamiento, operación y administración del Hospital.

- *Contrato de Arrendamiento y Operación (Contrato)* El acuerdo que ha de ser alcanzado por el Municipio y el Proponente Seleccionado(s) ~~ ... que ... ? ... derechos de las partes, así como otros términos y condiciones necesarios. El Contrato deberá ser otorgado por un mínimo de diez (10) años a un máximo de treinta (30) años.

- *Gobierno del Estado Libre Asociado (Gobierno)* - La estructura ejecutiva legislativa judicial de la isla de Puerto Rico, el gobierno estatal ~~.....~~

- *Gobierno Municipal de Mayagüez (Municipio)* - La estructura ejecutiva / administrativa / gerencial / de asesoría - legislativa - legal que, por mandato popular y/o designación autorizada por tal mandato constituye la autoridad oficial sobre los asuntos públicos del ámbito geográfico conocido como el Municipio de Mayagüez. Los ~~componentes~~ mayores del Municipio son: el Alcalde, Legislatura Municipal, Directores de Departamentos, Oficinas, Otras Dependencias, Asesoría Legal, Ayudantes Especiales y Consultores Externos.

*"... una organización sin fines de lucro al servicio del pueblo"*

*MEDHS*

- *Hospital* - Es el bien inmueble y áreas comunes necesarias que serán objeto del Contrato. El Hospital cuenta con seis (6) pisos, un sótano, un subsótano y una azotea para un pietaje agregado de 469,101 pies cuadrados. Incluye además áreas verdes y un estacionamiento aledaño.

  - *Proponente(s)* - La(s) persona(s) natural(es) o jurídica(s) que participan en el proceso de solicitud de propuestas.

- Medical Educational and Health Services Corporation Inc. *(MEDHS)* - Una corporación sin fines de lucro que tendrá el contrato para operar el Centro Médico de Mayagüez Hospital Dr. Ramón Emeterio Betances.

- *Universidad sin fines de lucro* - una organización sin fines de lucro acreditada por el Consejo de Educación Superior del Gobierno de Puerto Rico, por el Middle State Commission on Higher Education ("Middle State") y el Liaison Committee on Medical Education cuya misión es mantener niveles altos de excelencia en educación, la provisión de servicios a la comunidad, científica, biológica y conductual. Esta institución tiene un historial de (29) veintinueve años de producción de médicos primarios para todo Puerto Rico y el exterior.

- *Organización o entidad con fines de lucro* - una organización con fines de lucro debidamente registrada en el Departamento de Estado del Estado Libre Asociado de Puerto Rico. La cual tendrá como función principal administrar y establecer la política institucional que MEDHS desarrolle.

- Consejo de Educación Superior de Enseñanza - Ente Gubernamental que evalúa todo lo relacionado a las escuelas, universidades, etc.

  - *Middle State Commission on Higher Education ("Middle State")* - organización que evalúa las universidades.

    - *una universidad sin fines de lucro acreditada por el Consejo de*



- *Liaison Committee on Medical Education* - una organización cuya misión es evaluar los planteles de enseñanzas.

- *JCAHO Joint Commission on Accreditation of Healthcare Organization* - Junta Acreditadora de Facilidades de Salud organización privada que evalua la prestación de servicios en facilidades de salud. Su opinión está considerada como el estándar en la industria.

- *Ley 101* - Es el documento utilizado por el Estado Libre Asociado de Puerto Rico que otorga todas las licencias que tienen que ver con salud......

- *Accreditation Council of Graduate Medical Education (ACGME)* - Es el consejo universitario que evalúa los programas de residencias médicas a nivel de facilidades de salud.

- *CLIA* - organización a nivel federal, la cual inspecciona y autoriza la emisión de licencias a laboratorios......

...Junta organizadora con fines no claros al servicio del pueblo