# MAYAGÜEZ ADVANCED RADIOTHERAPY CENTER, CSP
## Statements of Income and Retained Earnings
### For the years ended December 31, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| **REVENUES** | | |
| Medical services, net of contractual adjustments | $3,708,871 | $3,627,505 |
| | | |
| **EXPENSES** | | |
| Rent | 720,000 | 771,381 |
| Salaries and related payroll taxes | 675,189 | 600,302 |
| Repairs and maintenance | 384,309 | 345,218 |
| Medical supplies | 153,636 | 317,335 |
| Professional fees | 211,133 | 202,395 |
| Office expense | 244,425 | 191,129 |
| Insurance | 257,487 | 180,032 |
| Depreciation | 152,081 | 152,081 |
| Auto expense | 90,465 | 74,927 |
| Interest | 45,918 | 52,766 |
| Property taxes and licenses | 35,474 | 47,324 |
| Retirement plan | 32,300 | 32,300 |
| Advertising | 68,749 | 20,925 |
| Telephone | 22,489 | 19,332 |
| Dues and subscriptions | 4,152 | 2,942 |
| Other | 5,958 | 13,686 |
| Total expenses | 3,103,785 | 3,024,026 |
| **NET INCOME BEFORE INCOME TAX** | 605,086 | 603,479 |
| INCOME TAX | 236,114 | 225,031 |
| **NET INCOME AFTER INCOME TAX** | 368,972 | 378,447 |
| RETAINED EARNINGS, beginning of year | 1,038,740 | 660,293 |
| RETAINED EARNINGS, end of year | $1,407,712 | $1,038,740 |

The accompanying notes are an integral
part of these financial statements

# MAYAGÜEZ ADVANCED RADIOTHERAPY CENTER, CSP

## Statements of Cash Flows

### For the years ended December 31, 2005 and 2004

|                                                                    | 2005        | 2004        |
|--------------------------------------------------------------------|-------------|-------------|
| **CASH FLOWS FROM OPERATING ACTIVITIES**                           |             |             |
| Reconciliation of net income to net cash                           |             |             |
| used in operating activities - Net income                          | $ 368,972   | $378,447    |
|                                                                    |             |             |
| Adjustments to reconcile net income                                |             |             |
| to net cash provided by (used in)                                  |             |             |
| operating activities - Depreciation                                | 152,081     | 152,081     |
|                                                                    |             |             |
| Changes in assets and liabilities-                                 |             |             |
| Decrease (increase) in accounts receivable – trade                 | 68,620      | (103,390)   |
| Decrease (increase) in accounts receivable – other                 | (468,587)   | (510,856)   |
| Decrease (increase) in prepaid income tax                          | (859)       | 1,136       |
| Decrease (increase) in other assets                                | (349,666)   | (216,096)   |
| Increase (decrease) in accounts payable                            |             |             |
| and accrued liabilities                                            | 235,855     | 533,749     |
| Total adjustments                                                  | (362,957)   | (143,376)   |
| Net cash provided by (used in) operating activities                | 6,015       | 235,071     |
|                                                                    |             |             |
| **CASH FLOWS FROM FINANCING ACTIVITIES**                           |             |             |
| Repayments to the loans payable                                    | (331,404)   | (321,404)   |
| Proceeds from the loan payable                                     | -           | 267,500     |
| Net cash provided by (used in) financing activities                | (331,404)   | (53,904)    |
|                                                                    |             |             |
| **NET INCREASE (DECREASE) IN CASH**                                | (325,389)   | 181,167     |
|                                                                    |             |             |
| CASH, beginning of year                                            | 390,579     | 209,412     |
|                                                                    |             |             |
| CASH, end of year                                                  | $  65,190   | $390,579    |

The accompanying notes are an integral
part of these financial statements.

6

## 1. Operations and summary of significant accounting policies:

(a) Operations - Mayagüez Advanced Radiotherapy Center, CSP, is a Corporation organized and authorized by the State Department to operate in the Commonwealth of Puerto Rico since 2001. The Corporation is engaged in the radiotherapy care, managed care treatments, and alternate line of business services. The Company participates as an independent service provider practice for a private center, general public in Government General Medical Care Plan, private individuals and most common used health insurance plans. Its main income comes, primarily, from the approved Health Insurer - MCS, which pay under a "Fee for service per-diem per patient per occurrence", and most of the insurance plans authorized in Puerto Rico. Thus, income is measured by the amount of patient managed care and services outstanding in the center, and costs are recognized as a representation of actual disbursements incurred, health insurer index and past experiences. This method is used because management considers those costs to be the best available measure of evaluation progress on each patient.

(b) Property and Equipment - Property and equipment are stated at cost. Depreciation expense is calculated by using the straight-line method over the estimated useful lives of the assets. Expenditures for repairs and maintenance are charged to operations, significant renewals and betterments are capitalized. At the time property and equipment is sold or otherwise disposed of, the cost and related accumulated depreciation or amortization is removed from the books and the resulting gain or loss, if any, is credited or charged to operations.

(c) Concentration of credit risk - Financial instruments that potentially expose the Company to concentration of credit risk include cash in checking accounts. The Company maintains accounts at high quality financial institutions authorized to do business in Puerto Rico. While the Company attempts to limit any financial exposure, its deposit balances may, at times, exceed federally insured limits. The Company has not experienced any losses on such accounts.

d) Use of estimates - The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

1 Operations and summary of significant accounting policies – Cont.

(e) Income tax - The Company follows Statement of Financial Accounting Standards No. 109, "Accounting for Income Taxes". This Statement requires an asset and liability approach for financial accounting and reporting for income taxes.

2 Property and equipment

The following is the composition of property and equipment and the corresponding estimated useful lives at December 31, 2005 and 2004:

| Description | Estimated Useful Life | 2005 | 2004 |
|---|---|---|---|
| Equipment | 7 | $ 911,765 | $ 911,765 |
| Furniture and fixtures | 5 | 60,614 | 60,614 |
| Building improvements | 25 | 242,627 | 242,627 |
| | | 1,215,006 | 1,215,006 |
| Less- accumulated depreciation | | (711,671) | (559,590) |
| Net property and equipment | | $ 503,335 | $ 655,416 |

### 3. Lease commitment

The Company leases its office and operating facilities in Ramón Emeterio Betance's Hospital at Mayagüez, Puerto Rico under the provisions of operational lease agreement for an initial year period ending January 15, 2011, with rent payments of $50,000 for next 6 months, $60,000 for the next 30 months, and $65,000 for the remainder of the base agreement.

Rent expense applicable to this lease for the years ended December 31, 2005 and 2004 aggregated $600,000. Minimum rent commitments on the above lease for the next two years are as follows:

| Year Ending December, 31 | Amount |
|---|---|
| 2006 | $ 780,000 |
| 2007 | 780,000 |
| | $1,560,000 |

### 4. Income tax

The Company's taxable income is subject to the Puerto Rico income tax at the 20% to 39% rates provided for by the 1994 Puerto Rico Internal Revenue Code, as amended.

### 5. Related party transactions

The company is owned by a small number of shareholders who act also as officers and directors of the business. The most significant transaction executed during the years ended December 31, 2005 and 2004 with the shareholders were salaries in the amount of $154,600 and $158,600, respectively.

