# REGLAMENTO DE SERVICIOS INTEGRADOS DE SALUD DEL SUR OESTE, INC.

## REGISTRO 152392

Corporación con fines de lucro, organizada bajo las Leyes de Puerto Rico, el 29 de abril del 2005.

## ARTICULO I

### DOMICILIO Y SELLO DE LA CORPORACIÓN

Sección 1. DOMICILIO. La Corporación tendrá su oficina principal en el lugar que se indica en el Certificado De Incorporación. Podrá tener además tantas oficinas como determine la Junta de Directores de tiempo en tiempo.

Sección 2. SELLO La Corporación tendrá un sello que será en forma circular, y en el cual aparecerá el nombre de la Corporación. Este sello podrá ser de goma, o de alto o bajo relieve. Estará bajo la custodia del Secretario y se fijara en todo documento oficial de Corporación según lo exige la ley.

## ARTICULO II

### ASAMBLEAS DE ACCIONISTAS

Sección 1. ASAMBLEAS ORDINARIAS. Se celebrarán asambleas ordinarias de accionistas una vez al año no más tarde del día último de enero, en el domicilio oficial de la Corporación, quedando autorizada la Junta de Directores para fijar la fecha y hora de dicha asamblea dentro del límite de tiempo antes fijado.

Sección 2. ASAMBLEAS EXTRAORDINARIAS. Podrán celebrarse asambleas extraordinarias de accionistas en cualquier fecha y

tantas veces al año como fuese necesario.

Sección 3. CONVOCATORIA. Las asambleas de accionistas, ya sean ordinarias o extraordinarias, serán convocadas mediante acuerdo de la Junta de Directores o por los tenedores de más del 50% de las acciones con derecho al voto. La notificación de la convocatoria se habrá enviando por correo una copia de la misma a cada accionista a la dirección que aparezca en los libros de la Corporación, no más tarde de diez días antes de la fecha de la asamblea, o haciéndole entrega personal de una copia de la convocatoria con cinco días de antelación a la asamblea. Si los accionistas renunciaren por escrito a la notificación en la forma antes expuesta, y convinieran celebrar la asamblea en determinada fecha y lugar, no se requerirá entonces tal notificación. Cuando la Ley de Corporaciones ordene requisitos especiales de notificación para las asambleas de accionistas, se dará estricto cumplimiento a tales requisitos. En las convocatorias para asambleas extraordinarias se expresará claramente el asunto o asuntos que habrán de tratarse en la misma.

Sección 4. ACCIONISTAS AUSENTES. Los accionistas ausentes o que no puedan concurrir a las asambleas podrán comparecer mediante apoderado por medio de poder conferido por escrito y firmado ante un testigo. Los poderes en que así se haga constar serán válidos para más de una asamblea, caducando al año de su fecha, a menos que en el propio poder se disponga un plazo mayor.

Sección 5. VOTO. Los accionistas tendrán derecho a un voto por cada acción que posean. Los accionistas que hayan cedido sus acciones por concepto de prenda podrán votar las mismas a no ser que al transferirlas en tal concepto hayan autorizado al tenedor prendario

para votar dichas acciones, y que ello conste en los libros de la Corporación, en cuyo caso únicamente el tenedor prendario o su apoderado podrán votar tales acciones.

Ningún accionista tendrá derecho al voto para la elección de directores en virtud de acciones que se hubieran transferido a su favor en los libros de la Corporación dentro de los veinte días anteriores al día de la elección.

Sección 6. QUÓRUM. Constituirá quórum en las asambleas de accionistas cualquier número de accionistas presentes por sí o por apoderado que posean más de la mitad de las acciones con derecho al voto en la asamblea. En cualquier asamblea tendrán los accionistas presentes el derecho de posponerla para otra fecha, haciéndolo así constar en el acta. En tal caso se dirigirá a cada accionista que estuviere ausente una citación por escrito a su dirección conocida con más de cinco días de antelación a la fecha señalada para la continuación de la asamblea, haciendo constar en ella la nueva fecha, hora y lugar de su celebración.

Sección 7. ACUERDOS. Cualesquiera acuerdos o decisiones tomadas por la asamblea de accionistas, deberán ser aprobados con el voto a favor de más de la mitad de las acciones presentes o representadas en la asamblea salvo en los casos en que la Ley de Corporaciones requiera un número mayor.

## ARTICULO III

### JUNTA DE DIRECTORES

Sección 1. CONSTITUCIÓN. Los negocios de la Corporación serán administrados por una Junta de Directores que se compondrá

Sección 2. ELECCIÓN DE DIRECTORES. Los directores serán elegidos por términos de un año, cuyo término se entenderá prorrogado hasta que se elijan y tomen posesión sus sucesores.

Sección 3. REUNIONES DE DIRECTORES. CONVOCATORIA. Los directores serán convocados para una reunión anual ordinaria y para tantas reuniones extraordinarias como sea necesario celebrar, por el Presidente de la Corporación, o por cualquiera dos directores, mediante aviso telegráfico o postal enviado a la última dirección conocida de los directores con no menos de tres días de anticipación a la fecha de la reunión. La convocatoria deberá expresar los asuntos a tratarse en la reunión. Los directores podrán reunirse en sesión extraordinaria sin necesidad de previo aviso, siempre que todos renuncien por escrito al mismo.

Sección 4. QUÓRUM. Constituirán quórum en las reuniones ordinarias o extraordinarias de la Junta de Directores

Sección 5. ACUERDOS. Para que los acuerdos de la Junta de Directores sean válidos deberán ser aprobados con el voto a favor de por lo menos

Sección 6. COMPENSACION DE LOS DIRECTORES. Los directores recibirán la compensación que determine la asamblea de accionistas. De no mediar tal determinación, no recibirán tal compensación.

Sección 7. VACANTES. Cuando por cualquier motivo existan vacantes en la Junta de Directores, las mismas podrán ser cubiertas mediante acuerdo de los directores restantes. Los directores así designados ocuparán sus cargos hasta el vencimiento del término para el cual fueron electos los directores a quienes sustituyen.

4

Sección 8. **DESTITUCIÓN DE DIRECTORES**. Cualquier director podrá ser destituido por cualquier motivo y en cualquier momento mediante acuerdo de los accionistas tomado en asamblea extraordinaria convocada para este propósito.

## ARTÍCULO IV

### OFICIALES

Sección 1. CARGOS. La Corporación tendrá los siguientes oficiales:

      a. Presidente

      b. Vicepresidente

      c. Secretario

      d. Tesorero

      e. Subsecretario

Sección 2. ELECCIÓN. Los oficiales de la Corporación serán elegidos anualmente por la Junta de Directores y ocuparán sus cargos por el término de un año o hasta que sean elegidos sus sucesores.

Sección 3. EL PRESIDENTE. El Presidente presidirá en las reuniones de accionistas y de directores. Será el representante de la Corporación y el encargado de hacer ejecutar todos los acuerdos de la Junta de Directores. Presentará en las asambleas ordinarias de accionistas un informe sobre las condiciones de la Corporación que incluirá todos aquellos asuntos que puedan interesar a los accionistas y sus recomendaciones para la mejor marcha de la Corporación.

