**José R. Colón**
**Curriculum Vitae**

Cel: 702 K9
Comm. 92 8069......

Phone 787 823 9237
Cell 787 375 1568
Fax 787 438 7713...

# Section B: Professional Summary

Medical Educational Institute Projects & Inc.

Mayagüez, Puerto Rico...

# Career Development

## Present

I am a senior partner and owner of an accounting firm, JRC Accounting Services, PSC., which keeps and maintain accounting records for multiple clients in all ranges of income. I provide sound financial advice to clients for the betterment of their business, and to achieve their business and career goals.

The office business has been in operation since 1997, when I moved from the State of Virginia, where I was a comptroller for an insurance. There I was in charge of the Accounting Department for insurance claims on all lines of insurance, with a staff of five to seven accountants and assistants in the department since 1992. I had the financial responsibility for the companies financial data for an entire State.

After graduating from college in 1986, with a bachelors degree in Business Administration with a major in Accounting and Management, I obtained an active duty commission with the United States Army as an Intelligence Officer where I had the opportunity to serve in multiple theaters of operation including Europe, Central and South America. With the military I obtain a Masters Degree with a double major, Management and Accounting from the University of Arizona. While serving I had many opportunities to attend career development courses and schools, as well as assume command of a 250 member size unit. I retired from the military service with the rank of Captain, to pursue an academic oriented career.

I hold a professional designation of Certified Management Accountant, CMA, practicing in a Public Accounting Office, with a license to practice in the State of Virginia and Puerto Rico.

## Future

My career as an Accountant has been very successful. I operate the office with the assistance of an Office Administrator, a junior accountant and a secretary. We hire additional assistance during major tax season to comply and complete all the accounting work.

The evolution of my office has moved me towards the medical field where I have acquired experience in the Medical Field. Many of our clients are Doctors, some of them which are in private practice and in Hospitals. The experience in working this field has enabled me to obtain knowledge and expertise in the Medical area as well.

**Part 2**

### Education

* BBA from University of Puerto Rico, Cayey Campus.

* MBA from University of Arizona.

* Continued Education – 24 credit hours every year to achieve and maintain professional competence as required to renew license.

### Personal Data

Statistics:

1) Married with two daughters.

2) Excellent Physical and Mental Health.

3) Bonafide resident of Puerto Rico, living in Coamo, where the office is located.

### Hobbies

Watersports, boating, and many other water related activities.

- Personal and Professional references as well as additional information provided upon request, including but not limited to financial statements. -

# Edwin Rodríguez Aponte, M.D.

P.O. Box 8043
Marina Station
Mayagüez, P.R. 00680
787-834-6070

## PROFESSIONAL EXPERIENCE

**Mayagüez Advanced Radiotherapy Center,** Radiation Oncologist, Mayagüez, PR ≈ 2000

**Hospital Dr. Ramón Emeterio Betances - CMM,** President of Medical Faculty, Mayagüez, PR ≈ 2002 -2004

**Centro Radioterapia y Oncología,** Radiation Oncologist, Mayagüez, PR ≈ 1998

**Community Radiation Oncology,** Radiation Oncologist and current consultant, Brooklyn, NY ≈ 1995

## MEDICAL / PROFESSIONAL EDUCATION

**Westchester County Medical Center / NY Medical College,** Valhalla, NY ≈ 1995
Postgraduate Training: Radiation Therapy Residency

**New Rochelle Hospital Medical Center,** New Rochelle, NY ≈ 1992
Postgraduate Training: Internship and Internal Medicine Residency

**Ponce School of Medicine,** Ponce, PR ≈ 1989
Postgraduate Training: Doctor of Medicine

## PROFESSIONAL ORGANIZATIONS

**Colegio de Médicos de PR**

**American Medical Association**

**Asociación Médica del Oeste**

## PUBLICATIONS

"Radiocirugía estereotáctica en el tratamiento de tumores intracraneales y malformaciones vasculares": Médico Interamericano, « 1995

## LANGUAGES

Spanish – (Fluent written and spoken)
English – (Fluent written and spoken)

## LICENSURES

* Puerto Rico Medical Board

* New York Medical Board



# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## MUNICIPIO DE MAYAGÜEZ
## OFICINA DEL ALCALDE
## MAYAGÜEZ, PUERTO RICO

### AVISO

## SOLICITUD DE PROPUESTAS, PARA EL ARRENDAMIENTO A LARGO PLAZO Y PARA LA OPERACIÓN Y PRESTACIÓN DE SERVICIOS EN LA REGIÓN OESTE, EN LAS FACILIDADES DEL HOSPITAL DR. RAMÓN EMETERIO BETANCES EN EL CENTRO MÉDICO DE MAYAGÜEZ

De conformidad con la Ordenanza Núm. 53, Serie 1999-2000, del Municipio de Mayagüez, aprobada el 8 de diciembre de 1999, según enmendada, se notifica a todas las personas interesadas que el Municipio de Mayagüez estará recibiendo propuestas para otorgar un contrato de arrendamiento a largo plazo con la entidad o las entidades que sean seleccionadas para la operación y prestación de servicios médicos hospitalarios, desde las facilidades del Hospital Dr. Ramón Emeterio Betances del Centro Médico de Mayagüez.

Las solicitudes de los documentos sobre las condiciones y las especificaciones que regirán este procedimiento, serán entregadas en el Departamento de Asuntos Legales del Municipio de Mayagüez. Para información adicional, favor comuníquese al teléfono (787) 265-3636.

El 21 de julio de 2006, a las 11:00 a.m., expirará el término para presentar y entregar las propuestas. La propuesta deberá entregarse personalmente en el Departamento de Asuntos Legales del Municipio de Mayagüez.

Una vez el Municipio de Mayagüez reciba las propuestas, procederá a evaluarlas y a adjudicar según corresponda. El Municipio de Mayagüez se reserva el derecho de aceptar o rechazar total o parcialmente cualquiera o todas las propuestas presentadas, de obviar cualquier formalidad, de otorgar el contrato bajo las condiciones que entienda más favorables a los intereses y a la política pública del gobierno municipal y de revocar cualesquiera propuestas favorecidas antes de la formalización de los contratos.



José Guillermo Rodríguez
Alcalde



# MEDICAL EDUCATION AND HEALTH SERVICES INC.

# MEDHS

## ENMIENDA

## A

## PROPUESTA ORIGINAL

## PARA EL

## ARRENDAMIENTO Y ADMINISTRACION

## DEL

## HOSPITAL DR. RAMON EMETERIO BETANCES

## DEL

## CENTRO MEDICO DE MAYAGÜEZ

P.O. Box 2045 Marina Station
Mayagüez, P.R. 00682   Tel. (787) 834834-6120
"una organización sin fines de lucro al servicio del pueblo"

# MEDHS
## Medical Education & Health Services Inc.

21 de agosto 2006

Lcdo. Efraín de Jesús Rodríguez
Presidente,
Comité Evaluación de Propuestas de
Arrendamiento del Centro Médico de Mayagüez
PO Box 447
Mayagüez, PR 00681

Lcdo. Efraín de Jesús Rodríguez:

Acuso recibo de su comunicación del 3 de agosto 2006, la cual fue recibida en nuestras oficinas el 16 de agosto 2006. En dicha misiva nos solicita que en el término de quince (15) días contados desde el recibo de su comunicación, se suplemente y enmiende la propuesta original presentada por nuestra Corporación para el arrendamiento y administración del Hospital Dr. Ramón Emeterio Betances (Centro Médico de Mayagüez), de forma que ésta contenga una oferta económica al Municipio.