5 Long-term debt

|  | 2005 | 2004 |
|---|---|---|
| This account consists of the following obligations: | | |
| □ Loan payable to Western Bank in 52 installments of $22,617, with an interest rate of .50% over prime rate, until March of 2007, collaterized by the common stocks of the Corporation | $339,227 | $610,631 |
| □ Loan payable to Western Bank in 60 installments of $5,000, with an interest rate of .50% over prime rate, until March of 2009, collaterized by the common stocks of the Corporation | 157,500 | 217,501 |
| | 496,727 | 828,132 |
| Less: current portion | (331,404) | (331,404) |
| | $ 165,323 | $496,728 |

# MEDICAL EDUCATIONAL HEALTH SERVICE INC.

## CUMPLIMIENTO GUBERNAMENTAL
### Propuesta Arrendamiento y Administración
### Hospital Dr. Ramón Emeterio Betances
### Centro Médico de Mayagüez

| Corporación | Depto. Hacienda | Crim | Depto. Trabajo | Patente Municipal | Finanzas Municipal | FSE. | Acure | Depto. Estatto | Ofici. Convictos | Res. Corp. | Cert. Pólizas | Cert. de Int.Eco. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Servicios Integrados del Sur Oeste Inc. | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Medical Educational Healthcare Services Inc. | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE ESTADO**
**SAN JUAN PUERTO RICO**

Yo, GRICEL FALGAS RODRIGUEZ, Subdirectora, Registro de Corporaciones del Departamento de Estado del Estado Libre Asociado de Puerto Rico.

CERTIFICO: Que "MEDICAL EDUCATIONAL AND HEALTH SERVICES, INC. (MEDHS) " registro 44,970 es una corporación sin fines de lucro organizada bajo las leyes del Estado Libre Asociado de Puerto Rico el veinte de mayo de 2004 a las 3:09 p.m.

EN TESTIMONIO DE LO CUAL, firmo la presente y hago estampar en ella el Gran Sello del Estado Libre Asociado de Puerto Rico, en la Ciudad de San Juan, hoy veinte de mayo de dos mil cuatro.



Gricel Falgás Rodriguez
Subdirectora
Registro de Corporaciones

GFR'AI.S
.004026036
$7.00



Estado Libre Asociado de Puerto Rico
Commonwealth of Puerto Rico

Departamento de Estado
Department of State

**INFORME ANUAL DE CORPORACIÓN**
**CORPORATE ANNUAL REPORT**

Año _2005_
Year

Núm. seguro social patronal: _XX-XXXXXXX_
Employer social security No.:

Comprobante Número: _____  Número de registro: _XXXXX_  Fecha: _____
Voucher number:                   Registry number:                 Date:

Tipo de corporación: _X_ doméstica __ foránea __ con fines lucrativos _X_ sin fines lucrativos
Type of corporation:      domestic      foreign      for profit        not for profit

Volumen del negocio: __ Sobrepasa un millón __   No sobrepasa un millón _X_
Volume of business:      Exceeds one million dollar    Does not exceed one million dollar

Nombre de la corporación: _MEDICAL EDUCATIONAL AND HEALTH, INC._
Name of the corporation:

Dirección de la oficina designada:   _HOSPITAL RAMÓN EMETERIO BETANCES_
(física y postal)                    _MAYAGÜEZ, PR_                    COPY
Address of the designated office:    _PO BOX 1868_
(Physical and mailing)               _MARÍN STATION Mayagüez 00681_

Nombre del agente residente: _HOSPITAL CASTELLANO_
Name of resident agent:

Dirección física y postal del agente residente:
Physical and mailing address of the resident agent:
_W-AV. HOSTOS URB. LA MESA HUNT. URB. AVENIDA PLAZA HOSPITAL BY PASS MEDICAL MALL MAYAGÜEZ, PR_

Nombre, posición, dirección postal y fecha de expiración del cargo de los directores en funciones, a la fecha de radicación del informe.
*Name, position, mailing address and date of expiration of term of the directors holding office at the time this report is filed.*

| Nombre | Posición | Dirección | Fecha de expiración |
|---|---|---|---|
| ORESTES CASTELLANOS | PRESIDENTE | PO BOX 8843 MAYAGUEZ PR 00682 | Indef. |
| MANUEL MARTINEZ MALDONADO | VICE PRESIDENTE | PO BOX 8843 MAYAGUEZ PR 00682 | Indef. |
| JULIO MONTALVO | TESORERO | PO BOX 8843 MAYAGUEZ PR 00682 | Indef. |
| PEDRO J. MONTES | SECRETARIO | PO BOX 8843 MAYAGUEZ PR 00682 | Indef. |

Nombre, posición, dirección postal y fecha de expiración del cargo de los oficiales en funciones, a la fecha de radicación del informe.
*Name, position, mailing address and date of expiration of term of the officers holding office at the time this report is filed.*

| Nombre | Posición | Dirección | Fecha de expiración |
|---|---|---|---|
| ORESTES CASTELLANOS | PRESIDENTE | PO BOX 8843 MAYAGUEZ PR 00682 | Indef. |
| MANUEL MARTINEZ MALDONADO | VICE PRESIDENTE | PO BOX 8843 MAYAGUEZ PR 00682 | Indef. |
| JULIO MONTALVO | TESORERO | PO BOX 8843 MAYAGUEZ PR 00682 | Indef. |
| PEDRO J. MONTES | SECRETARIO | PO BOX 8843 MAYAGUEZ PR 00682 | Indef. |

### Estado de situación 31/12/2005
(Balance sheet)

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand | $ | Accounts payable | $ |
| Accounts receivable | $ | Bonds / notes payable | $ |
| Less: Bad debts reserve | | Accrued expenses | $ |
| Total Receivables | $ | Other liabilities | $ |
| Notes receivable | $ | TOTAL LIABILITIES | $ |
| Inventories | $ | | |
| Investments | $ | NET WORTH | |
| Depreciable assets | $ | Capital stock: | |
| Less: Reserve for depreciation | $ | Preferred | $ |
| Total depreciable assets | $ | Common | $ |
| Land | $ | Capital Surplus | $ |
| Other assets | $ | Earned surplus | $ |
| TOTAL ASSETS | $ | Surplus reserves | $ |
| | | TOTAL NET WORTH | $ |
| | | TOTAL LIABILITIES & NET WORTH | $ |

### AUDITORIA POR UN CONTADOR PUBLICO AUTORIZADO
*CERTIFIED PUBLIC ACCOUNTANT AUDIT*

Si el volumen de negocio de esta corporación sobrepasa un millón (1,000,000) de dólares, el estado de situación que acompaña a este informe anual habrá de estar debidamente auditado por un Contador Público Autorizado con licencia en el Estado Libre Asociado de Puerto Rico, que no sea ni accionista ni empleado de la corporación, junto con la opinión correspondiente de dicho Contador Público Autorizado.

When the volume of business of this corporation exceeds one million (1,000,000) dollars, the financial statement provided herewith shall be duly audited by a Certified Public Accountant licensed by the Commonwealth of Puerto Rico, who is neither a stockholder nor employee of such corporation, together with the corresponding opinion of such Certified Public Accountant.

## DECLARACION JURADA
## SWORN STATEMENT

EN TESTIMONIO DE LO CUAL, nosotros, _Aurelea Castellanos Rodriguez_ (Presidente o Vicepresidente), y _Pedro Jose Montes Guedes_ (Tesorero o Subtesorero), declaramos que la información contenida en este Informe Anual es correcta. Hoy, _8_ de _abril_ de _06_

IN WITNESS WHEREOF, we, _____ (President or Vice-President) and _____ (Treasurer or Assistant-Treasurer), do hereby declare that the information contained in the foregoing Annual Report is correct. This ____ of ____

_____
Presidente o Vicepresidente
President or Vice-President

_____
Tesorero o Subtesorero
Treasurer or Assistant-Treasurer

Affidavit núm.: _- 1579 -_
Affidavit no.:

JURADO Y SUSCRITO ANTE MI POR:
SWORN AND SUBSCRIBED TO BEFORE ME BY:

_Aurelea Castellanos Rodriguez_
_Pedro Jose Montes Guedes_
de las siguientes circunstancias personales: vecinos de Mayaguez, P.R.
_mayores de edad, medico y fluido residentes en_ mayoría de edad, profesión, vencidad y puesto que ocupa en la corporación; a quienes conozco personalmente.