Convocará las asambleas de directores y de accionistas.

Empleará los servicios de todos aquellos agentes o empleados, y contratará todos aquellos servicios profesionales, que sean necesarios para la buena marcha de los negocios de la Corporación.

Otorgará los contratos en que sea parte la Corporación. Firmará los certificados de acciones de la Corporación y los cheques o giros expedidos por ésta, conjuntamente con el Tesorero.

Ejercerá además todas aquellas funciones incidentales a su cargo, y todas las que le reconoce la ley.

Sección 4. EL VICEPRESIDENTE. El Vicepresidente actuará en sustitución del presidente cuando éste estuviere ausente, o imposibilitado por cualquier motivo para desempeñar las obligaciones de su cargo, o cuando fuera designado por el Presidente o por la Junta de Directores para así hacerlo, en cuyos casos tendrá las mismas facultades del Presidente.

Sección 5. SECRETARIO Y SUBSECRETARIO. El Secretario deberá asistir a todas las reuniones de los accionistas y de la Junta de Directores anotando todos los votos y acuerdos de los accionistas y directores en los libros de actas que llevará al efecto. Llevará los libros de transferencia y registro de acciones, y firmará los certificados de acciones.

Llevará a cabo todas aquellas notificaciones que deban realizarse a los accionistas o directores. Se ocupará de toda la correspondencia de la corporación y cumplirá con todas las obligaciones incidentales al ejercicio de su cargo y todas aquellas adicionales que le fueren asignadas.

6

El Subsecretario actuará en sustitución del Secretario cuando éste estuviere ausente o imposibilitado para desempeñar todas las obligaciones de su cargo.

Sección 6. **TESORERO Y SUBTESORERO**. El Tesorero tendrá a su cargo y bajo su custodia los fondos y valores de la Corporación y los depositará a nombre de la Corporación en aquellos bancos, compañías de valores o cajas de seguridad que designe la Junta de Directores.

Hará u ordenará todos los pagos que acuerde la Junta de Directores o que fueran necesarios para el cumplimiento de los acuerdos de ésta o que exija el curso de los negocios, mediante cheques autorizados por él y por el Presidente o el Secretario. Recibirá todo el dinero que haya de pagarse a la Corporación, pudiendo otorgar recibos por las cantidades que se le entreguen.

Llevará libros y cuentas detallados y cómputos de todas las transacciones llevadas a cabo por la Corporación, los cuales deberán estar disponibles para inspección por los directores o accionistas a solicitud de éstos.

Rendirá informes a la Junta de Directores sobre el estado de las finanzas de la Corporación cuando ésta o los accionistas así lo soliciten. Ejercerá todas aquellas funciones incidentales a su cargo y las que le correspondan por ley.

El Subtesorero actuará en sustitución del Tesorero cuando éste estuviere ausente o imposibilitado para desempeñar sus obligaciones.

Sección 7. **COMPENSACIÓN**. Los oficiales recibirán la compensación que determine la Junta de Directores.

Sección 8. **DESTITUCIÓN**. La Junta de Directores podrá destituir a cualquier oficial por cualquier motivo y en cualquier momento mediante el voto a favor de por lo menos tres directores.

## ARTÍCULO V

## VENTA DE ACCIONES Y CERTIFICADOS DE ACCIONES

Sección 1. **VENTA DE ACCIONES**. La Junta de Directores acordará la emisión y venta de acciones, las cuales podrán ser pagadas en efectivo o mediante la aportación de otros bienes o trabajo, teniéndose presente el derecho de suscripción preferente que el Certificado de Incorporación reconoce a los accionistas.

Sección 2. **CERTIFICADOS DE ACCIONES**. Los certificados de acciones será numerados y registrados en el orden en que sean expedidos. Al margen se hará constar el nombre de la persona que resulte dueña de las acciones que el certificado representa, el número de acciones y la fecha de expedición del certificado.

Los certificados llevarán el nombre de su tenedor y el número de acciones que representan. Serán firmados por el Presidente y el Secretario y llevarán el sello de la Corporación.

Sección 3. **TRANSFERENCIA DE ACCIONES**. Las acciones de la Corporación se transferirán en los libros de la Corporación únicamente a solicitud de las personas a cuyo nombre aparecen en dichos libros, o de sus representantes legales. En todos los casos de transferencia de acciones deberá entregarse al Secretario el certificado de acciones anterior, el cual deberá ser cancelado

antes que se expida un nuevo certificado al nuevo dueño de las acciones. No se transferirán acciones en los libros, o de sus representantes legales. En todos los casos de transferencia de acciones deberá entregarse al Secretario el certificado de acciones ~~cancelado, el cual deberá ser cancelado~~ antes que se expida un nuevo certificado al nuevo dueño de las acciones. No se transferirán acciones en los libros de la Corporación dentro de los diez días que preceden a la asamblea anual de accionistas.

## ARTICULO VI

### DIVIDENDOS

La Junta de Directores podrá declarar dividendos sobre los beneficios acumulados por la Corporación, para ser repartidos en efectivo, o en acciones de la Corporación cuando las condiciones de los negocios de la Compañía lo permitan.

## ARTICULO VII

### ENMIENDAS AL REGLAMENTO

Este Reglamento sólo podrá ser enmendado por los accionistas, en asamblea especial, pero la Junta de Directores queda autorizada para suplir omisiones en los mismos, adoptando los acuerdos que fueren necesarios y dando cuenta de ellos a la siguiente asamblea de accionistas, quienes deberán ratificarlos.

9

## Curriculum Vitae

Orestes Castellanos Rodríguez
Urb. Flor del Valle
Calle Amapola # 625
Mayagüez, P.R. 00680

## EDUCATION

| | |
|---|---|
| 1995 | University of Cincinnati, Department of Environmental Health, Occupational and Environmental Medicine Division; Cincinnati, Ohio. Occupational Medicine Training Course, Mini-Residence on Occupational Medicine for Physicians |
| 1987 – 1990 | San Pablo Medical Center, Bayamón, PR Family Medicine Specialist, Residency |
| 1989 – 1990 | East Carolina University; North Carolina Geriatrics and Faculty development Mini-Fellowship Program |
| 1983 – 1987 | University of Puerto Rico, Medical Science Campus; Río Piedras, PR Medicine Doctorate |
| 1980 – 1981 | University of Puerto Rico, Medical Science Campus; Río Piedras, PR Nuclear Medicine & Ultrasound Program Nuclear Medicine & Ultrasound Bachelor Degree |
| 1976 – 1980 | University of Puerto Rico, Mayagüez Campus, Mayagüez, PR Pre-Bachelor studies, Biology Department |

## JOB EXPERIENCE

| | |
|---|---|
| 2001 – Present | Vice-President & C.E.O Mayagüez Advanced Radiotherapy Center & Centro Imágenes del Oeste Centro Médico de Mayagüez |
| 1999 – 2001 | Medical Director Hospital Municipal de Manatí Manatí, PR |
| 1995 – 2001 | Family Medicine Practice Own Physician office; Vega Baja, PR |

1991 – 1995   Occupational Physician
Western Lumber & Const. company or 2 Otero Klosz, Vega Baja, PR

1990 – 1991   Family Medicine Physician
Centro de Salud Buen Familiar, Coamo, PR

1987 – 1990   Internship Before Family Medicine Board Residency
Hospital Alejandro Otero López, Manatí, PR

1981 – 1983   Nuclear Medicine Technician
Veterans Administration Hospital, Río Piedras, PR.