La intención de nuestra Corporación es establecer una relación contractual con el Municipio de Mayagüez para el arrendamiento y administración del Hospital Dr. Ramón Emeterio Betances (Centro Médico de Mayagüez.)

Este Hospital es una facilidad municipal que provee servicios de cuidado médico a pacientes del Municipio de Mayagüez y pueblos aledaños. El Municipio de Mayagüez posee el 100% de los activos de dicho hospital y ha manifestado a través de la publicación de un edicto su deseo de que dicha facilidad sea administrada y operada por una entidad privada.

Nuestra Corporación tiene la capacidad y los conocimientos para operar este tipo de facilidades.

En consideración al deseo del Municipio de que el hospital sea administrado y operado por una entidad privada y que nuestra Corporación se dedica a la operación de este tipo de facilidades sometemos la siguiente propuesta económica para la administración y operación del hospital:

1. Mediante el Contrato de Arrendamiento y Administración el Municipio transfiere y da en arrendamiento a nuestra Corporación los edificios, los equipos y demás propiedades muebles e inmuebles que serán descritos en el Contrato de Arrendamiento mediante un inventario que se lleve a cabo en relación a la propiedad arrendada. Así también se arrendarían todas las actividades y negocios de prestación de servicios médicos que se llevan a cabo en dicho hospital.

2. La Corporación sometería al Municipio un plan para el desarrollo y uso de dichas áreas y edificios, el cual complementaría y fortalecería el desarrollo y operación del Centro Médico de Mayagüez.

3. La Corporación y el Municipio acordarían através del Contrato de Arrendamiento futuros desarrollos y/o construcciones en el Centro Médico de Mayagüez. Estos futuros desarrollos o construcciones formarían parte del plan de desarrollo de la Corporación.

4. Se continuarían ofreciendo los servicios de Salud Mental en conjunto con la Escuela de Medicina de Ponce.

5. Nuestra Corporación reconoce que dentro del Centro Médico de Mayagüez existen unos edificios que el Municipio cedió en arrendamiento al Departamento de Salud para operaciones administrativas de la Región. La Corporación se compromete a no afectar el funcionamiento de estos programas del Departamento de Salud.

   En la medida en que el Departamento de Salud comparte ciertos servicios básicos que abastecen al Centro Médico de Mayagüez, la Corporación pagaría al Municipio el 70 % del consumo mensual de energía eléctrica, agua y uso de alcantarillado conforme sean facturados dichos servicios al Municipio por la Autoridad de Energía Eléctrica y la Autoridad de Acueductos y Alcantarillados. Este pago se realizaría dentro de los diez (10) días de recibido el requerimiento de pago por el Municipio.

6. La Corporación se compromete a desarrollar y ofrecer de manera escalonada durante la vigencia del Contrato con el Municipio de Mayagüez todos los servicios médicos hospitalarios, secundarios, terciarios y supraterciarios que el Departamento de Salud estaba ofreciendo en el Centro Médico de Mayagüez al momento de que dicha instalación médica pasó a manos del Municipio. De esta manera se ampliará y mejorará todos aquellos servicios conforme al plan de desarrollo que se cree y que se estime viable y necesario de acuerdo a las necesidades actuales de los pacientes que visitan el Centro Médico de Mayagüez.

7. La Corporación se comprometería a su costo a establecer e implementar un programa de mantenimiento permanente para el cuidado y uso de las áreas internas de la propiedad arrendada. Esto incluye el mantenerlas limpias y pintadas en sus interiores. Las reparaciones y daños causados por el uso normal de las facilidades arrendadas serían costeadas por la Corporación. Las reparaciones mayores por su parte serían costeadas por el Municipio de Mayagüez.

8. Se propone crear un comité evaluador compuesto por personas nombradas tanto por el Municipio como por la Corporación para que evalúen, analicen y estudien las operaciones fiscales, las proyecciones, deficiencias y calidad de los servicios ofrecidos por la Corporación a tenor, con los mejores intereses de la comunidad de la Región Oeste y del país.

9. Se establecería un procedimiento para el señalamiento de faltas y la corrección de éstas.

10. La Corporación se compromete a garantizar que todos los contratos relacionados con otras entidades que presten servicios en áreas del Hospital quedarán obligadas y sujetos al alcance de las cláusulas contractuales pactadas con el Municipio de Mayagüez así como que dichas corporaciones o entidades cumplirán con la política pública, los propósitos y objetivos del Municipio.

11. El canon de arrendamiento que la Corporación pagaría al Municipio por el uso de la propiedad arrendada sería de $900,000.00 (novecientos mil dólares) anuales pagaderos en plazos de $75,000.00 (setenta y cinco mil dólares) mensuales, los primeros 6 meses y luego hasta que termine este Contrato en plazos semestrales por adelantado de $450,000.00 (cuatrocientos cincuenta mil dólares) cada uno. La renta incrementaría en un 5% al terminar cada período de 5 años del Contrato.

12. El término del Contrato sería hasta un máximo de 30 años comenzando en la fecha en que la Corporación entre en posesión de la propiedad arrendada. Se coordinaría un proceso de transición con el Municipio y la Corporación que actualmente administra el Hospital para comenzar a operar las facilidades. El término de arrendamiento por 30 años se dividiría en tres períodos de 10 años cada uno. Esto significa que al concluir cada uno de estos 3 términos el Contrato se renovaría automáticamente siempre y cuando la Corporación esté al día en sus pagos de renta y esté cumpliendo con sus obligaciones contractuales.

13. Durante el término del Contrato la Corporación deberá mantener en la propiedad arrendada, a su total costo, los equipos y materiales relacionados con la prestación de servicios médicos primarios, secundarios y terciarios que se ofrecen típica y usualmente en un centro médico.

14. La Corporación brindaría servicios durante los 365 (trescientos sesenta y cinco) días del año y mantendría la Sala de Emergencia funcionando en un período de 24 (veinticuatro) horas al día.

15. La Corporación estaría evaluando los empleados que actualmente trabajan para la entidad que administra dicho hospital.

16. La Corporación preparará un presupuesto para su funcionamiento y obra de la propiedad arrendada, el cual será notificado al Municipio.

17. La Corporación se compromete a someter informes periódicos al Municipio donde se desglosen los ingresos que recibe y los gastos operacionales.

18. La Corporación llevará a cabo operaciones contables y financieras de las actividades que se efectúan en la propiedad arrendada de forma independiente y separada a las actividades financieras y contables de cualquier otro negocio o actividad que opere en Puerto Rico.