Of the following personal circumstances: _____ (legal age, profession, residence of, and position they hold in the corporation), whom I personally know.

Dada en _Mayaguez_, Puerto Rico, hoy, _8_ de _abril_ de _06_
In _____, Puerto Rico, on _____, 20 ___

_Hilda M. Ifarri Feliz_
NOTARIO PUBLICO
NOTARY PUBLIC

SELLO NOTARIAL
NOTARIAL SEAL



Nov 13-02

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS

FECHA: 18-07-2006
HORA : 14:25
JHG0182

CERTIFICACION DE DEUDA

... : 001 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 MED. EDUC. & HEALT SERV

... 143 MARINA STATION
... PR 00682

... ICO QUE LA PERSONA O CORPORACION ARRIBA
... IONADA NO APARECE REGISTRADA EN NUESTRO
... TEMA DE INFORMACION CONTRIBUTIVA.
... A DE HOY 18-07-2006

... T E N C I A :

... REVISAR ESTE DOCUMENTO EN DETALLE. SI USTED NO ESTA DE
... CON ALGUNA DE LA INFORMACION AQUI PROVISTA DEBERA PRESENTAR
... MACION JUNTO CON LOS DOCUMENTOS QUE EVIDENCIAN LA MISMA A
... CCIONES QUE SE INDICAN EN LA HOJA ADJUNTA.

... IFICACION NO ES VALIDA SIN LA FIRMA AUTORIZADA Y EL SELLO
... EN ORIGINAL DEL DEPARTAMENTO DE HACIENDA

... AUXILIAR DE RENTAS INTERNAS      FECHA      SELLO OFICIAL
... REPRESENTANTE AUTORIZADO

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE ESTADO**
San Juan, Puerto Rico

CERTIFICADO DE REGISTRO

Yo, MAR... ...Estado Libre

Asociado de Puer...

CERTIFICO que ... SERVICIO INTEG... ...SALUD DEL SUR OESTE,

INC. (SISSO), registro ... ... ... de ... organizada

bajo las leyes de Puerto Ric...

... LO CUAL, firmo el

presente y ha... ...el Gran Sello

del Estado Libre ... ...uerto Rico, en

... ...9 de abril de

... ...para firm... ...

... ...cretar... ...Es...

MPM/ais
2005026165 – $110.00

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS

FECHA: 18-07-2006
HORA : 10:17
JHG0182

CERTIFICACION DE DEUDA

PARA: 081 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 SERVICIOS INTEGRADOS DE SALUD

8943 MARINA STA.
PR 00685-2

CERTIFICO QUE LA PERSONA O CORPORACION ARRIBA
MENCIONADA NO APARECE REGISTRADA EN NUESTRO
SISTEMA DE INFORMACION CONTRIBUTIVA.
A LA DE HOY 18-07-2006

NOTICIA:

REVISAR ESTE DOCUMENTO EN DETALLE, SI USTED NO ESTA DE
ACUERDO CON ALGUNA DE LA INFORMACION AQUI PROVISTA DEBERA PRESENTAR
INFORMACION JUNTO CON LOS DOCUMENTOS QUE EVIDENCIAN LA MISMA A
LAS ACCIONES QUE SE INDICAN EN LA HOJA ADJUNTA.

ESTA CERTIFICACION NO ES VALIDA SIN LA FIRMA AUTORIZADA Y EL SELLO
OFICIAL EN ORIGINAL DEL DEPARTAMENTO DE HACIENDA

_____     _____     _____
JEFE AUXILIAR DE RENTAS INTERNAS          FECHA             SELLO OFICIAL
REPRESENTANTE AUTORIZADO



## CERTIFICACIÓN

Nombre: _Medical Education & Health Service Inc_

Núm. Seg. Soc.: _66-0140473_

Dirección: _Ave. Dr. Jose de Diego #46 Hostos Suite 200 Industria Betances_
_Mayagüez PR_

No aparece registrado como patrono por lo que no tiene deuda pendiente en este Negociado.

En _Mayagüez_, Puerto Rico hoy _18_ de _julio_ de _2006_.

_Juan M. Mota_
Agte. Contributivo Senior

_[firma]_
Título Oficial



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
NEGOCIADO DE SEGURIDAD DE EMPLEO
SECCION DE CONTRIBUCIONES

# CERTIFICACIÓN

Nombre: Servicio Integrado de Salud del Suroeste

Núm. Seg. Soc: 66-0660475

Dirección: Cart #2 Ave. Hostos 410 Hospital De Ramon Emeterio Betances

Mayaguez PR

No aparece registrado como patrono por lo que no tiene deuda pendiente en este Negociado.

En Mayaguez, Puerto Rico hoy 18 de julio de 2006.

_____
Nombre y Firma

_____
Título Oficial

18 de _julio_ de _2006_

Sra. Rosa I. Vázquez
Jefe. Int. Div. Recaudaciones
C.F.S.E. Oficina Central

Sr. José A. Torres Abreu
Jefe. Sección de Cobros y Embargos
C.F.S.E. Región Mayagüez

## SOLICITUD CERTIFICACIÓN DE DEUDA NEGATIVA

NOMBRE DEL PATRONO:       MEDICAL EDUCATION & HEALTH SERVICES, INC
SEGURO SOCIAL PATRONAL:   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           NO FIGURA CON POLIZA
NUMERO DE POLIZA:         NO POSEE              NUMERO DE FAX
NÚMERO DE TELEFONO:       787-834-6070

El Señor(a) MEDICAL EDUCATION & HEALTH SERVICES, INC      , (patrono) requiere una certificación de
deuda negativa para fines oficiales relacionados con:

CONTRATO DE CONSULTORIA

Solicitada según requerido por su oficina

Solicitamos su acostumbrada colaboración para la emisión de la misma a la brevedad posible

Dicha certificación puede ser enviada a la siguiente dirección

P.O. BOX. 8043 MARINA STATION
MAYAGÜEZ, P.R. 00682

Saludos cordiales

/ATA/adm

Solicitante          SR. LUIS LOZADA

NOTA: DE NO RECIBIR LA CERTIFICACIÓN NEGATIVA DENTRO DE LOS PROXIMOS 30 DIAS LABORALES,
FAVOR DE COMUNICARSE A LA OFICINA DE RECAUDACIONES EN SAN JUAN AL NUMERO
787-793-5959 XT 5727 Ó 5726

18 de    julio    de    2006

Sra. Rosa I. Vázquez
Jefe. Int. Div. Recaudaciones
C.F.S.E. Oficina Central

Sr. José A. Torres Abreu
Jefe, Sección de Cobros y Embargos
C.F.S.E. Región Mayagüez

## SOLICITUD CERTIFICACIÓN DE DEUDA NEGATIVA

NOMBRE DEL PATRONO:          SERVICIOS INTEGRADOS DE SALUD DEL SUROESTE, INC
SEGURO SOCIAL PATRONAL:      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          [✗] NO FIGURA CON POLIZA
NUMERO DE POLIZA:            NO POSEE              NUMERO DE FAX:
NUMERO DE TELEFONO:          787-834-6076

El Señor(a) SERVICIOS INTEGRADOS DE SALUD DEL SUROESTE, IN, (patrono) requiere una certificación de deuda negativa para fines oficiales relacionados con:

CONTRATOS EN GENERAL

Solicitada según requerido por su oficina

Solicitamos su acostumbrada colaboración para la emisión de la misma a la brevedad posible.