## ACADEMIC POSITION

1989 – 1990   Chief Resident at Alejandro Otero López Hospital for San Pablo Medical
Center Residency Program

## INVESTIGATION

The emotional stress as a trigger event for acute myocardial infarction in
patient with risk factor; published by East Carolina University.

## LICENSES

1990      Medicine Doctor – Surgeon; No. 9785
1990      Family Medicine Specialist Board Certification Exam
1982      Nuclear Medicine Certification Board, No. 007096

## PROFESSIONAL AND SCIENTIFIC SOCIETIES

American Medical Association
Puerto Rico Family Medicine Association
American Nuclear Medicine Society
Diplomate from the American Board of Family Practice
1982 – 1983   President of Technologist section of Puerto Rico Nuclear Medicine
Society
1982 – 1983   Treasurer of Puerto Rico Society of Nuclear Medicine & Ultrasound

## PROFESSIONAL REFERENCES

As required

# CURRICULUM VITAE

## PEDRO J. MONTES GARCIA
### MEDICAL PHYSICIST
### DIPLOMATE OF THE AMERICAN
### BOARD OF RADIOLOGY

# CURRICULUM VITAE

## Personal Data

| | |
|---|---|
| Name | Pedro J. Montes García |
| Date of Birth | April 28, 1958 |
| Place of Birth | Ciales, Puerto Rico |
| Civil Status | Married, Four Childrens |

## Education

B.S. Theoretical Physics and Major in Mathematics,
University of Puerto Rico, Mayaguez Campus., May 1980.

M.S. Environmental Health, Mayor in Radiological and Medical
Physics

Graduate School of Public Health- U.P.R. School of Medicine
Rio Piedras Puerto Rico, June 1984

## Special Courses and Training

"Radiation Therapy to Reduce Restenosis", Scripps Clinic, La Jolla
California, January 15 to January 16, 1999

"Ultrasound Guided Transperineal Braquitherapy for Early Stage
Prostate Cancer Seattle, Washington, May 4 and May 6, 1998

"Intraprostatic Seeds Implantation Using Iodine -125 and
Palladium - 103 for Adenocarcinoma of the Prostate" Fort Myers,
Florida, February 19 and February 20, 1996

"High Energy C-Series Clinac Technical Maintenance I"
Varian Oncology Medical Systems
Palo Alto, California   April 4, 1994   to   April 15, 1994

"Advances in Radiation Oncology Physics"
American Association of Physicist in Medicine - Summer School
University of Kansas
Lawrence, Kansas   July 16, 1990   to   July 20, 1990

"Medical Management of Radiation Accidents"
V.A. Hospital James A. Haley
Tampa, Florida   October 4, 1991

"Anatomy for Radiation Therapy Treatment Planning"
University of Texas  Health Science Center at San Antonio
San Antonio, Texas   January 26, 1987   to   January 30, 1987

"Radiation Safety Officer's Course"
University of Texas  Health Science Center at San Antonio
San Antonio, Texas   May 21, 1984   to   May 25, 1984

"External Beam Dosimetry - Principles and Calibrations"
"External Beam, Interstitial and Intracavitary Dosimetry -
Manual and Computer Methods of Calculation"
"High Energy Electron and X-Ray Dosimetry" / 210 Hours
The University of Texas System Cancer Center
M. D. Anderson Hospital and Tumor Institute
Houston, Texas   January 3, 1984   to   February 4, 1984

"Applied Health Physics" / 320 Hours
United States Department of Energy
Summer Research Fellow
Brookhaven National Laboratory
Long Island, New York  June 6, 1982  to August 13, 1982

Experience

Director of Medical Physics, Department of Radiation Therapy
Hospital Oncológico Isaac González Martínez
San Juan, Puerto Rico
October 1995 - 2001

Chief Physicist, Department of Radiation Oncology
North Broward Cancer Center
Pompano Beach, Florida
August 1990 to September 1995

Consultant Physicist, Radiation Therapy
Radiation Therapy Treatment Centers of Florida
Cape Coral, Fort Myers and Fort Lauderdale
Plantation, Florida
February 1991 to May 1995

Head, Department of Medical Physics
Radiation Oncology Center, Inc.
San Juan, Puerto Rico
July 1983 to June 1990

Instructor, Department of Radiation Oncology
University of Puerto Rico School of Medicine
San Juan, Puerto Rico
July 1986 to June 1990

Instrumentist, Department of Radiation Oncology
University of Puerto Rico School of Medicine
San Juan, Puerto Rico
August 1982 to June 1983

Instructor, Department of Science and Technology
Puerto Rico Junior College
San Juan, Puerto Rico
August 1984 to May 1989

Technical Collaborator, Energy Research at C. E. E. R.
Branch of the U. S. A. Department of Energy (D. O. E. Grant)
San Juan, Puerto Rico
October 1981 to May 1982

Instructor, Inter American University Natural Sciences Department
Arecibo, Puerto Rico
January to August 1981

Teacher, High School Mathematics and Science
Primera Xaldivas School
Cidra, Puerto Rico
August 1980 to May 1981

## Profesional Associations

"American Association of Physicist in Medicine" - Full Member

"American College of Radiology" - Full Member

"American College of Medical Physics" - Full Member

"American Society of Therapeutic Radiology and Oncology" - Full Member

"American Society of Health Physics" - Full Member

## Publications

"Determination of Radiation Doses to Certain Radiosensitive Organs of Patients

During Selected X Ray Examinations Using Thermoluminicent Dosimetry"

M.S. Thesis in Radiological Physics, Pedro J. Montes-García, Graduate Student,

Heriberto Torres Ph.D., Thesis Advisor.

Published in Research Abstracts, Medical Sciences Campus U.P.R., 1984

"Presiones Ambientales de Origen Antropogénico en las Antillas Menores".