19. La Corporación mantendrá todos los récords de las operaciones administrativas y fiscales realizadas en la propiedad arrendada disponibles para inspección por parte del Municipio o sus funcionarios, la Oficina de Ética Gubernamental, la Oficina del Contralor o cualquier otra entidad gubernamental que tenga facultad para ello.

20. La Corporación se compromete a obtener a su costo aquellas pólizas de seguro de responsabilidad pública, impericia médica y sobre la propiedad, según sean negociadas con el Municipio.

21. La Corporación asegura, y así fue establecido mediante las Certificaciones de no deudas que fueron sometidas en conjunto con la propuesta original, que no tiene deudas atrasadas o pendientes con el Departamento de Hacienda, el Seguro Social, la Corporación del Fondo del Seguro del Estado, el Seguro por Desempleo, el Departamento del Trabajo y Recursos Humanos, el Departamento de Salud, ASUME, CRIM, y el Municipio.

22. La Corporación además asegura, y así se puede constatar de los documentos presentados con la propuesta original, que han rendido los informes y planillas correspondientes ante las agencias estatales y federales.

23. La Corporación asumiría la responsabilidad y defensa en todas las reclamaciones surgidas de cualquier evento y/o acto que como arrendataria le corresponda y donde se indique la intervención de foros judiciales, administrativos, y legislativos. Tanto en el ámbito estatal como federal.

24. La Corporación se compromete en mantener al Municipio informado sobre cualquier reclamación judicial o extrajudicial con relación a la prestación de los servicios en la operación y administración de la propiedad arrendada. En adición se establecería claramente en el Contrato de Arrendamiento la condición de nuestra Corporación de Contratista Independiente. Por lo que la Corporación siempre estaría actuando y prestando servicios como tal, y el Municipio no sería responsable por reclamaciones de empleados, por responsabilidad profesional, por deudas de beneficios de empleados, así como con agencias gubernamentales.

25. La Corporación se compromete a asegurar a sus empleados y todo el personal que preste servicios bajo el Contrato con la Corporación del Fondo del Seguro del Estado.

26. La Corporación se compromete a no vender, prestar o hipotecar el equipo que ha sido entregado, el cual será exclusiva propiedad del Municipio excepto si el Municipio lo aprueba por escrito luego de los procedimientos que se establezcan.

27. La Corporación será responsable por el mantenimiento preventivo de los equipos rentados en virtud del Contrato. Esto de conformidad con las recomendaciones de los manufactureros.

Lo propuesto en esta carta se entiende que es un resumen de la oferta de nuestra Corporación al Municipio de Mayagüez. Otras obligaciones legales podrían ser incluidas en el posible acuerdo de arrendamiento otorgado entre las partes.

Sin nada más por el momento.

Pedro J. Montes García, M.S., R.P.O., D.A.B.R.
Secretario Corporativo
MEDHS

# ANEJO D

# ESTUDIO DE TÍTULO DEL CENTRO MÉDICO

# ANEJO F

## ÁREA APROXIMADA DE ALGUNOS DE LOS BIENES

## INMUEBLES ARRENDADOS

Anejo F – Área Aproximada de Algunos de los Bienes Inmuebles Arrendados

Municipio Autónomo de Mayagüez
Contrato de Administración y Operación del
Hospital Dr. Ramón E. Betances

Cabida aproximada de las áreas del edificio principal del Hospital Dr. Ramón E. Betances, la cual incluye Centro Pediátrico, área de Administración Regional, anfiteatro y la nueva estructura del Acelerador Lineal.

| Áreas | Pietaje (pies cuadrados) |
|---|---|
| Piso 1 | 128,741.25 |
| Piso 2 | 30,980 |
| Piso 3 | 36,500 |
| Piso 4 | 33,300 |
| Piso 5 | 27,900 |
| Piso 6 | 27,900 |
| Sótano | 177,458.75 |
| Azotea | 4,200 |
| Sub-Sótano | 2,121 |
| Estacionamientos | |
| TOTAL | 469,101 |

A continuación se detallan las colindancias de las varias secciones del edificio principal del Hospital Dr. Ramón E. Betances, en orden de sur a norte comenzando por el Anejo Mecánico, el extremo sur del edificio:

*Anejo Mecánico*

- Norte (N) – Edificio Principal
- Sur (S) – Área Asfaltada / Calle que rodea el complejo
- Este (E) – Área de Estacionamientos Principal / Avenida Hostos
- Oeste (O) – Área Asfaltada / Calle que Rodea Complejo / Quebrada Canalizada

*Edificio Principal*

- N – Emergencias / Oficina Regional
- S – Anejo Mecánico
- E – Área de Estacionamientos Principal / Avenida Hostos
- O – Edificio Oncológico / Residencia de Enfermeras

*Emergencias*

- N – Gazebo
- S – Edificio Principal
- E – Área de Estacionamientos Principal / Avenida Hostos

- O – Oficina Regional / Área de Máquinas

*Oficina Regional*

- N – Escuela de Enfermería
- S – Edificio Principal
- E – Gazebo / Emergencias
- O – Área de Máquinas

*Escuela de Enfermería*

- N – Área de Estacionamiento Secundario / Calle que Rodea Complejo
- S – Oficina Regional / Área de Máquinas
- E – Generador / Área de Estacionamientos Principal / Avenida Hostos
- O – Área de Juegos

Separado del edificio principal del Hospital Dr. Ramón E. Betances y localizado al oeste de la sección identificada en el Plano como *Edificio Principal* está el *Edificio Oncológico*, el cual se describe a continuación

*Edificio Oncológico*

- N – Tanques de Oxígeno
- S – Tanques de Gas / Carretera que Rodea Complejo
- E – Edificio Principal
- O – Cancha / Departamento de Salud

# ANEJO G

## BIENES INMUEBLES OCUPADOS POR OTROS

## INQUILINOS DEL CENTRO MÉDICO

Anejo G – Bienes Inmuebles Ocupados por Otros Inquilinos del Centro Médico

**Descripción de Bienes Inmuebles Ocupados por Otros Inquilinos del Centro Médico**

## *Centro de Rehabilitación Vocacional*

- Localizado al sudeste del Anejo Mecánico, cruzando la Quebrada Canalizada.
- Norte (N) – Quebrada Canalizada
- Sur (S) – Área Asfaltada / Residencial Público Sabalos
- Este (E) – Avenida Hostos
- Oeste (O) – Residencial Público Sabalos

## *Departamento de Salud*

- Localizado al oeste del Edificio Oncológico
- N – Estacionamiento de Residencia de Enfermeras / Residencia de Enfermeras
- S – Alero / Calle que Rodea Complejo
- E – Cancha / Edificio Oncológico
- O – Calle que Rodea Complejo / Área de Estacionamiento que Contiene Helipuerto

## *Residencia de Enfermeras*

- Localizado al oeste del Edificio Principal
- N – Residencia de Médicos
- S – Departamento de Salud
- E – Edificio Principal
- O – Carretera que Rodea Complejo / Área de Estacionamiento que Contiene Helipuerto