Dicha certificación puede ser enviada a la siguiente dirección:

PO BOX. 8043 MARINA STATION
MAYAGUEZ, P.R. 00682

Saludos cordiales

ATAnde:

Solicitante          SR. LUIS LOZADA

NOTA: DE NO RECIBIR LA CERTIFICACION NEGATIVA DENTRO DE LOS PROXIMOS 30 DIAS LABORALES,
FAVOR DE COMUNICARSE A LA OFICINA DE RECAUDACIONES EN SAN JUAN AL NUMERO
787-793-5959 XT 5727 Ó 5726.

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE ESTADO
Recibo Oficial

| | | Recibo Número: | 2006034522 |
| | | Año Económico: | 2006 |
| 014 | José L. Rodríguez | Sector Económico: | 01 |

### Información de Recibo

| Concepto | Importe | Valor Recibido |
| --- | --- | --- |
| | $10.00 | |
| Total de Recibo: | $10.00 | |

Auxiliar Recaudador

E882

☐ Foránea con fines     ☐ Foránea sin fines

☐ Retener en oficina   ☑ Enviar por correo     Idioma: ☑ Español ☐ Inglés

**Nombre del (la) Solicitante:** José R. Colón, CMA, Contador

**Dirección y teléfono:**
Carr. 702 #5
Coamo, PR 00769
Tel: (787) 825-9237

**Cantidad del Comprobante:** $10.00

**Número del Comprobante:**

| | | |
| --- | --- | --- |
| Corporaciones Con Fines de Lucro (domésticas/foráneas) | - | $10.00 |
| Corporaciones Sin Fines de Lucro (domésticas/foráneas) | - | $2.00 |
| Corporaciones Profesionales | - | $10.00 |
| Corporaciones Religiosas | - | $2.00 |

### AVISO IMPORTANTE

Deberá acompañar la Solicitud del Certificado de Cumplimiento con la copia amarilla del comprobante de Rentas Internas o Recibo Oficial.

Para información sobre las certificaciones puede comunicarse al (787) 722-2121 exts. 6249 y 6252.

Nos 3 copia
Edif. Gubernamental
Ofic. 201

de Puerto Rico
DE ESTADO
to Rico

*poraciones*
*nes Anuales*

) DE CUMPLIMIENTO
*(DING)*

EN LETRA DE MOLDE

Services, INC. (MEDHS)

44.9970
66-0660473

sin fines ☐ Profesional
fines

o · Idioma: ☒ Español ☐ Inglés

ose R. Colon, CMA, Contador

#6
00700
5-9937

| Cantidad del Comprobante: | $40.00 |
|---|---|
| Número del Comprobante: | |

| | |
|---|---|
| Corporaciones Con Fines de Lucro (domésticas/foráneas) | $10.00 |
| Corporaciones Sin Fines de Lucro (domésticas/foráneas) | $2.00 |
| Corporaciones Profesionales | $10.00 |
| Corporaciones Religiosas | $2.00 |

## AVISO IMPORTANTE

Deberá acompañar la Solicitud del Certificado de Cumplimiento con la copia amarilla del comprobante de Rentas Internas o Recibo Oficial.

Para información sobre las certificaciones puede comunicarse al (787) 722-2121 exts. 6249 y 6252.

Date of this notice: 07-08-2005

Employer Identification Number:
66-0660473

002015.197657.0018.001 2 MB 0.534 1163

Form: SS-4

Number of this notice: CP 575 A

MEDICAL EDUCATIONAL AND HEALTH
SERVICES INC
PO BOX 6043 MARINA STATION
MAYAGUEZ PR 00681

For assistance you may call us at
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an EIN. We assigned you EIN 66-0660473. This EIN will
identify your business account, tax returns, and documents, even if you have no
employees. Please keep this notice in your permanent records.

When filing tax documents, please use the label IRS provided. If that isn't possible
you should use your EIN and complete name and address shown above on all federal tax
forms, payments and related correspondence. If this information isn't correct, please
correct it using the tear off stub from this notice. Return it to us so we can correct
your account. If you use any variation of your name or EIN, doing so could cause a
delay in processing and may result in incorrect information in your account. Doing so
could result in our assigning you more than one EIN.

Based on the information from you or your representative, you must file the following
form(s) by the date shown next to it.

             Form 941                10/31/2005
             Form 1120               03/15/2006
             Form 940                01/31/2006

If you have questions about the form(s) or the due date(s) shown, you can call us
at 1-800-829-4933 or write to us at the address at the top of the first page of this
letter. If you need help in determining what your tax year is, you can get Publication
538, Accounting Periods and Methods, at your local IRS office or from our web site at
www.irs.gov.

We assigned you a tax classification (S-Corporation, Partnership, etc.) based on
information obtained from you or your representative. It is not a legal determination
of your tax classification, and is not binding on the IRS. If you want a determination
of your tax classification, you may seek a private letter-ruling from the IRS under
the procedures set forth in Revenue Procedure 98-01, 1998-1 I.R.B.7 (or superceding
revenue procedures for the year at issue.)

Date of this notice: 07-08-2015

Employer Identification Number:
66-0660475

003915.187657.0010.001 2 MB 0.534 1162

Form: SS-4

Number of this notice: CP 575 A

SERVICIOS INTEGRADOS DE SALUD DE
SUR OESTE INC
PO BOX 8045 MARINA STATION
MAYAGUEZ PR 00681

For assistance you may call us at
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an EIN. We assigned you EIN 66-0660475. This EIN will identify your business account, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, please use the label IRS provided. If that isn't possible you should use your EIN and complete name and address shown above on all federal tax forms, payments and related correspondence. If this information isn't correct, please correct it using the tear off stub from this notice. Return it to us so we can correct your account. If you use any variation of your name or EIN, doing so could cause a delay in processing and may result in incorrect information in your account. Doing so could result in our assigning you more than one EIN.

Based on the information from you or your representative, you must file the following form(s) by the date shown next to it.

              Form 941          10/31/2005
              Form 1120         03/15/2006
              Form 940          01/31/2006

If you have questions about the form(s) or the due date(s) shown, you can call us at 1-800-829-4933 or write to us at the address at the top of the first page of this letter. If you need help in determining what your tax year is, you can get Publication 538, Accounting Periods and Methods, at your local IRS office or from our web site at www.irs.gov.

We assigned you a tax classification (S-Corporation, Partnership, etc.) based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a determination of your tax classification, you may seek a private letter ruling from the IRS under the procedures set forth in Revenue Procedure 98-01, 1998-1 I.R.B.7 (or superceding revenue procedure for the year at issue.)

# RESOLUCION CORPORATIVA DE
## MEDICAL EDUCATIONAL HEALTH SERVICES, INC. (MEDHS)

Yo Pedro José Montes García, Secretario de Medical Educational Health Services, Inc. Una corporación organizada y existente con arreglos a las leyes de Puerto Rico, certifico que en reunión extraordinaria de la Junta de Directores de dicha Corporación celebrada el 1 de julio del 2006 fue adoptada por voto unánime de los Directores lo siguiente:

Resuélvase por la presente autorizar a la Corporación a participar en el proceso de Solicitud de Propuestas y a negociar el Contrato de Arrendamiento y Operación de ser ésta seleccionada por el Municipio de Mayagüez para administrar mediante arrendamiento el Hospital Dr. Ramón Emeterio Betances, Centro Médico de Mayagüez.