Published Research under D.O.E. Grant, Caribbean Educational Bulletin
Vol. X 2, May 1983

## CURRICULUM VITAE
## JORGE L. SANCHEZ, M.D.

Place of birth      :    Aibonito, Puerto Rico

Date of birth       :    May 9, 1942

Social Security     :    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

### EDUCATIONAL EXPERIENCE

1. B.A.          University of Puerto Rico          1959-62
                 Río Piedras, PR

2. M.D.          University of Puerto Rico          1962-66
                 School of Medicine
                 San Juan, Puerto Rico

3. Internship    San Juan City Hospital             1966-67
                 San Juan, Puerto Rico

4. Residency     Dermatology Residency              1967-1970
                 University Hospital
                 Río Piedras, PR

5. Fellowship    New York University                1977
                 Section of Dermatopathology
                 (Dermatopathology)

### CERTIFICATION BY AMERICAN BOARD IN MEDICAL SPECIALTY

1. Dermatology                                September 1971

2. Dermatopathology                           December 1978

### HOSPITAL AFFILIATIONS

1. University Hospital
   Chief Service of Dermatology                          1974

2. Oncologic Hospital
   Chief Service of Dermatology                          1974

3. San Juan City Hospital
   Chief Service of Dermatology                    1974

## PROFESSIONAL EXPERIENCE

1. Clinical Instructor of Dermatology
   University of Puerto Rico
   School of Medicine                              1970
   San Juan, Puerto Rico

2. Chief, Section of Dermatology
   Ponce District Hospital                         1973
   Ponce, Puerto Rico

3. Chief, Section of Dermatology
   University of Puerto Rico
   School of Medicine and Affiliation Institutions  1974
   San Juan, Puerto Rico

4. Assistant Professor of Dermatology
   University of Puerto Rico
   School of Medicine                              1975-79
   San Juan, Puerto Rico

5. Associate Professor of Dermatology
   University of Puerto Rico
   School of Medicine                              1979
   San Juan, Puerto Rico

6. Professor and Chairman
   Department of Dermatology
   University of Puerto Rico
   School of Medicine                              1984-2004
   San Juan, Puerto Rico

7. Executive Director
   University District Hospital
   Puerto Rico Medical Center                      1985-89
   Río Piedras, Puerto Rico

8. Associate Dean for Hospital Affairs
   University of Puerto Rico
   School of Medicine                              1988-89
   San Juan, Puerto Rico

9. Chancellor
   University of Puerto Rico
   Medical Sciences Campus
   Río Piedras, Puerto Rico                           1994-97

10. Acting Chancellor
    University of Puerto Rico
    Río Piedras Campus
    Río Piedras, Puerto Rico                          1998-99

11. Acting President
    University of Puerto Rico
    Río Piedras, Puerto Rico                          2001

## ACADEMIC APPOINTMENTS

1. Visiting Professor
   New York University
   New York, NY                          July 1983-December 1993

2. Visiting Professor
   University of Miami
   Miami, FL                                          July 1995

## OTHER APPOINTMENTS

1. Member Committee Puerto Rico Health Reform
   (Appointed by the Governor)                        1993

2. Coordinator Sub-Committee of Coverage and Model
   Puerto Rico Health Reform                          1993

3. President, Commission to Evaluate the Puerto Rico
   Health System (Appointed by the Governor)          2005

4. Member, Board of Director Ponce School of Medicine  2006

## HONORS

1. Alpha Omega Alpha Honor Medical Society Member

2. Puerto Rico Medical Association Award
   Highest Qualifications in the Puerto Rico Medical
   License Examination (1967)

3. Medicina Cutanea

4. Revista Piel

5. Puerto Rico Health Science Journal

6. Journal of the American Academy of Dermatology

## MEMBERSHIP IN SPECIAL COMMITTEES, BOARDS, ACADEMIC SENATE

1. Member Executive Board
   International Society of Dermatopathology    1980-84, 1986, 1992

2. Member in different Curriculum Committees at the
   University of Puerto Rico School of Medicine

3. Coordinator, Section of Dermatopathology
   Ibero-Latin-American College of Dermatology

4. Founding Member – International Committee
   of Dermatopathology (1984)

5. Vice-President, Committee of Administration and Policy
   Puerto Rico Medical Services Administration (1986)

6. Vice-President, International Society of Tropical Dermatology (1989)

7. Member of Academic Senate
   University of Puerto Rico, School of Medicine (1976-81 – 1992)

8. President, Committee to Evaluate Intramural Faculty Practice (1990)

9. Member, University Medical Services (2001)

## PARTICIPATION IN NATIONAL OR INTERNATIONAL SCIENTIFIC MEETINGS OR SPECIAL LECTURES

Guest Speaker or Program Coordinator in multiple international, national and
local scientific meetings in the following countries:

1. USA
2. Mexico
3. Guatemala

4. Honduras
5. El Salvador
6. Venezuela
7. Colombia
8. Ecuador
9. Perú
10. Chile
11. Bolivia
12. Argentina
13. Uruguay
14. Brasil
15. República Dominicana
16. Cuba
17. Aruba
18. Egypt
19. United Kingdom
20. Spain
21. France
22. Austria
23. Holland
24. Denmark
25. Czech Republic
26. Switzerland
27. Sweden
28. Italy
29. India

## PARTICIPATION IN PROJECTS, PROGRAMS, GRANTS, CONTRACTS

1. Project Direct
   Health Service of Hansen's Disease Patients $460,000.00

2. Multiple Therapeutic Studies of New Drugs for different pharmaceutical
   companies

## BIBLIOGRAPY

1. Ackerman AB, Chongchitnant N, Sánchez JL, Guo Ying: Histologic Diagnosis
   of Inflammatory Skin Diseases. Second Edition 1996.

2. Ackerman AB, Keri H, Sánchez JL: Atlas of 101 Common Skin Diseases, 2000

## PUBLICATIONS

1. Sánchez JL, Ramos F: Histopathologic findings in supposed solar lentigines in Puerto Ricans in: Pathology of malignant melanoma. A.B. Ackerman (ed). New York Masson Pub. Inc. 1981 p. 107.
2. Sánchez JL: Skin diseases in the tropics, in: Tropical Medicine and Parasitology. Goldsmith R, Heyneman D (ed 8) Appletor and Lange 1989, 712-720.
3. Sánchez JL: Dermatofibromas multiples and dermatofibrosarcomas protuberans. Med Cut ILA: 3-55, 1975.
4. Sánchez JL: Actualización del diagnóstico, epidemiología y tratamiento de sífilis. Revista Dominicana de Dermatología. Dic. 1974.
5. Sánchez JL: Amcinonide; a new topical steroid. Current Therapeutic Research 24: 458, 1978.
6. Vázquez M, Sánchez JL: Angiolymphoid hyperplasia and eosinophilia. Jour of Dermat Surg and Oncol 4: 931, 1978.
7. Sánchez JL, Ackerman AB: Early diagnosis of mycosis fungoides: Criteria for the histologic diagnosis of the patch stage of the disease. Amer Jour Dermatopath 1: 5, Spring 1979.
8. Vázquez M, Sánchez JL: Vesiculation at focal acantholytic dyskeratosis in acral lentiginous melanoma. Jour of Dermat Surg and Oncol 5: 798, 1979.
9. Vázquez M, Sánchez JL: The fascia in scleroderma. Jour Amer Acad Dermatol 3: 32, 1980.
10. Guardiola A, Sánchez JL: Actinic reticuloid. Int Jour of Dermatol 19: 154, April 1980.
11. Vázquez M, Sánchez JL: Mycosis fungoides. Bol Asoc Med PR 188, April 1980.
12. Sánchez N, Pathak MA, Sato S, Sánchez JL, Fitzpatrick TB: Mechanisms of hyperpigmentation in melasma. Jour Amer Acad Dermatol 4: 698-710, 1981.
13. Vázquez M, Ramos F, Sánchez JL: Congenital acral melanocytic nevus clinically simulating malignant melanoma. Jour Amer Acad Dermatol 5: 406-410, 1981.