## *Residencia de Médicos*

- Localizado al oeste de la Oficina Regional
- N – Área Abierta / Residencia de Enfermeras y Estudiantes de Enfermería
- S – Residencia de Enfermeras
- E – Área Abierta / Oficina Regional
- O – Carretera que Rodea Complejo / Área de Estacionamiento que Contiene Helipuerto

## *Residencia de Enfermeras y Estudiantes de Enfermería*

- Localizado al noroeste de la Escuela de Enfermería
- N – Carretera que Rodea Complejo
- S – Área Abierta / Residencia de Médicos
- E – Estacionamiento Secundario / Carretera que Rodea Complejo
- O – Carretera que Rodea Complejo / Área de Estacionamiento que Contiene Helipuerto

# ANEJO H

# LISTA DE ESTADÍSTICAS A SER SOMETIDOS EN LOS

## INFORMES MENSUALES

Anejo H – Lista de Estadísticas a Ser Sometidos en los Informes Mensuales

Municipio Autónomo de Mayagüez
Contrato de Administración y Operación del
Hospital Dr. Ramón E. Betances

## Estadísticas Mensuales

1. Análisis de las cuentas a cobrar de pacientes

2. Análisis de las reservas para cuentas incobrables

3. Inventarios

4. Detalle de equipos capitalizados, los retirados de los libros y de los que no están en uso.

5. Detalle de mejoras capitalizadas – mejoras extraordinarias

6. Desglose de las cubiertas de seguros

7. Ingresos por servicios a pacientes (Inpatient, Outpatient and Totals)

8. Provisiones de los ajustes contractuales y otros ajustes

9. Detalle de otros ingresos (i.e. Employee and guest meals, Rental Income, Miscelaneous, etc.)

10. Detalle de nómina y servicios prestados de enfermeras, incluyendo gastos por contrato de servicios profesionales de enfermeras y cualquier gasto de per diem (i.e. Administrative, Medical and Surgical and Obstetric, Critical Care Unit, Long Term Care, Operating and Recovery Rooms, Central Supply, Emergency Services, etc.)

11. Detalle de otros servicios profesionales (i.e. Laboratory and Blood Bank, Electrocardiology, Radiology, CT Scans, Magnetic Reasonance Imaging, Pharmacy, anesthesiology, Respiratory Therapy, Physical Therapy, Occupational Therapy, Physicians Clinic, Medical Records, Quality Assurance, etc.)

12. Detalle de gastos de servicios generales (i.e. Dietary, Plant Operation and maintenance, Bio-Medical, Houekeping, Laundry and Linen, etc.)

13. Detalles de gastos administrativos y gastos sin asignar

14. Estado comparativo de ingresos y gastos con años anteriores

15. Estado comparativo de ingresos y gastos con el presupuesto

16. Informe de estadísticas comparadas con periodos anteriores. (i.e. Patient days, Admissions, Discharges, Average Length of Stay, Beds, Occupancy Percent, Net Patient Revenue per Calendar Day, etc.)

17. Informe de estadísticas comparados de producción por área de servicio (i.e. Patient days, Admissions, Discharges, Samples sent to Laboratory, X-Rays taken, Diets Served, Visits to Emergency Room, etc.)

# ANEJO I

## ESTADOS FINANCIEROS PROYECTADOS

SISTEMA DE RESERVA DE SALUD DEL SUROESTE, INC

(Incorporated in Commonwealth of Puerto Rico)

FINANCIAL STATEMENTS

For the year (6) then twelve ending December 31, 2010, and

As for Years ending December 31, 2010, 2011, and 2012

TABLE OF CONTENTS

ACCOUNTANT'S REPORT                                                                    1

FINANCIAL FORECASTS
   Forecasted Balance Sheets                                                           2

   Statements of Forecasted Income (Loss) and Retained Earnings (Deficit)             3

   Statements of Forecasted Cash Flows                                                4

   Summary of Significant Assumptions and Accounting Policies                         5



# FIGUEROA RIVERA
*Certified Public Accountant*

Héctor J. Figueroa Rivera, CPA

---

## ACCOUNTANT'S COMPILATION REPORT

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
MAYAGÜEZ, PUERTO RICO

I have compiled the accompanying forecasted balance sheets of Sistemas Integrados de Salud del Sur Oeste, Inc. (Hospital Dr. Ramón Emeterio Betances), as of December 31, 2009, 2010, 2011, and 2012, and the statements of forecasted income and retained earnings and cash flows for the four (4) months period ending December 31, 2009, and for the years ending December 31, 2010, 2011, and 2012, in accordance with attestation standards established by the American Institute of Certified Public Accountants.

The accompanying forecasts and this report were prepared for presentation to enter into a lease agreement with Medical Education and Health Services, Inc. (MEDHS) and the Municipality of Mayagüez to operate the hospital entities as the Hospital Ramón Emeterio Betances of the Centro Médico de Mayagüez.

A compilation is limited to presenting in the form of forecast, information that is the representation of management and does not include evaluation of the support for the assumptions underlying the forecasts. I have not examined the forecasts and, accordingly, do not express an opinion or any other form of assurance on the accompanying statements or assumptions. Furthermore, even if the lease agreement is obtained, there will usually be differences between the forecasted and actual results, because events and circumstances frequently do not occur as expected and those differences may be material. I have no responsibility to update this report for events and circumstances occurring after the date of this report.

August 10, 2009

License #2040
Expires December 1, 2010

The stamp #498664 of the Puerto Rican Society of CPA's was adhered to the original.

Suite #76 Box 10000,
Cayey, P.R. 00737

Tel. (787) 263-9459
Fax (787) 738-9093
Cel. (787) 646-2227
email: hfigueroacpa@hotmail.com

# SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.

(Hospital Dr. Ramón Emeterio Betances)
Forecasted Balance Sheets
December 31, 2009, 2010, 2011, and 2012

|  | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| ASSETS |  |  |  |  |
| CURRENT ASSETS |  |  |  |  |
| Cash | $ 1,101,163 $ | 996,370 $ | 382,773 $ | 1,670,958 |
| CDs (restricted) | 4,000,000 | 1,600,000 | 3,190,720 | 4,597,826 |
| Accounts receivable, net | 3,000,000 | 4,652,053 | 6,718,041 | 9,497,647 |
| Inventories | 57,276 | 711,344 | 403,039 | 477,979 |
| Prepaid expenses | 1,095,000 | 460,000 | 472,500 | 496,125 |
|  | 9,253,440 | 7,929,387 | 12,167,072 | 17,050,746 |
| PROPERTY, PLANT AND EQUIPMENT |  |  |  |  |
| Equipment, net | 966,687 | 3,146,487 | 4,326,667 | 6,551,734 |
| Leasehold improvements, net | 193,333 | 173,333 | 153,333 | 133,333 |
|  | $ 10,413,440 $ | 11,249,207 $ | 17,647,072 $ | 23,735,813 |
| LIABILITIES AND STOCKHOLDER'S EQUITY |  |  |  |  |
| CURRENT LIABILITIES |  |  |  |  |
| Line of credit | $ 3,300,000 $ | 3,030,660 $ | 2,000,000 $ | 1,050,000 |
| Current portion of notes payable | 100,000 | 340,000 | 505,000 | 785,649 |
| Accounts payable | 1,284,272 | 1,218,739 | 1,777,542 | 2,924,015 |
| Notes payable |  |  | 3,143,798 | 4,635,598 |
| Accrued liabilities | 1,436,213 | 588,262 | 719,012 | 749,062 |
|  | 5,620,485 | 5,109,446 | 8,145,352 | 9,145,524 |
| LONG-TERM DEBT – less current portion, shown above | 380,000 | 1,990,000 | 1,310,000 | 1,813,972 |
| STOCKHOLDER'S EQUITY |  |  |  |  |
| Preferred stock, $1 par value, 9% non cumulative |  |  |  |  |
| 1,000,000 shares authorized, 800,000 shares issued and outstanding | 4,600,000 | 4,600,000 | 4,600,000 | 4,600,000 |
| Common stock, $1 par value, 1,000,000 shares authorized, 400,000 shares issued and outstanding | 400,000 | 400,000 | 400,000 | 400,000 |
| Retained earnings (deficit) | (587,047) | 49,621 | 3,190,720 | 7,776,317 |
|  | 4,799,956 | 5,138,821 | 8,500,720 | 14,690,289 |
|  | $ 10,413,440 $ | 11,249,267 $ | 17,647,072 $ | 23,735,613 |