Certifico que lo anterior fue aprobado de conformidad con los Artículos de Incorporación y el Reglamento de la Corporación y que no ha sido revocado ni enmendado.

En testimonio de lo cual expido al presente Certificado en Mayagüez, Puerto Rico, hoy, 7 de julio del 2006.

44970

Sello Cr

Ar

## DECLARACION JURADA

Yo, Pedro José Montes García, mayor de edad, casado, con número de seguro social 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, físico y vecino de Mayagüez, Puerto Rico, en capacidad de Secretario de Medical Educational Health Services, Inc. (MEDHS) declaro bajo juramento lo siguiente:

1. Que soy de las circunstancias personales antes indicadas.
2. Que he sido advertido de la penalidad que conlleva el mentir bajo juramento.
3. Certifico que ningún oficial o empleado del Municipio de Mayagüez tiene interés económico directo o indirecto en los derechos que esta Corporación adquiera en caso de que sea seleccionada y se otorgue el Contrato con el Municipio de Mayagüez para la administración del Hospital Dr. Ramón Emeterio Betances. Esto en observación a las disposiciones de la Ley Núm. 84 del 18 de junio del 2002, conocido como el Código de Ética para Contratistas.
4. Que hemos recibido copia del Código de Ética para Contratistas, el cual hemos leído y entendido.
5. Certifico que hemos obtenido copia y que cumpliremos con la Ley de Ética Gubernamental, Ley Núm. 12 del 24 de julio del 1985 según enmendada.
6. Certifico qu'                    Oficiales de la corporación ha sido convicto
   o c'

"9. Que todo lo antes dispuesto es la verdad y nada más que la verdad según consta de su propio conocimiento.

_____
Pedro José Montes García
Secretario Corporativo

"AFFIDAVIT NUMERO: 1821

Jurado y suscrito ante mí por Pedro José Montes García, mayor de edad, casado, físico, con número de seguro social 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 y vecino de Mayagüez, Puerto Rico, en su capacidad de Secretario de Medical Educational Health Services, inc., a quien CONOZCO PERSONALMENTE.

En Mayagüez, Puerto Rico hoy 1 de julio del 2000.



_____
Sello Notarial.

_____
Notario Público.



Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
DEPARTAMENTO DE FINANZAS
OFICINA DE RENTAS PÚBLICAS



## CERTIFICACION

YO, LISSETTE V. GONZALEZ PAGAN, Supervisora de la Oficina de Rentas Públicas del Municipio de Mayagüez;

CERTIFICO:

Que _Servicios integrados de Salud del_ _sumestro, INC_ con el Seguro Social _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_ no aparece como contribuyente de este Municipio.

Y PARA QUE ASI CONSTE, expido esta certificación hoy, _19_ de _Julio_ de 200_6_.

_[firma]_

Rentas Públicas
MUNICIPIO DE MAYAGUEZ   LISSETTE V. GONZALEZ PAGAN
SUPERVISORA DE RENTAS PUBLICAS

Nota: Este documento no constituye una certificación negativa de deuda. Sin embargo, la información suministrada puede ser afectada por cualquier investigación de cuenta que se haya iniciado o esté por iniciarse a este contribuyente.





Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
DEPARTAMENTO DE FINANZAS
OFICINA DE RENTAS PUBLICAS

## CERTIFICACION

YO, LISSETTE V. GONZALEZ PAGAN, Supervisora de la Oficina de
Rentas Públicas del Municipio de Mayagüez;

CERTIFICO:

Que _Medical Education & health services, IM._ con el Seguro Social
_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_ no aparece como contribuyente de este Municipio.

Y PARA QUE ASI CONSTE, expido esta certificación hoy, _19_ de
_Julio_ de 200 _6_.

_Lissette V. Gonzalez Pagán_

Rentas Públicas       LISSETTE V. GONZALEZ PAGAN
MUNICIPIO DE MAYAGUEZ SUPERVISORA DE RENTAS PUBLICAS

Nota: Este documento no constituye una certificación negativa de deuda. Sin embargo, la
información suministrada puede ser afectada por cualquier investigación de cuenta que se
haya iniciado o esté por iniciarse a este contribuyente.

Modelo AS-53



# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

### *CERTIFICACIÓN NEGATIVA*

Hacemos constar que ___SERVICIOS INTEGRADOS DE SALUD DEL SUROESTE, INC.___

con número de seguro social o patronal ___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___

no figura radicando planillas de propiedad mueble y no posee propiedad

inmueble en nuestro sistema contributivo computadorizado.

Sin embargo, la información suministrada puede ser afectada por cualquier

investigación o intervención de cuenta que se haya iniciado o esté por

iniciarse a este contribuyente.

Emitida hoy, ___19___ de ___JULIO___ de 2006.

Preparada por:                                    Aprobada por:

_____              _____
JOSE E. VILLANUEVA                              MIGUEL S. ACOSTA
Supervisor o su Representante                Gerente Regional o Director de
Autorizado                                           Servicios Operacionales o su
**Centro Regional de Mayagüez**          Representante Autorizado

Modelo AS-53



CENTRO DE RECAUDACION
INGRESOS MUNICIPALES

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

## *CERTIFICACIÓN NEGATIVA*

Hacemos constar que _____ MEDICAL EDUCATION & HEALTH SERVICES, INC. _____

con número de seguro social o patronal _____ 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 _____

no figura radicando planillas de propiedad mueble y no posee propiedad inmueble en nuestro sistema contributivo computadorizado.

Sin embargo, la información suministrada puede ser afectada por cualquier investigación o intervención de cuenta que se haya iniciado o esté por iniciarse a este contribuyente.

Emitida hoy, __19__ de __JULIO__ de 2006.

Preparada por:                                    Aprobada por:

_JOSÉ E. VILLANUEVA_                    _MIGUEL S. ACOSTA_
Supervisor o su Representante           Gerente Regional o Director de
Autorizado                                       Servicios Operacionales o su
**Centro Regional de Mayagüez**        Representante Autorizado

CANCELADO

50 CALLE NENADICH W. - SUITE 203 - CENTRO GUBERNAMENTAL - MAYAGUEZ, PR 00680-3662
TELEFONOS: (787) 831-2880, 833-7907, 834-1180 FAX (787) 834-1214



# SIGNATURE
### INSURANCE AGENCY, INC.

A wholly-owned subsidiary of Seguros Triple-S, Inc.

19 de julio de 2006

Servicios Integrados Salud Suroeste, Inc.
PO Box 8043
Mayagüez, PR 00682

RE:   PÓLIZA RESPONSABILIDAD PROFESIONAL
      PÓLIZA PROPIEDAD Y CONTINGENCIA
      HOSPITAL DR. RAMÓN EMETERIO BETANCES

Estimados señores:

Confirmamos recibo de petición de cubierta bajo los riegos de referencia para la administración del Hospital Dr. Ramón Emeterio Betances (c/c Centro Médico de Mayagüez).

Seguros Triple – S no tendrá objeción en ofrecer una cotización para dicho riesgo, una vez se haya recibido toda la documentación pertinente y se hayan cumplido con los requisitos de suscripción establecidos por la compañía para este tipo de riesgo.