14. Sánchez JL, Méndez J, Palacio R: Cutaneous pseudolymphoma at the site of resolving herpes zoster. Arch Dermatol 117: 377, 1981.

15. Sánchez JL: Immunologic aspect of leprosy. Bol Asoc Med PR 73: 184, 1981.

16. Pathak MA, Fitzpatrick TB, Parrish JA, Sánchez N, Sánchez JL: Treatment of melasma with hydroquinone. Jour of Invest Dermatol 76: 324, 1981.

17. Vázquez M, Sánchez JL, Ramos F: Incidence of leprosy in Puerto Rico: Update 1980. Bol Asoc Med PR 73: 488-496, 1981.

18. Sánchez JL, Vázquez M: A hydroalcoholic solution in the treatment of melasma. Int J Dermatol 21: 55-58, 1982.

19. Sánchez N, Pathak M, Sato S, Sánchez JL, et al: Circumscribed dermal melanosis. Int J Dermatol 21: 25, 1982.

20. Sánchez JL, Padilla MA: Hypereosinophilic syndrome. Cutis 29: 490, 1982.

21. Vázquez M, González J, Sánchez JL: The Pathology of acrodermatitis enteropathica. Amer Jour Dermatopath 4: 4, 1982.

22. Sánchez JL, Vázquez M, Sánchez N: Vitiligo-like changes in systemic scleroderma. Arch Dermatol 119: 129, 1983.

23. Martínez MI, Sánchez JL: Treatment of leprosy with weekly intravenous infusion of leukocytes. Int J Dermatol 23: 341-347, 1984.

24. Sánchez JL: Collagenous papules of the acral conchae. Am Jour Dermatopath 5: 231-233, 1983.

25. Vázquez M, Sánchez JL: The role of sunscreen in the treatment of melasma. Cutis 32: 92-96, 1983.

26. Vázquez M, Torres S, Sánchez JL: Malignant melanoma in Puerto Rico. Bol Asoc Med PR 75: 8-10, 1983.

27. Arroyo A, Sánchez JL, Vélez García E: Cutaneous Hodgkin's disease. Cutis 32: 79-82, 1983.

28. Vázquez M, Sánchez JL: Tinea pedis and corporis in Puerto Rico. Int. J Dermatol 23: 550-551, 1984.

29. Vázquez M, Ramos-Caro F, Sánchez JL: Acral lentiginous melanoma in Puerto Ricans – a clinicopathologic study. Jour Amer Dermatol 10: 39-45, 1984.

30. Pérez M, Sánchez JL, Aguiló F: Endocrinological prolife of patients with idiopathic melasma. Jour Ivest Dermatol 81: 543-545, 1983.

31. Sánchez JL, Figueroa L, Rodríguez E: Behavior of melanocytic nevi during pregnancy. Amer Jour Dermatopath 6: 89-91, 1984 (Suppl).

32. Sánchez JL, Torres V: Double-blind efficacy study of selenium sulfide in tinea versicolor. Jour Amer Acad Dermatol 11: 235-238, 1984.

33. Sánchez JL, Torres V: Selenium sulfide in tinea versicolor: Blood and urine levels. Jour Amer Acad Dermatol 11: 238-241, 1984.

34. Vázquez M, Sánchez JL: Tinea pedis and corporis in Puerto Rico. Int J Dermatol 23: 550-551, 1984.

35. Vázquez M, Sánchez JL: Cutaneous malignant melanoma. A review. Bol Asoc Med PR 76: 210-216, 1984.

36. Vázquez M, Reyes B, Villavicencio N, Sánchez JL: Cutaneous metastasis from internal tumors. A report of 60 cases. Bol Asoc Med PR 76: 227-321, 1984.

37. Martínez ML, Lluberes R, Visepó M, Sánchez JL, Mejías E: Immunopurinogenic enzymatic activity in leprosy. Melanocytic nevi in albino. Amer J Dermatopathol 7: 23-28, 1985.

38. Murphy GA, Sánchez NP, Flynn TC, Sánchez JL: Erythema nodosum leprosum: Nature and extent of the cutaneous microvascular alterations. Jour Amer Acad Dermatol 14: 59-6, 1986.

39. Sánchez JL, Melasma: Clinical Dermatology. Demis DJ (ed). 13th ed. 2: 11 (6).

40. Vázquez M, Ibañez MA, Sánchez JL: Pigmentary demarcation lines during pregnancy. Cutis 38: 263-266, 1986.

41. Vázquez M, Sánchez JL, Sánchez NP: Mechanisms of hyperpigmentation. PR Health SC J 5: 123-132, 1986.

42. Sánchez JL, Ackerman AB: Early diagnosis of mycosis fungoides. Criteria for the histologic diagnosis of patch stage of the disease. Arch Dermatol 114: 1831, 1978 (Abstract).

43. Sánchez N, Pathak MA, Sato S, Sánchez JL, Fitzpatrick TB: Morphologic studies of erythema dyschromicum perstans. Clinical Research 28: 576A, April 1980 (Abstract).

44. Sánchez NP, Mihm MC, Soter NA, Dávila P, Sánchez JL: Erythema nodosum leprosum – an immune complex-mediated necrotizing vasculitis. Clinical Research 28: 581A, April 1980.

45. Sánchez NP, Mihm MC, Soter NA, Dávila P, Sánchez JL: Dermal microvascular alterations of erythema nodosum leprosum. Clinical Research 28: 576, April 1980 (Abstract).

46. Sánchez JL: Large plaque parapsoriasis. Am J Dermatopath 8: 542, 196.

47. Sánchez JL, González JR: Clinical management of tinea corporis/cruris and tinea versicolor: Two to three-week treatment with Bifonazole. Advances in Therapy 3: 273-280, 1981.

48. Martinez MI, Sánchez JL, López Malpica F: Peculiar papular skin lesions occurring in hepatitis B carries. J Am Dermatol 16: 31-34, 1987.

49. Torres S, Sánchez JL: Lethal midline granuloma – A specific clinicopathological entity. Bol Asoc Med PR 79: 67-69, 1987.

50. Vázquez M, Sánchez JL: Erythema nodosum leprosum – A reappraisal. Int J Dermatol 26: 436-437, 1987.

51. Lugo A, Sánchez JL, Vázquez M: AIDS associated Kaposi's sarcoma in Puerto Rico, an epidemiologic study. Bol Asoc Med PR 79: 451-453, 1987.