See summary of significant assumptions, accounting policies and accountant's report

# SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.

(Hospital Dr. Ramón Emeterio Betances)

Forecasted Statements of Income

For the four (4) months ending December 31, 2009 and
the years ending December 31, 2010, 2011, and 2012

| | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| NET PATIENT SERVICE REVENUES | | | | |
| Inpatient | $ 3,280,560 $ | 11,503,890 $ | 23,210,909 $ | 27,431,074 |
| Outpatient | 1,854,320 | 6,486,593 | 10,813,475 | 12,531,273 |
| Other contractual adj. | | | | |
| Outpatient | 1,156,206 | 2,477,570 | 3,797,630 | 4,146,913 |
| Medicaid | 603,217 | 2,806,710 | 1,954,138 | 2,113,595 |
| Other contractual adj. | 6,848,317 | 23,314,763 | 36,776,061 | 46,222,855 |
| | 603,000 | 2,415,020 | 3,445,750 | 2,478,608 |
| Other | 7,451,317 | 25,729,783 | 42,221,811 | 48,760,692 |
| OPERATING EXPENSES | | | | |
| Salaries and wages | 3,046,090 | 5,928,000 | 12,575,000 | 13,079,640 |
| Fringe benefits | 568,990 | 2,008,406 | 2,766,720 | 2,877,389 |
| Utilities and insurance | 1,063,996 | 3,191,994 | 3,351,594 | 3,519,174 |
| Professional services | 966,520 | 3,573,366 | 7,005,197 | 6,307,726 |
| Supplies | 332,316 | 1,166,735 | 1,988,808 | 2,311,143 |
| Depreciation and amortization | 1,609,567 | 5,427,500 | 5,863,875 | 5,891,599 |
| Other | 7,909,351 | 24,994,392 | 33,342,186 | 35,986,099 |
| INCOME (LOSS) FROM OPERATIONS | (458,484) | 1,144,771 | 8,879,622 | 12,774,853 |
| OTHER EXPENSES (INCOME) | | | | |
| Depreciation and amortization | 40,000 | 240,000 | 440,300 | 663,425 |
| Interest | 98,563 | 352,875 | 370,174 | 337,627 |
| Other | (40,000) | (48,000) | (71,505) | (120,000) |
| | 98,563 | 544,875 | 738,970 | 881,052 |
| INCOME (LOSS) BEFORE INCOME TAXES | (557,047) | 599,896 | 8,140,652 | 11,893,801 |
| PROVISION FOR INCOME TAXES | | 1,538 | 1,841,356 | 2,652,605 |
| NET INCOME (LOSS) | (557,047) | 598,358 | 6,299,967 | 9,171,196 |
| RETAINED EARNINGS (DEFICIT) BEGINNING OF YEAR | | (557,047) | 46,921 | 3,383,729 |
| | (557,047) | 40,921 | 6,346,518 | 12,361,915 |
| DIVIDENDS DECLARED | | | | |
| Preferred stock | | | 414,000 | 414,000 |
| Common stock | | | 2,738,798 | 4,171,608 |
| | | | 3,149,798 | 4,585,608 |
| RETAINED EARNINGS (DEFICIT) END OF YEAR | $ (557,047) $ | 40,921 $ | 3,196,720 $ | 7,776,367 |

See summary of significant assumptions, accounting policies and accountant's report

# SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.

(Hospital Dr. Ramon Emeterio Betances)

Proposed Statements of Cash Flows

for the four (4) months ending December 31, 2009 and
the years ending December 31, 2010, 2011, and 2012

|  | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES |  |  |  |  |
| Net income (loss) | $ 557,047 | $ 597,988 | $ 6,299,597 | $ 9,171,195 |
| Adjustments to reconcile net income to net cash provided: |  |  |  |  |
| Provision operating activities | 65,000 | 240,000 | 440,000 | (63,425) |
| Plus depreciation and amortization |  |  |  |  |
| Increase (decrease) in: |  |  |  |  |
| Accounts receivable | (3,000,000) | (1,384,024) | (4,035,000) | (779,806) |
| Prepaid expenses | (57,973) | (154,366) | (181,695) | (74,950) |
| Prepaid other | (985,000) | 845,000 | (22,560) | (23,629) |
| Increase (decrease) in: |  |  |  |  |
| Accounts payable | 1,364,277 | (134,587) | 558,893 | 946,473 |
| Deferred expenses | 1,436,210 | (865,884) | 166,305 | 38,950 |
| Net cash provided (used) by operating activities | (2,148,839) | (1,686,985) | 3,197,422 | 9,737,773 |
| CASH FLOWS FROM INVESTING ACTIVITIES |  |  |  |  |
| Additions, acquisitions to property, improvements, and equipment | (750,000) | (1,309,000) | (800,000) | (1,636,746) |
| Net cash used in investing activities | (750,000) | (1,309,000) | (800,000) | (1,636,746) |
| CASH FLOWS FROM FINANCING ACTIVITIES |  |  |  |  |
| Proceeds sale/issuance of bonds | 3,000,000 |  |  |  |
| Redemption of retirement of bonds |  |  | (1,000,000) | (1,000,000) |
| Payment of notes payable | (50,000) | (324,000) | (420,000) | (643,425) |
| Proceeds from issuance of preferred stock | 4,000,000 |  |  |  |
| Proceeds from issuance of common stock | 500,000 |  |  | (3,149,795) |
| Dividends paid on preferred stock and common stock |  |  |  | (1,793,223) |
| Net cash provided (used) from financing activities | 7,450,000 | (324,000) | (1,420,000) | (1,793,223) |
| Net change (decrease) in cash | 5,101,161 | (2,606,985) | 977,422 | 3,005,304 |
| CASH AT BEGINNING OF PERIOD |  | 5,101,162 | 2,896,070 | 3,873,493 |
| CASH AT END OF PERIOD | $ 5,101,163 | $ 2,896,070 | $ 3,873,493 | $ 3,573,793 |
| SUPPLEMENTAL DISCLOSURES |  |  |  |  |
| Cash paid for interest expense | $ 96,363 | $ 350,875 | $ 379,475 | $ 397,627 |
| Cash paid income taxes | $ 40,000 | $ 46,000 | $ 71,666 | $ 129,606 |
| Cash dividends declared | $ — | $ 1,928 | $ 1,841,355 | $ 2,862,606 |

See summary of significant assumptions, accounting policies and accountant's report.

## SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

### NOTE A —NATURE AND LIMITATIONS OF FORECASTS

These financial forecasts present, to the best of the management knowledge and belief, the expected financial position, results of operations, and cash flows of **Sistemas Integrados de Salud del Sur Oeste, Inc. (Hospital Dr. Ramon Emeterio Betances) (the Company)** for the forecast periods assuming the volume of revenues and operation levels described in Note C below and the financing for the acquisition of medical equipment and working capital will be obtained. Accordingly the forecasts reflect its judgments as of August 19, 2009, the date of these forecasts, of the expected conditions and its expected course of action. The assumptions disclosed herein are those that the management believes are significant to the forecasts. Furthermore, even if the stated volume of revenues is attained and the financing obtained, there will usually be differences between forecasted and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material.

The Company is corporation organized under the laws of the Commonwealth of Puerto Rico in the year 2008 for the management and administration of hospitals and medical facilities.

The Company will enter into a lease agreement with Medical Education and Health Services, Inc. (MEOHS) and the Municipality of Mayagüez to operate the hospital facilities of the "Hospital Dr. Ramon Emeterio Betances of the Centro Medico de Mayagüez ("the Hospital"). Among other things, the terms and conditions of this agreement include: rental payments of $900,000 in monthly installments of $75,000 beginning on the date of the contract agreement, with a maximum term of thirty (30) years. The Company has the right to use the certificate of need to provide general hospital and medical services specializing in cardiovascular disease, including open heart surgery.

The hospital has 391 licensed beds throughout the different departments: general surgery, medicine, pediatrics, cardiovascular, intensive care unit and coronary care unit. The forecasts were made based on 200 beds. It is the intention of the Company to operate the hospital on the premises of all private rooms which will ensure no blockage of beds due to patient condition. It will be the first hospital in Puerto Rico to provide all private rooms, in compliance with the new hospitals law.

The Hospital has an academic program properly accredited by the ACGME (Accreditation Council of Graduate Medical Education), and consists of internal medicine. It is further contemplated that two additional residency programs will be added which includes the surgery and emergency medical residency program. These programs will support the projected Trauma Center, sponsored by Ponce School of Medicine.

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

## NOTE B—SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Organization

Sistemas Integrados de Salud del Sur Oeste, Inc. (the Company) is corporation organized under the laws of the Commonwealth of Puerto Rico in the year 2008 to provide management and operation of hospital and medical services facilities.

### Basis of Accounting

The forecasted financial statements have been prepared using the accrual basis of accounting which is in accordance with generally accepted accounting principles.

### Net Patient Service Revenues

Reimbursements from third party payor including Medicare among others, are assumed to be in accordance with methodology as used by hospitals in Puerto Rico. Amount due to or from payers under theses agreements, other than those considered to be payable in greater than one year are included in the receivable caption in accompanying balance sheet. The revenues under this agreement are subject to audit and retroactive adjustment, however, management believes that adjustments, if any, would not have a significant effect on the financial position of the Hospital.

### Income Taxes

The forecasts contemplate that the Company will operate under the provisions of the Hospital Facilities Tax Exemption ACT ("the Act"), No. 168 of June 30, 1968, as amended, which grant tax exemption to the operation of a hospital unit for a period of ten years. For income taxes the exemption percentage is 50%. For the property and municipal taxes is 100%. The Company will request such tax exemption to the Department of Treasury of Puerto Rico and contemplate the approval of such exemption. If such tax exemption is not approved, the result of operation will be different of those forecasted.

### Inventories

Inventories consist primarily of medical, laboratory and office supplies, and drugs, and are valued at the lower of cost or market on the first-in, first-out basis.

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

## NOTE B—SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - Cont.

### Leasehold Improvements and Equipment

Leasehold improvements and equipment are record at cost. Repair and maintenance cost are charged against income as incurred. Depreciation and amortization expenses are computed on straight-line method over the estimated useful lives of 10 years.

### Other Revenues

Other revenues consist of income from rent, cafeteria, and parking.

# SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

## NOTE C · SUMMARY OF SIGNIFICANT ASSUMPTIONS

Forecasted balance sheets:

Accounts receivable – Patients and third-party payors – The level of accounts receivable was forecasted based on the relation of receivables to net revenues, using an average turnover ratio of 90 days for the first year, 80 days for the second and 75 in the third year of operations. These have been estimated based on historical industry trends, expected operational levels and the private/third party payor patient mix and the ability of the Company to collect form patients the excess of the customary charges over the amount reimbursed by the third-party payors as the service are rendered.

Inventories – Inventories were estimated based on 21 days of yearly utilization with a 17 times a year rotation.

Construction in process – During the year 2013, there are plans to incur in a development project for the construction of a multilevel parking facility, office tower for professional offices, and commercial facilities. A ground surveying study along with all the other typical expenditures is forecasted for this project in the amount of $300,000. The expenditure is not considered to be an authorized use of the restricted reserve funds and requires the previous approval of the plan from the Municipality in accordance with the lease agreement signed with Medical Education and Health Services, inc. (MEDHS) and the Municipality of Mayagüez.

Leasehold improvements – In order to improve actual services, the company expects to improve the leasehold facilities in the amount of $200,000 during the first period of operations.

Accounts payable and accruals – Accounts payable and accruals were forecasted based on 60 days cycle after the date of obligation. Management expects to be able to negotiate favorable payment terms with suppliers based on normal business practices in the health care industry in Puerto Rico.

Financing requirements – The accompanying forecasts contemplates a revolving line of credit of $3 million dollars for working capital purposes, at a prime interest rate. Also, the Company will obtain the necessary financial collateral to sustain the operations in the amount of $5 million dollars from any other entity or person who may acquire ownership shares of the Company.

Stock - The Company will have 5,000,000 authorized and issued preferred stock with a $1 par value, 9% non-cumulative of which 4,600,000 will be issued. There will be as well 1,000,000 authorized common stock with a $1 par value, of which 400,000 will be issued. The total proceeds will be used as capital investment which will be used exclusively for equipment and major improvements.

## SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

### NOTE C – SUMMARY OF SIGNIFICANT ASSUMPTIONS – Cont.

Equipment acquisition for the operation – Initial equipment will be acquired during the first year of operation for the hospital from the initial capitalization of the Company in the amount of $1 million dollars from the date of inception up to the end of the calendar year. An additional $2.4 million dollars will be used for this same purpose during the second year of operation. During the third year of operation the amount of $1.6 million dollars will be invested to continue the acquisition of equipment and major physical facilities improvement and approximately $2.9 millions in the forth year.