Cordialmente,

Roberto Porto

ds

•218 • San Juan • Puerto Rico • 00936-0838 • Telephone: (787) 781-4000 • Faxes: (787) 707-7227 (Underwriting) • (787) 707-7221 (Accounting)

13 de julio de 2006

Alvin Lopez Rosich
Seguros y Fianzas
P.O. Box # 1916
Coamo, Puerto Rico 00769-1916

Estimado Sr. López:

La Corporación de Servicios Integrados de Salud del Sur-Oeste, Inc. tiene como propósito operar y administrar el Centro Médico de Mayagüez. Dicha administración entraría en efecto una vez se adjudique la misma por el Municipio de Mayagüez. Esta institución actualmente es administrada por una Corporación la cual cesa una vez se adjudique dicha propuesta.

Tal y como le explicáramos en la reunión celebrada el 7 de julio 2006 hay una serie de datos referente a la operación, ocupación, etc. los cuales no han sido posible no empece a que dicha información fue solicitada. Independientemente de esto nos sometemos al criterio de inspección y recomendaciones que pueda realizar la compañía de seguros, garantizando por este medio la implementación de los mismos, si alguno.

Una vez se adjudique el municipio notificará con suficiente tiempo y a su vez estaríamos notificándole a la compañía de seguros, en cuyo momento podremos estar en posición de cumplimentar la solicitud en todas sus partes según requerido por esta incluyendo los documentos necesarios según son requerido en la misma.

Nuestra necesidad en este momento es de conseguir una carta de endoso que garantice la cubierta mínima exigida por el Municipio para poder administrar dicha institución. Entiendo que la Compañía de seguro considerará a nuestra Corporación como una nueva y la cual no tiene experiencia en esta institución.

Le agradeceré nos someta una carta con las sugerencias y diferentes alternativas que podamos tener. De usted tener una duda al respecto, favor de comunicarse a la mayor brevedad posible, en espera de su contestación queda de usted.

Atentamente,


Ledo. Iván Millón
Director Ejecutivo,
SISSO



PRESIDENT AND DEAN

*6 de Julio de 2006*

*Hon. José Guillermo Rodríguez*
*Alcalde*
*Municipio de Mayagüez*
*Mayagüez, PR*

*Estimado señor Alcalde:*

*La Escuela de Medicina de Ponce, se reitera en su interés en convertir el Centro Médico de Mayagüez en un Centro Médico Académico donde coexistan programas de entrenamiento para estudiantes de medicina, enfermería, tecnología y otros de las ciencias aliadas a la salud, el cual sería basados en los más altos niveles académicos y tecnológicos.*

*Las actividades estarán desarrolladas bajo la corporación sin fines de lucro: "Medical Education and Health Services, Inc." (MEDHS), la cual está debidamente registrada en la sección de corporaciones del Departamento de Estado del Estado Libre Asociado de Puerto Rico.*

*Estamos entusiasmados con la posibilidad de desarrollar la participación de la Escuela de Medicina de Ponce en tan importante proyecto para el cuidado de la salud de nuestros ciudadanos.*

*Cordialmente,*

*Jorge Sánchez, MD*
*Representante, Junta de Síndicos*

*nir*

Primera Parte:

# ESTATUTOS DE LA CORPORACION MEDHS

## ARTICULO I

Sección 1. Quórum: Existirá quórum de la Junta de Directores cuando se encuentren presentes o debidamente representados los integrantes de la Junta, cuatro (4). En caso de no existir quórum, el Secretario de la Corporación tendrá la obligación de cursar una convocatoria para otra fecha que no sea menor de 48hrs y no exceda de veinte (20) días siguientes a la fecha en que no pudo llevarse a cabo la reunión.

## ARTICULO II

### Junta de Directores

Sección 1. Número y Término: Los asuntos y negocios de la corporación serán regidos por la Junta de Directores. La Junta de Directores se compondrá de cuatro (4) directores; dos (2) representarán a la Corporación SISS y dos (2) a la Escuela de Medicina de Ponce. Los directores servirán por el término de cuatro (4) años a partir de su elección y toma de posesión (las cuales deberán ambas hacerse el mismo día), y hasta tanto sus sucesores hayan sido electos y hayan tomado posesión. Podrán ser re-electos. Además habrá representantes ex-officio (sin voto). Uno en representación del Departamento de Salud y nombrado por el Secretario(a) de esa dependencia y uno en representación del Municipio de Mayagüez y nombrado por el Hon. Alcalde de la ciudad.

Sección 2. Reuniones: Las reuniones de la Junta de Directores se celebrarán en el sitio, dentro o fuera de Puerto Rico, que la propia Junta determine. La Junta se reunirá por lo menos una vez por mes. Todas las decisiones serán por consenso de los 4 miembros de la Junta. Los directores serán notificados de la fecha de cada reunión por fax, personalmente o por correo, con por lo menos 5 días de antelación. Los directores podrán renunciar por escrito a la notificación de cualquier Junta, antes o durante o después de la celebración de la reunión.

Sección 2A. Decisiones: Todas las decisiones que se tomen en dicha Junta serán por consenso de sus miembros.

Sección 3. Compensación: Los Directores de la Corporación recibirán una dieta por asistir a las reuniones de la Junta de Directores, cuyo monto será fijado de tiempo en tiempo por la propia Junta. A los Directores se les podrá reembolsar por los gastos de transportación, alojamiento, en que incurran si su asistencia a la reunión requiriera un viaje hacia o desde Puerto Rico. Cualquier Director podrá además servir como oficial de la Corporación y recibir la compensación correspondiente a dicho puesto. Así también

1

cualquier Director podrá recibir remuneración por servicios prestados a la Corporación en otra capacidad, como por ejemplo, Consultor o Contratista Independiente.

## ARTICULO III

### Los Oficiales

**Sección 1. Número y Término:** Los oficiales de la corporación serán: Un Presidente, un Vice-Presidente, un Tesorero y un Secretario. Los oficiales serán nombrados por la Junta de Directores y servirán por el término de un año y hasta que sus sucesores hayan sido designados y hayan tomado posesión de sus cargos. Los oficiales podrán ser destituidos por la Junta de Directores en cualquier momento durante el año de su incumbencia, con o sin justa causa para ello.

**Sección 2. El Presidente:** El Presidente es el principal oficial ejecutivo de la Corporación y tendrá amplios poderes para dirigir los asuntos de la Corporación, aunque siempre sujeto al poder de la Junta de Directores.

**Sección 3. El Vice-Presidente:** El Vice-Presidente llevará a cabo las funciones que el Presidente le delegue de tiempo en tiempo, y realizará aquellas tareas o funciones que la Junta de Directores le asigne.

**Sección 4. El Secretario:** El Secretario llevará el Libro de Actas de la Corporación, el cual contendrá una relación de lo sucedido en las Juntas de los Oficiales y en las reuniones de la Junta de Directores. El Secretario también enviará las convocatorias a las Juntas de Oficiales y a las reuniones de la Junta de Directores. Será obligación del Secretario custodiar el sello de la Corporación y desempeñará además todos los deberes y funciones incidentales a su cargo, así como aquellos otros que de tiempo en tiempo la Junta de Directores le imponga.

**Sección 5. El Tesorero:** Los fondos y valores de la corporación estarán bajo la custodia del Tesorero, quien tendrá la facultad para encargarse de las cuentas bancarias de la Corporación, endosar cheques a nombre de ésta y expedir cheques y otros instrumentos negociables también en representación de ella. El Tesorero llevará también los libros de la corporación y rendirá a la Junta Anual un informe detallado sobre la situación fiscal de la Corporación a la fecha más cercana que le sea posible. El Tesorero también desempeñará todos los demás deberes y funciones incidentales a su cargo, así como aquellos que de tiempo en tiempo la Junta de Directores le imponga.