52. Vázquez-Botet M, Maldonado H, Sánchez JL: Melasma in men. Int J Dermatol 27: 25-27, 1988.

53. Torres S, Sánchez JL: Cutaneous plasmacytic infiltrate. Am J Dermatopath 10: 319-327, 1988.

54. Suster S, Rosen L, Sánchez JL: Granular cell leiomyosarcoma of the skin. Am J Dermatopath 10: 234-237, 1988.

55. Benmamán O, Sánchez JL: Treatment and camouflaging of pigmented disorders. Clinics in Dermatology 6: 50-61, 1988.

56. Benmamán O, Sánchez JL: Small plaque parapsoriasis - a clinicopathological study. Am J Dermatopath 10: 189-194, 1988.

57. Lugo Janer G, Cabán F, Sánchez JL: Dermatologic clues to the diagnosis of human immunodeficiency virus. Bol Asoc Med PR 80: 80-84, 1988.

58. Sánchez JL, Cruz A: Rheumatoid neutrophilic dermatitis. J Am Acad Dermatol 22: 922-925, 1990.

59. Lozada J, Maldonado N, Sánchez JL et al: Benign hyperglobulinemic purpura. Bol Asoc Med PR 12: 455-459, 1988.

60. Rivera Y, Vázquez M, Sánchez JL: Recent concepts in human papillomavirus. PR Health SC J 7: 233-243, 1988.

61. Lugo A, Sánchez JL, Méndez J, Joglar F: Calcifying panniculitis. Jour Amer Acad Dermatol 22: 743-746, 1990.

62. Ross S, Sánchez JL: Parapsoriasis, a century later. Int J Dermatol 29: 329-330, 1990.

63. Lugo G, Cruz A, Sánchez JL: Disseminated disease due to mycobacterium avium complex. Arch Dermatol 126: 1108-1109, 1990.

64. Ross S, Sánchez JL: Recreational sun exposure in Puerto Rico: Trends and cancer risk awareness. Jour Amer Acad Dermatol 23: 1090-1093, 1990.

65. Ross S, Sánchez JL: Spirochetal forms in morphea and lichen sclerosus et atrophicus. Am J Dermatopath 12: 357-362, 1990.

66. Sánchez JL et al: Dermatology Diagnosis. Bol Asoc Med PR March 1987, June 1987, September 1987, December 1987, March 1988, June 1988, September 1988, December 1988, March 1989, June 1989, September 1989, December 1989, March 1990, June 1990, October 1990.

67. Lugo-Janer G, et al: Superficial mycosis in renal transplant patients. Transplantation proceeding 23: 1787-1788, 1991.

68. Lugo G, Sánchez JL, et al: The prevalence and clinical spectrum of skin diseases in renal transplant recipients. J Amer Acad Dermatol 24: 410-4, 1991.

69. Alder E, Sánchez JL, Latoni D, Benmamán O: Phaeohyphomycosis first case in Puerto Rico. Bol Asoc Med PR 6: 269-270, 1990.

70. Quintero AL, Lugo-Somolinos A, Sánchez JL: Thrombotic phenomenon in the presence of a circulating anticoagulant. Bol Asoc Med PR 82: 447, 1990.

71. Lugo-Somolinos A, Sánchez JL, Haddock L: Efficacy of 1-Alpha 25 dyhydroxyvitamin D (calcitriol) in the treatment of psoriasis vulgaris. Bol Asoc Med PR 82: 450-453, 1990.

72. Vázquez-Botet M, Latoni D, Sánchez JL: Melanoma maligno en Puerto Rico. Bol Asoc Med PR 82: 458-459, 1990.

73. Ortiz JL, Vázquez M, Sánchez JL: Bullous pemphigoid and malignancy. Bol Asoc Med PR 82: 458-459, 1990.

74. Cruz A, Sánchez JL: Acral PUVA-induced pigmented macules. Bol Asoc Med PR 62: 460-462, 1990.

75. Martin RF, Lugo Somolinos A, Sánchez JL: Clinicopathological study in pityriasis alba. Bol Asoc Med PR 82: 463-465, 1990.

76. Picó M, Sánchez JL: New concepts in the file of vascular proliferations of the skin. PR Health Sci J 10: 25-31, 1991.

77. Lugo Somolinos A, Sánchez JL: Prevalence of dermatophytosis in patients with diabetes. J Amer Acad Dermatol 26: 408-410, 1992.

78. Benmamán O, Sánchez JL: Clinicopathologic correlations in chronic urticaria. Amer JDermatopath 14: 220-223, 1992.

79. Martin RF, Sánchez JL, Ruiz H, González A: Exogenous ochronosis. PR Health Sci 11: 23-26, 1992.

80. Rublanes E, Sánchez JL: Granulomatous dermatitis to iron oxide. J Dermatol Surg Onc 1993; 19: 14-16.

81. Picó M, Lugo Somolinos A, Sánchez JL, Burgos Calderón J: Cutaneous alterations in patients with chronic renal disease. Int J Dermatol 31: 860-865, 1992.

82. Sánchez JL, Ackerman AB: Vascular proliferations of the skin and subcutaneous tissue. In: Fitzpatrick Dermatology in General Medicine. McGraw-Hill, 4th ed. 1209-1243, 1993.

83. Chun K, Vázquez M, Sánchez JL: Malignant melanoma in children. In J Dermatol 32: 41-43, 1993.

84. Torres JE, Torres S, Sánchez JL: Melanoma in situ in sun damaged skin. Amer J Dermatopath 1994, 16: 171-173.

85. Sánchez JL: Response to guttate parapsoriasis/digitate dermatosis (small plaque parapsoriasis) in mycosis fungoides. J Amer Acad Dermatol 14: 534, 1992.

86. Torres JE, Sánchez JL, Rivera A, González A: Progressive nodular histiocytosis. J Amer Acad Dermatol 29: 278-280, 1993.

87. Lugo G, Perazo N, Sánchez JL: Atrophic macules in an infant. Arch Dermatol 129: 897, 1993.

88. Martin R, Sánchez JL, Vázquez M: Pigmented macules of the palm and soles in Puerto Rican. Int J Dermatol 33: 418-420, 1994.

89. Sánchez JL, Lugo-Somolinos A: Small plaque parapsoriasis. In Cutaneous Medicine and Surgery (Textbook in Edition).

90. Torres JE, Sánchez JL: Melasma and other disorders of hyperpigmentation. In Cutaneous Medicine and Surgery (Textbook in Edition)

91. Torres JE, Lugo-Somonos A, Sánchez JL: Response to treatment and recurrence of dermatomycosis in patients with diabetes. PR Health Sci J 12: 1889-1890, 1993.

92. Ross, Rubianes E, Lugo-Somolinos A, Vázquez M, Sánchez JL: Epidemiologic study of tienea capitis in Puerto Rico. PR Health Sci J 12: 287-290, 1993

93. Torres JE, Sánchez JL: Eccrine angiomatous hamartoma. PR Health Sci J PR Health Sci J 13: 159-160, 1994.

94. Torres JE, Sánchez JL: Disseminated pyogenic granuloma. Jour Amer Acad Dermatol 34: 490-492, 1995.

95. Lugo-Somolinos A, Sánchez JL: Adult onset Still's disease. Int J Dermatol 34 (7) 490-492, 1995.

96. Sánchez J, Molina D, Luere-Sapoelbros A: The spectrum of cutaneous lesions of pediatric patients with leukemia. PR Health Sci J 13: 247-250, 1994.