This investment will amount to $7.9 million dollars during the forecasted years of operation. Additional equipment acquisitions estimated at $8 million dollars have been identified for after the fourth year of operations. The source of funds for the purchase of additional equipment is to be generated from expected accumulated retained earnings resulting from operations.

Retained Earnings (Restricted) – The accumulated retained earnings resulting from the operation after the authorized declaration and payment of dividend for each year of operation, if any, will be utilized exclusively for the acquisition of necessary equipment as appropriate for the operation of integrated medical groups as indicated in the forecast for operation.

Dividends – The Company will declare dividend for common stock only if the net income after taxes exceeds $2 million dollars, during the accounting year, based on certified audited financial statements. The maximum dividend declared on common stocks will be up to a maximum of 60% of the net income after taxes, after considering dividend for preferred stock. After the third year of operation, the Company may be able to declare dividend up to 75 % of the net income after taxes upon negotiation with the Municipality and only if the retained earnings are in excess of $7.8 million dollars at the end of the forecasted period of operation in the certified audited financial statements. If the three mark is not reached, dividends can be declared on the original 60% basis.

Financial Ratios – The goal on current ratio will be of 1:1 or better on current assets vs. current liabilities. The goal on capital ratio will be of 1.75:1 or better on total assets vs. total liabilities. If the goals on both ratios are not met, then the Company will seek the necessary financial requirements to meet the required ratios. These financial requirements will be provided by the affiliated entities

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

NOTE C — SUMMARY OF SIGNIFICANT ASSUMPTIONS - Cont.

Forecast statements of revenues and expenses:

The statements of revenue and expenses were forecasted based on the following major assumptions:

Patient services volume – Admissions, patient days, and average length of stay are basic measures of inpatient services and the demand for hospitals services. Visits and ancillary department tests are the basic measures of outpatient services and the demand for this hospital service. Revenues from inpatients and outpatients were forecasted based on historical trends and expected operational utilization levels.

The following are expected patient days and occupancy rates based on economic factors and historical operational trends

|  | 2009 | 2010 | 2010 | 2012 |
|---|---|---|---|---|
| GENERAL HOSPITAL |  |  |  |  |
| Available beds | 80 | 90 | 140 | 140 |
| Occupancy rate | 50% | 60% | 66% | 75% |
| Average occupied beds | 40 | 48 | 92 | 105 |
| Patient days capacity | 9,760 | 29,200 | 51,100 | 51,100 |
| Expected patient days | 4,880 | 17,520 | 33,726 | 38,325 |

|  | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| CARDIOVASCULAR UNIT |  |  |  |  |
| Available beds | 40 | 40 | 60 | 60 |
| Occupancy rate | 50% | 65% | 70% | 78% |
| Average occupied beds | 20 | 26 | 42 | 47 |
| Patient days capacity | 4,880 | 14,600 | 21,900 | 21,900 |
| Expected patient days | 2,440 | 9,490 | 15,330 | 17,082 |

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

## NOTE C — SUMMARY OF SIGNIFICANT ASSUMPTIONS – Cont.

The Company will enter into agreements with third-party payors to provide for payments to the Hospital at amounts different from its established rates of charges. A summary of the payment arrangements with major third-party payors follows:

Medicare – Medicare inpatient acute care services rendered to Medicare program beneficiaries are paid at prospectively determined rates per discharge. These base rates are specifically established for providers in Puerto Rico and vary according to a patient classification system that is based on clinical, diagnostic, and other factors. Some outpatient services related to Medicare beneficiaries are paid based upon a cost reimbursement methodology. The Company is reimbursed for cost reimbursement items at a tentative rate with final settlement determined after submission of annual cost reports by the Company and the reports are audited by the Medicare fiscal intermediary. The Company's classification of the patients under the Medicare program and the appropriateness of their admissions are subject to an independent review by a peer review organization under contract with the Company.

Other Medical plans – The Company will enter into payment agreements with certain commercial insurance carriers, health maintenance organizations, and preferred provider organizations. The basis for payment to the Company under these agreements includes: prospectively determined rates per discharge, discounts from established charges, and prospectively determined daily rates for inpatient services.

Inpatient services rendered to La Cruz Azul de Puerto Rico, Inc. and Triple-S, Inc. subscribers are reimbursed at prospectively determined rates per day or hospitalization. The prospectively determined per diem rates are not subject to retroactive adjustment.

Net patient services revenues are derived from routine inpatient services (room charges), inpatient ancillary services, and ancillary services used by outpatients. Forecasted net service revenues per patient day are fully described below:

### INPATIENT REVENUES – GENERAL HOSPITAL

|  | 2009 Patient Days | Case Mix | Per Diem | Inpatient Revenues |
|---|---|---|---|---|
| Medicare | 1,854 | 38% | $ 700 | $ 1,298,080 |
| Health Care Reform | 1,318 | 27% | 625 | 826,500 |
| Triple-S | 586 | 12% | 675 | 395,280 |
| Medical Card System | 390 | 8% | 675 | 263,120 |
| Others | 732 | 15% | 613 | 447,580 |
|  | 4,880 | 100% | (AVG)$662 | $3,230,560 |

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

## NOTE C -- SUMMARY OF SIGNIFICANT ASSUMPTIONS -- Cont.

Forecast considers an increase in rate of 4% with third payors for succeeding years as follows.

| Census | Patient Days | Per Diem | Revenues |
|---|---|---|---|
| 2009  50% | 4,880 | $662 | $ 3,230,560 |
| 2010  60% | 17,520 | 662 | 11,593,860 |
| 2011  65% | 23,726 | 688 | 23,210,909 |
| 2012  75% | 38,325 | 716 | 27,431,074 |

### INPATIENT REVENUES -- CARDIOVASCULAR UNIT

| | 2009 Patient Days | Case Mix | Per Diem | Inpatient Revenues |
|---|---|---|---|---|
| Medicare | 1,708 | 70% | $700 | $1,195,600 |
| Health Care Reform | 439 | 18% | 625 | 274,500 |
| Triple-S | 122 | 5% | 675 | 82,350 |
| Others | 171 | 7% | 600 | 101,970 |
| | 2,440 | 100% | (AVG)$678 | $1,654,320 |

Forecasts consider an increase in rate of 4% with third payors for succeeding years as follows:

| Census | Patient Days | Per Diem | Revenues |
|---|---|---|---|
| 2009  50% | 2,440 | $678 | $ 1,654,320 |
| 2010  65% | 9,490 | 678 | 6,436,593 |
| 2011  70% | 15,330 | 705 | 10,813,475 |
| 2012  75% | 17,082 | 734 | 12,531,273 |

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

NOTE C — SUMMARY OF SIGNIFICANT ASSUMPTIONS – Cont.

### OUTPATIENT REVENUES – GENERAL HOSPITAL

| Description | Number of Procedures | Revenue per Procedure | Total Revenue |
|---|---|---|---|
| Emergency room | 6,624 | $125 | $ 828,000 |
| Laboratory | 14,720 | 15 | 220,800 |
| One day surgeries | 184 | 600 | 110,400 |
| | | | $1,159,200 |

Forecasts include 4% and 5% for volume and prices increases, respectively, per year.