**Sección 6. Auditores:** Habrá un oficial de auditoría interna que le responderá directamente a la Junta de Directores. MEDHS, Inc. será responsable de escoger el auditor externo que llevará a cabo el examen de las finanzas y el estado fiscal del CMAREB y presentará a la Junta estos análisis cada año.

2

Sección 7. <u>Compensación</u>: La compensación que recibirán los oficiales por su labor será fijada de tiempo en tiempo por la Junta de Directores.


## ARTICULO IV

Sección 1. <u>Año Fiscal</u>: El año fiscal de la Corporación comenzará el primero de enero de cada año y terminará el último día del mes de diciembre de cada año.


## SECCION VII

Sección 1. <u>Enmiendas</u>: Estos Estatutos podrán enmendarse, alterarse, o derogarse, o modificarse en cualquier Junta Anual o Junta Examinadora de Directores.

Aprobados hoy _____ de _____ de _____.


_____
Secretario

3

Segunda Parte:

# I. Definiciones

1. Servicios Integrados de Salud del Suroeste (SISS) es una Corporación con fines de lucro cuya misión es la administración de facilidades de salud.
2. La Escuela de Medicina de Ponce (EMP) es una Corporación sin fines de lucro cuya misión son la educación, los servicios médicos y la investigación.
3. Medical Education and Health Services (MEDHS) es una Corporación sin fines de lucro cuya misión son la educación, el servicio y la administración de facilidades de servicios de salud.
4. Centro Médico Académico Ramón Emeterio Betances (CMAREB)

# II. Servicios Integrados de Salud del Suroeste (SISS)

SISS proyecta convertir a Centro Médico de Mayagüez (CMAREB) en una operación para que la municipalidad y la Región de Mayagüez puedan lograr sus objetivos con relación a los programas de salud y los servicios especializados que requiere la región, los cuales son altamente compatibles con los de Medical Education Health Services, Inc. (MEDHS, Inc.) y la Administración del Municipio de Mayagüez. El proyecto será un modelo para el desarrollo de un Puerto Rico descentralizado en sus servicios de salud terciarios que tan necesarios son en esta Región de la isla.

IIa. Funciones administrativas promovidas por SISS:

SISS por el término de la vigencia del Contrato de Arrendamiento se compromete y obliga a supervisar y administrar todos y cada uno de los servicios de salud que se ofrezcan en CMAREB. Además SISS hará todo lo que estime necesario y conveniente para el desarrollo, operación, mantenimiento y ofrecimiento de servicios médicos de excelencia en CMAREB, lo que se efectuará por SISS bajo su exclusiva dirección y supervisión incluyendo los aspectos administrativos.

IIb. Inversión de Capital:

SISS amparada por la credibilidad de la Banca Comercial en sus accionistas tiene la capacidad financiera para proveer el capital y hará los arreglos económicos que sean necesarios para obtener el dinero suficiente para realizar los trabajos de operación, administración y desarrollo del Centro Médico.

# III. La Escuela de Medicina de Ponce (EMP)

La Escuela de Medicina de Ponce es una organización sin fines de lucro acreditada por el Consejo de Educación Superior (CES) del Gobierno de Puerto Rico, por el Middle States Commission on Higher Education ("Middle States") y el Liaison Committee on Medical

4

Education (LCME) cuya misión es mantener niveles altos de excelencia en educación, la provisión de servicios y la investigación científica biológica y conductual. La EMP tiene un historial de veintiocho (28) años de producción de médicos primarios para todo Puerto Rico y el exterior y, especialmente, para el suroeste de Puerto Rico. Muchos de estos han tomado su especialización en ramas de la Medicina Interna, Medicina de familia y Pediatría.

La EMP cuenta con Consorcios Educativos con los Hospitales Episcopal San Lucas I y II, Dr. Pila y Damas en Ponce, La Concepción en San Germán, y Departamento de Veteranos en San Juan. Además, la EMP tiene acceso de uso para propósitos académicos a las clínicas externas del Departamento de Veteranos en Mayagüez y Ponce. La EMP opera directamente con su personal dos clínicas en el área oeste de Puerto Rico en Aguadilla y Mayagüez, la última en el Centro Médico Académico Ramón Emeterio Betances (CMAREB), en las que provee servicios de salud mental a más de 290,000 vidas de una población cubierta por la reforma. Estos Centros de Salud Conductual (CSCO) han contribuido significativamente a la misión de la institución de educación y servicio.

### III. (a) <u>Funciones educativas promovidas por la EMP</u>

Además, la EMP amparada en su excelencia educativa y prestigio científico comenzó el programa de QUINTA TRAYECTORIA que durante los últimos dos años ha graduado treinta (30) estudiantes y prepara otros treinta (30) que recibirán certificados de graduación de la EMP en vez de escuelas de medicina extranjeras no acreditadas por el LCME. Estos graduandos han aumentado el número de candidatos, certificados además por el United States Medical Liscensure Exam (USMLE) – que es lo que los hace elegibles para los programas de residencia en Puerto Rico. El asunto en candidatos con los requisitos necesarios ayuda a salvaguardar los programas de residencia aprobados y rescatar aquellos que se han retirado voluntariamente de la aprobación por el "Accreditation Council of Graduate Medical Education" (ACGME, de ahora en adelante).

### III. (b) <u>Programa de Educación Médica (al rescate del estudiante puertorriqueño)</u>

Establecido el programa de servicios médicos, educación e investigación en el CMAREB la EMP tiene preparado un programa de enseñanza médica para que los estudiantes que deseen hacer carreras de medicina en Puerto Rico puedan hacerlo sin emigrar a otros países. Un estudio preliminar por la EMP indica que hay una gran demanda para más lugares de estudiantes en escuelas de medicina que tengan los recursos y que puedan ofrecer educación de calidad. (Nota: "<u>Se ha entrado en conversaciones preliminares con las agencias acreditadotas (LCME) para colaborar en el desarrollo del concepto</u>").

5

### III. (c) Impericia médica y la enseñanza de medicina

La presencia de programas docentes relacionados a la presencia de una escuela de medicina en colaboración directa con el gobierno municipal y estatal, promoverá en el CMAREB legislación que otorgue el mismo tipo de cobertura de impericia médica ("inmunidad") de la que gozan los centros docentes del Centro Médico-Escuela de Medicina de la Universidad de Puerto Rico en Río Piedras siempre y cuando sea en el rendimiento de enseñanza y entrenamiento bajo la supervisión de la EMP.

### III. (d) Promoción de la Investigación por EMP

La EMP también tiene la capacidad de atraer estudios de investigación clínica al CMAREB. Estos devengarán recursos económicos para ser invertidos en otros programas educativos e investigativos. Con la participación de EMP y MEDHS, Inc. también puede solicitar donativos federales para ejecutar obras y mejoras al CMAREB. La presencia de la EMP en el CMAREB ampliará las oportunidades de fondos federales en la zona de Mayagüez mediante preparación y presentación de propuestas ante agencias como NIH, HHS, NSF, HUD, EPA, DOD, etc., que permitirán la extensión de servicios en la zona, la actividad económica del área y las oportunidades de empleo especializados.