97. Chun K, Vázquez M, Sánchez JL: Nevus sebaceous. Clinical outcome and considerations for prompt surgical excision. Int J Dermatol 34: 538-541, 1995.

98. Vázquez M, Sánchez JL, et al: Acquired melanocytic nevus. PR Health Sci J 14, 1995.

99. Frank E, Orfanos JP, Sánchez JL (Peer review panel): Perspectives in hypersensitivity disorders: "A Role for 'Azelaic' Acid." Clinical Drug Investigation (Supp) 10, 1995.

100. Molina D, Sánchez JL: Pigmented longitudinal bands of the nail. Am J Dermatopathm 17: 329-327, 1995.

101. Molina D, Sánchez JL, Rondón Lugo F: Paniculitis. Dermatologica Caracas 1995: 983-991.

102. Díaz-Cascajo C, Reichel M, Sánchez JL: Malignant neoplasms associated with sebaceous keratosis: an analysis of six cases. Am J Dermatopathm 18: 278-282, 1996.

103. Sánchez JL: Churg-Strauss Syndrome. Dermatopathology Practical and Conceptual 1: 25-26, 1995.

104. Mandry RC, Ortiz LJ, Lugo-Somolinos A, Sánchez JL: Organ-specific autoantibodies in vitiligo patients and their relatives. Int Jour Dermatol 35: 18-21, 1996.

105. Vázquez-Botet M, Rodríguez R, Sánchez JL: Organ-specific autoantibodies in vitiligo patients and their relatives. Int Jour Dermatol 35: 18-21, 1996.

106. Sánchez JL: A unifying concept of melanotic macule. Dermatopathology Practical and Conceptual 1998.

107. Ruiz H, Lugo-Somolinos A, Sánchez JL: Clinical study. Cutaneous histoplasmosis in AIDS.

108. Torres JE, Sánchez JL: Histopathological differentiation between localized and systemic scleroderma. Am J Dermatopathol 20: 242-245, 1998.

109. Ruiz H, Sánchez JL: El Paciente con Prurito. Médico Interamericano 17: 132-137, 1998.

110. Sánchez JL: Panniculitis. Medicina Cutánea ILA 26: 227-246, 1998.

111. Ruiz H, Sánchez JL: Tumid lupus erythematosus. Am J Dermatopathol 21 (4): 356-360, 1999.

112. González M, Sánchez JL: Malignant melanoma in PR-An update. PR Health Sc Jour 18: 95-98, 1999.

113. Torres D, Sánchez JL: Primary cutaneous B-cell lymphoma of the leg in a chronic lymphedematous extremity. Am J Dermatopath 2000;(22) (3): 257-260.

114. Vendrell P, Sánchez JL: Subclinical inflammatory alopecia in systemic lupus erythematosus. Dermatopathology: Practical & Conceptual 6: January-March 2000.

115. Sánchez JL: A Dermatologist as Chancellor, and what was learned from that experience. Arch Dermatol 136: 87-88, 2000.

116. Mandry Pagán R, Sánchez JL: Mandibular melasma. PR Health Sc Jour 19: 231-234, 2000.

117. Camacho N, Sánchez JE, Martín RF, González JR, Sánchez JL: Medium-dose UVA-phototherapy in localized scleroderma and its effect in CD-34(+) dendritic cells. Jour Amer Acad Dermatol 2001; 45(5):697-9.

118. Martín-García R, Camacho NR, Sánchez JL: Chloroquine-induced, vitiligo-like depigmentation. Jour Amer Acad Dermatol 2003; 48: 981-982.

119. Aguila L, Sánchez JL: Angiosarcoma of the face resembling rhinophyma. Jour Amer Acad Dermatol 2003; 49: 530-1.

120. Matta JL, Villa JL, Ramos JM, Sánchez JL et al: DNA repair and non melanoma skin cancer in Puerto Rican population. Jour Amer Acad Dermatol 2003; 49: 433-9.

121. Pérez A, Sánchez JL, Almodóvar P: Kaposi's sarcoma is not a neoplasm let alone a sarcoma. Int Jour Dermatol 2003; 42: 844-845.

122. Lugo A, Montalvo L, Ruiz-Santiago H, Sánchez JL: Angiolymphoid hyperplasia with eosinophilia associated to squamous cell carcinoma of the ear. Dermatol Surg 2004; 30: 1367-1369.

123. Pérez A, Sánchez JL: Treatment of acne vulgaris in skin of color: Cosmetic Dermatology 2003; 16: 23-28.

124. Alonso N, Lugo-Somolinos A, Torres-Paoli D, Sánchez JL: Prevalence of skin disease in HIV-positive pregnant women. Int Jour Dermatol 2003; 42: 521-523.

125. Lugo-Janer A, Lugo-Somolinos A, Sánchez JL: Comparison of trichloroacetic acid solution and cryosurgery in the treatment of solar lentigines. Int Jour Dermatol 2003; 42: 829-831.

126. Lugo-Somolinos A, Sánchez JL: Xanthomas, a marker for hyperlipidemias. Boletín Asoc Med PR 2003; 95: 12-16.

127. Vázquez J, Lugo A, Almodóvar PI, Sánchez JL: Leprosy in Puerto Rico. Boletín Asoc Med. PR 2003; 95: 17-21.

128. Carro-Jiménez E, Sánchez JL: Bullous Pemphigoid , Course of the Disease. Boletín Asoc Med PR 2003; 95: 27-35.

129. Pérez A, Sánchez JL: Pigmented mammary Paget's disease in a man. Boletín Asoc Med. PR 2003; 95: 36-39.

130. Delgado A, Sánchez JL: Extranodal B-cell lymphoma in a patient with atopic dermatitis. Boletín Asoc Med PR 2003; 95: 40-42.

131. Lugo-Janer A, Montalvo L, Ruiz-Santiago H, Sánchez JL: Angiolymphoid hyperplasia with eosinophilia associated to a squamous cell carcinoma of the ear. Dermatol Surg 2004;30:1367-1369.

132. Muñoz CM, Sánchez JL, Martín García RF. Successful treatment of persistent melanoma in situ with 5% imiquimod cream. Dermatol Surg 2004;30;1543-1545.

133. Muñoz C, Quintero A, Ruiz-Santiago H, Sánchez JL: Persistent blue nevus simulating melanoma. J Am Acad Dermatol 2004;50(Suppl) S116-20.

134. Lugo A, Montalvo L, González JR, Sánchez JL: Bullous solar elastosis. Am J Dermatopath 2005;27(1):34-35.

135. Sánchez JL, Lugo-Somolinos A, Almodóvar PI, Webster G, Bradshaw M, Powala C: A randomized, double-blind, placebo-controlled trial of the combined effect of doxycycline hyclate 20-mg tablets and metronidazole 0.75% topical lotion in the treatment of rosacea. J Amer Acad Dermatol 2005;53(5):791-797.