### OUTPATIENT REVENUE – CARDIOVASCULAR CENTER

| Description | Number of Procedures | Revenue per Procedure | Total Revenue |
|---|---|---|---|
| Catheterism | 67 | $ 1,300 | $ 86,667 |
| PTCA | 33 | 2,000 | 66,667 |
| Open heart | 21 | 14,500 | 311,320 |
| ETO | 583 | 150 | 87,400 |
| Vascular | 18 | 1,200 | 22,080 |
| Holter | 100 | 100 | 10,000 |
| Stress test | 100 | 75 | 7,500 |
| EKG | 460 | 15 | 6,900 |
| Other | 3 | 1,200 | 3,600 |
| Color flow | 2 | 50 | 100 |
| | 1,387 | | $602,237 |

Forecasts include 4% for volume and prices increases per year.

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betánces)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

NOTE C — SUMMARY OF SIGNIFICANT ASSUMPTIONS ~ Cont.

OTHER INCOME

| | |
|---|---|
| Rental spaces | $600,000 |
| Parking | 121,667 |
| Cafeteria | 83,333 |
| | $805,000 |

Forecasts include an increase of 5% per year; except for the Rental of spaces.

Salaries and employees' benefits – Salaries and employees benefits were forecasted based on the following:

1. Staffing patterns were determined based on expected service utilization level as described below.
2. Increase in personnel will be based on the increase in utilization level of services that will be provided at the facilities.
3. Employees' benefits were projected based on a 22% of total salaries and wages.

Full time equivalents (FTE) employees were forecasted as follows.

| | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Annual average salary | $22,800 | $22,800 | $26,200 | $27,248 |
| Full time equivalent (FTE) | 400 | 400 | 480 | 480 |
| FTE's per available beds | 3.33 | 3.33 | 2.40 | 2.40 |
| FTE per occupied bed | 5.40 | 5.40 | 3.34 | 2.99 |

Contracted services – Contracted services include the following

| | |
|---|---|
| Pharmacy | $ 691,920 |
| Emergency room | 257,592 |
| Legal services | 35,777 |
| Accounting/Auditing services | 35,777 |
| Ambulance services | 21,466 |
| Quality control | 21,466 |
| | $1,063,998 |

Forecasts include an increase of 5% per year.

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC.
(Hospital Dr. Ramón Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

## NOTE C — SUMMARY OF SIGNIFICANT ASSUMPTIONS – Cont.

Supplies costs – Inventories were estimated based on 21 days of yearly utilization; supplies cost were forecasted based on the expected service utilization levels (patient days) as described below:

|  | 2009 Patient days | Cost per Patient Days | Expense |
|---|---|---|---|
| Medical supplies | 7,320 | $105 | $768,600 |
| Food | 7,320 | 16 | 117,120 |
| Other administrative | 7,320 | 15 | 109,800 |
|  |  |  | $995,520 |

Forecasts include an inflation increase of 5% per year.

Other operational costs – Other operating expenses were forecasted based on service utilization levels and expected services that will be provided to patients as described below:

| | |
|---|---|
| Utilities | $ 677,667 |
| Rent | 300,000 |
| Repairs and maintenance | 321,000 |
| Telephone | 89,167 |
| Reference laboratories | 71,333 |
| Insurance | 100,000 |
| Malpractice insurance | 200,000 |
| Promotion | 50,000 |
| | $1,809,167 |

Forecasts include an increase of 5% per year, except for the rent.

Bad debts – Provision for bad debts was forecasted based on historical industry trends and expected operational levels which includes 5% of net patient service revenues.

SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC., [illegible]
(Hospital Dr. Ramon Emeterio Betances)
SUMMARY OF ACCOUNTING POLICIES AND SIGNIFICANT ASSUMPTIONS

NOTE C - SUMMARY OF SIGNIFICANT ASSUMPTIONS - Cont.

*Interest Expense* - Interest expense has been projected based on the financing described below.

Interest rising lines of credit amounting to $3,000,000 at an average interest rate of 8.75%. The interest expense on this component is as follow:

| Year | Beginning Balance | Ending Balance | Average Balance | Interest Expense |
|---|---|---|---|---|
| 2009 | $3,000,000 | $3,000,000 | $3,000,000 | 8,63,750 |
| 2010 | 3,000,000 | 3,000,000 | 3,000,000 | 262,500 |
| 2011 | 3,000,000 | 1,000,000 | 2,000,000 | 175,000 |
| 2012 | 1,000,000 | | 500,000 | 43,750 |

Interest on equipment financing has been computed at an average interest rate of 9%. The interest expense on this component is as follow:

| Year | Beginning Balance | Ending Balance | Average Balance | Interest Expense |
|---|---|---|---|---|
| 2009 | $0 | $ 800,000 | $105,000 | $ 11,063 |
| 2010 | 500,000 | 1,700,000 | 1,100,000 | 90,375 |
| 2011 | 1,700,000 | 2,500,000 | 2,100,000 | 151,428 |
| 2012 | 2,500,000 | 3,934,000 | 3,217,100 | 208,377 |

*Depreciation and amortization expense* - Amortization expense were forecast using the straight-line method over 10 [illegible] years

# ANEJO J

# DECLARACIÓN JURADA EN CUMPLIMIENTO DE LA

# LEY NÚM. 428

MEDICAL EDUCATIONAL
& HEALTH SERVICES,INC
"Una organización sin fines de lucro al servicio del pueblo"

DECLARACIÓN JURADA EN CUMPLIMIENTO
DE LA LEY NÚM. 428
DE 22 DE SEPTIEMBRE DE 2004

Contrato para la Administración y Operación del Hospital Dr. Ramón E. Betances del Centro
Médico de Mayagüez

Yo, Orestes Castellanos Rodríguez, mayor de edad, casado, médico y residente de Mayagüez,
Puerto Rico, declaro bajo juramento en calidad de Presidente de MEDHS que, según mi mejor
conocimiento y creencia, las declaraciones expresadas adelante son ciertas y correctas:

1      Mis circunstancias personales son las expresadas anteriormente.

2      Soy el Presidente de MEDHS y tengo la capacidad y la autoridad para firmar esta
       declaración.

3      Ni MEDHS ni ninguno de sus oficiales o directores ha sido convicto o se ha declarado
       culpable de ninguno de los delitos identificados en el Artículo 4 de la Ley Núm. 428 de
       22 de septiembre de 2004.

En Mayagüez, Puerto Rico, a 19 de agosto de 2009.

_____
Orestes Castellanos Rodríguez

Afidavit Núm _____

Jurado y suscrito ante mí por Orestes Castellanos Rodríguez, mayor de edad, casado, médico y
residente de Mayagüez, Puerto Rico, a quien conozco personalmente.

En Mayagüez, Puerto Rico, 19 de agosto de 2009.

_____
Lic. Santiago A. Barnegat Del Toro
Notario Público