### III. (e) Servicios Médicos y Centro de Trauma

MEDHS, Inc. proyecta convertir el CMAREB en una operación para que la municipalidad y la región de Mayagüez logre sus objetivos relacionados de salud y los servicios especializados que requiere la región, los cuales son altamente compatibles con los de EMP. El proyecto puede ser un modelo para el desarrollo de un Puerto Rico descentralizado en sus servicios de salud terciarios que tan necesarios son en esta parte de la isla de Puerto Rico. El CMAREB con la contribución de la EMP puede convertirse en el centro educativo y de adiestramiento de los municipios del oeste en los años venideros.

El CMAREB proveería servicios ambulatorios de Medicina Interna, Medicina de Familia, Pediatría (que no dupliquen los existentes en la ciudad), Oncología y Genética, Salud Mental, Obstetricia y Ginecología, Cirugía Menor y Emergencia Médicas, entre otros, todos los días de la semana. El desarrollo de un Centro Regional de Trauma para el oeste sería parte de este Centro Médico Académico Regional. La unidad de hemodiálisis ahora existente cubriría las necesidades de muchos pacientes traumatizados con fracaso funcional de órganos.

La calidad de los servicios de salud se evaluará continuamente por MEDHS, Inc., pero será responsabilidad de SISS la operación, administración y desarrollo de todos estos servicios. Se trabajará bajo un sistema de manejo total de calidad enfocado en la aceptación por los pacientes de los servicios rendidos y en los resultados de éstos. Este enfoque nos permitirá tener una correlación entre la satisfacción del usuario y la calidad de los servicios médicos y las recompensas meritorias al proveedor.

6

# IV. Medical Education Health Services, Inc. (MEDHS, Inc.)

1. La corporación sin fines de lucro MEDHS, Inc. tendrá el contrato para administrar y operar el CMAREB en colaboración con el Municipio de Mayagüez. MEDHS, Inc. proveerá la administración, educación, investigación y los servicios médicos y de salud mental directamente o a través de contratos. La Junta de Directores contará con cuatro miembros y operará por consenso.

2. MEDHS presenta esta propuesta para administrar y operar el Centro Médico de Mayagüez (CMAREB) contratando con el Municipio de Mayagüez en un período que será por treinta (30) años con un acuerdo de primera opción para administrar y operar por treinta (30) años más.

3. Para lograr este propósito, MEDHS contratará a SISS para la administración de CMAREB. El contrato será por treinta (30) años con un acuerdo para operar y administrar por treinta (30) años adicionales y aplicarán todas las cláusulas existentes en el contrato entre MEDHS y el Municipio de Mayagüez. SISS será el responsable de la renta al Municipio de Mayagüez según estipulado en el contrato con esa entidad y será responsable de generar el capital para el mantenimiento de la operación del CMAREB. SISS estará a cargo de la administración y desarrollo de la Antigua Residencia de Enfermería. SISS manejará todo arrendamiento (si alguno) de áreas, oficinas y departamentos, y administrará toda tienda, cafetería, estacionamiento y cualquier otro servicio que produzca ganancias (dentro del área conocida comúnmente como el Hospital). Será responsable de la administración de todos los departamentos clínicos y no clínicos además de todos los servicios ancilares del Hospital.

4. MEDHS, Inc. contratará los servicios de la EMP para toda la fase de educación de médicos, tecnólogos y enfermería, y otros profesionales de la salud. La EMP representada por su excelencia educativa y prestigio científico continuará con su programa de QUINTA TRAYECTORIA que durante los próximos cinco (5) años se ha de necesitar para salvar los programas de residencias aprobados por el "Accreditation Council of Graduate Medical Education" (ACGME).

5. La EMP será responsable de traer estudios de investigación clínica al CMAREB, particularmente en los primeros años de operación de CMAREB por SISS, cuando serán necesarios para traer las estructuras a una condición operacional óptima y de calidad que definiría al CMAREB. Todos los fondos obtenidos por los programas de investigación y donaciones gubernamentales a los programas académicos serán manejados únicamente por la EMP.

6. La EMP dirigirá y coordinará un taller educativo para estudiantes de medicina y de salud mental y, en el futuro, para residentes de cirugía, medicina interna, medicina de familia y pediatría bajo el costo y responsabilidad de esta. En tanto y en cuanto, la EMP es la institución requerida por el "Accreditation Council for Graduate Medical Education" para patrocinar todos los programas de entrenamiento postgrado en la región suroeste, a través del establecimiento de rotaciones de los residentes de OB-GYN y de

7

Pediatria en el Hospital San Antonio; éstos también pueden tener experiencias clínicas ambulatorias en el CMAREB. La presencia de residentes y estudiantes en este medio ambiente será de beneficio para éstos entender como se trabaja dentro de la Reforma y para los pacientes ser atendidos más rápidamente por jóvenes al día en sus conocimientos y bajo la supervisión de experimentados profesionales. Además, la presencia de la EMP, sus estudiantes, y facultad capacitada permitirían un ambiente propicio para el establecimiento de programas comunitarios y de investigación que podrían ser subsidiados por programas federales que no están accesibles a la municipalidad en el presente. Esto contribuiría no solo al mejoramiento de los sistemas de salud, sino al sistema comunitario y al progreso económico de la ciudad. Pensamos que no habrá ninguna otra dependencia de salud como ésta.

7. MEDHS, Inc. mantendrá una política de coordinación y cooperación con la municipalidad de Mayagüez, particularmente en cuanto a los servicios médicos y la opinión que de ellos tengan los usuarios; se perseguirá una política de eliminación de costos innecesarios a través de la educación de todo el personal incluyendo los estudiantes y residentes bajo la supervisión y la responsabilidad de la EMP

8. SISS, Inc. invertiría los recursos requeridos por las Agencias Acreditadoras, por las leyes y los Reglamentos, tanto Federales como Estatales para mejorar los servicios provistos por sus profesionales y para entrenamiento de profesionales.

## V. ACUERDOS ENTRE SISS Y LA EMP

1. SISS reconoce que el CMAREB se establecerá en las instalaciones físicas del Centro Médico Académico Ramón Emeterio Betances de Mayagüez y que se beneficiará del uso y disfrute de las facilidades físicas sin que MEDHS, Inc. le facture cargo alguno a la EMP por el uso de éstas. Cualquier otro gasto adicional en cuanto a aspectos pedagógicos y académicos será de la exclusiva responsabilidad de EMP asumirlos.

## VI. Funciones Comunitarias

El establecimiento del CMAREB en Mayagüez traerá grandes beneficios a la calidad de los servicios de salud, proveerá unos beneficios intangibles pero significativos al mejoramiento de la comunidad, y a los modelos de servicio de salud de Puerto Rico. Aún más, será la apertura a múltiples oportunidades para programas comunitarios, educativos, de investigación y de salud a través de programas federales que sólo están disponibles a instituciones de salud a través de programas federales que sólo están disponibles a instituciones sin fines de lucro de carácter académico. Al desarrollarse el Centro Regional de Trauma en el CMAREB, con la asistencia del Municipio y el Departamento de Salud, aliviará el problema médico-social del paciente ya que evitará traslados al área metropolitana. El CMAREB sería EL OTRO Centro Médico Académico de Puerto

Rico, que sería parcial o completamente inmune a cambios externos al campo de la salud (como lo serían cambios en la Reforma por cambios en el gobierno), lo que constituiría una gran contribución a la política pública de salud de Puerto Rico.

DR MANUEL MARTINEZ MALDONADO
Presidente y Decano
Escuela de Medicina de Ponce
PO Box 7004
Ponce, PR 00732
Tel. (787) 842-3274 (787) 840-9756

DR ORESTES CASTELLANOS
CEO – SISS
PO Box 3089
Marina Station
Mayagüez, Puerto Rico
Tel. (787) 834-6070