136. Busquets A, Sánchez JL: Angiolymphoid hyperplasia with eosinophilia induced by trauma. Int Jour Dermatol 2005

137. Lugo A, Sánchez S, Sánchez JL: Congenital Syphilis. Pediatric Dermatology 2006; 23 (2): 121-123.

## BOOK REVIEW

Sánchez JL: (Book Review) Color Atlas and Synopsis of Pigmented Lesions. Raymond L. Barnhill, et al. Dermatopathology 1: 307-308
112.

## LANGUAGES

|          | SPEAKING | WRITING | COMPREHENSION |
|----------|----------|---------|---------------|
| SPANISH  | X        | X       | X             |
| ENGLISH  | X        | X       | X             |

OTHER

# Ivan Millon Sanchez

Sevilla Biltmore H-60
Guaynabo, Puerto Rico 00969
Tel. (787) 273-7432, (787) 375-1974

---

## OVERVIEW:

Experienced health care administrator with over thirty years in health field.

---

## EDUCATION:

Bachelor in Business Administration, World University (Mayor in Finance & Cost
Accounting)

Master in Health Services Administration, University of Puerto Rico

---

## EMPLOYMENT HISTORY:

| | |
|---|---|
| February 2002 Present | Consultant in administrative structures, JACHO, HIPPA Compliance, Life and Safety Code |
| December 1999 - January 2002 | **Administrator** San Gerardo Hospital and Skilled Nursing Facility A 160-bed institution with a twelve million-dollar budget. In charge of the re-organization, the development of the strategic plan and the evaluation of the existing services for the facility expansion program. |
| January 1997- November 1999 | **Executive Director** Carolina Regional Hospital Hospital Universitario Dr. Federico Trilla During these period my responsibility was to help in the development of the infrastructure in order for the University of Puerto Rico to purchase the Hospital. By the third quarter I |

headed the group responsible for providing services to the East Region, when we were mandated to close operations at the Fajardo Regional Hospital. That integration of services using Carolina Regional Hospital, was done in 90 hours, including the development of a transportation system and Emergency Services at Fajardo Hospital, that will guarantee coverage to the population of: Ceiba , Fajardo, Luquillo, Rio Grande, Vieques and Culebra. Also, advisor to chancellor School of Medicine of the University of Puerto Rico and to the Secretary of Health for J.C.A.H.O. accreditation team. When hospital was purchased by the UPR I was part of the team responsible for the transition. It was done without interruption of services and with the establishment of the Health Reform, both, simultaneously.

July 1995 –
December 1996

**Executive Director**

Fundación Hospital Metropolitano

In charge of a 180 bed general hospital J.C.A.H.O. with approximately 481 employees. Also responsible for the purchasing corporation with around 20 employees and the real estate company with 5 employees. The total budget of the three companies was 40 millions dollars.

April 1994 –
July 1995

**Regional and Executive Director**

Bayamón Regional Health Department

In charge of the Region, 11 Diagnostic Treatment Center and 400 acute and tertiary bed hospital with a medical school affiliation. A current budget of around 40 millions dollars with 2,500 employees and a medical faculty of 300 physicians. During my period we achieved outstanding results in all areas including approval of J.C.A.H.O. with commendation, also helped in the accreditation of Yauco Area Hospital, Mayaguez

Medical Center, and Aguadilla Area Hospital, each with maximum accreditation period of three years.

August 1983 –
April 1994

**Executive Director**
Ashford Presbyterian Community Hospital
San Juan, Puerto Rico
A 207 General Hospital with approximately 281 physicians and 537 employees. A current budget of 34 millions dollars. Achieved outstanding results in all areas including a negative fund balance of 1.4 million 1983 about to file Chapter Eleven to a positive fund balance of 1.5 million dollars in 1992.

For the same period, we invested seven million dollar in upgrading and replacing equipment. Negotiated with D.H.H.S. the repayment of the second mortgage that was in default. Created a sound, but firm atmosphere with the unions, resulting in eight union contracts without demonstrations or strikes. Reorganized the Hospital creating a more powerful organizational structure.

During this period the following services were created: Labor, Delivery and Recovery (L.D.R.'s). Ambulatory Surgery. Nursery, Pediatrics (remodeled), Emergency Room (remodeled), Physical Therapy, Neonatal Intensive Care Unit, and other areas of the Hospital among which is a 545 parking space with offices for physicians and a commercial space to be built during early 1993.

The Institution has approved for the same period of time three consecutive inspections of the Joint Commission on Accreditation of Healthcare Organizations, and two Medicare inspections, all with full accreditation.

1981 - 1983

**Administrator**
Matilde Brenes Hospital
Bayamón, Puerto Rico
A 106 general hospital with approximately 150 physicians and 290 employees. Major achievements with the remodeling of the Emergency Room, converted a short-term loan into long term increasing the ration and performance of the Hospital to increase parking space and future expansions. Installed a state-of-the-art computer. During my administration the Hospital's profits were increased approximately 50 percent.

1980 - 1981

**Program Coordinator University of Puerto Rico**
**Medical Science Campus**
**Master in Healthcare Administration.**
Medical Sciences Campus, University of Puerto Rico.
Managed eight professors and prepared the program for accreditation. Also, in charge of three courses at master level and five al bachelor degree level. Invited professor at nursing school and allied healthcare professions school. During such period the program was evaluated by the A.U.P.H.A and approved without recommendations.

1979- 1980          **Administrador**
                    Doctors Hospital
                    Santurce, Puerto Rico
                    A privately-owned 160 general acute care hospital with 300
                    employees and approximately 100 active physicians.
                    Reorganized the hospital.

1977 - 1979         **Executive Director**
                    Ponce Municipal Health Department and
                    Consultant for the State Department of Health, Commonwealth
                    of Puerto Rico.
                    Assigned to Ponce Municipal Health Department. In charge of
                    restructuring the heath services for the municipality. It included
                    nineteen diagnostic and treatment visits. Also be the
                    representative of the mayor in the construction of the 105-bed
                    hospital.
                    During this period, I was also assigned to the Yauco Area
                    Hospital, a new facility planned to be opened by September
                    1978. Since it was a new facility I was in charge of preparing
                    the budget, purchase the equipment, hiring the staff, etc.

1975 - 1977         **Associate Director**
                    N.E.N.A. Health Center New York, New York.
                    An outpatient clinic with approximately 200,000 visits per year.
                    In charge of the daily operation of the center, and coordinated
                    the construction and development of the new facilities.

1974 - 1975          **Student, Residency Program, and consultant with Health and Human Service Department.** In charge of a series of projects in New York   and Puerto Rico. Developed a system to review continuous application proposals. The system saved the Region Two, ten   million dollars, that otherwise would have resulted in budget  cuts for the health  care system. Received a commendation  for said application.

---

**MEMBERSHIPS:**

Hospital Association of Puerto Rico

College of Hospital Administrators of Puerto Rico (license  # 196)

Healthcare Financial Management Association Former President (HFMA)

Member of the American College of HealthCare Executives

---

**REFERENCES:**

Will be furnished upon request.

O/C