

## Introducción.....

Durante los últimos 36 (treinta y seis) meses Servicios Integrados de Salud del Sur Oeste, INC. (SISSO) Inc. y la Escuela de Medicina de Ponce (EMP) han negociado y organizado una Corporación sin fines de lucro para la operación eficiente del Centro Médico de Mayagüez, Hospital Dr. Ramón Emeterio Betances (CMMREB). La Corporación va registrada en el Departamento de Estado se conoce como "Medical Educational and Health Services, Inc." (MEDHS Inc.)

MEDHS, Inc. está compuesta por representantes de la Corporación Servicios Integrados de Salud del Sur Oeste, INC. (SISSO) con oficinas en Mayagüez y de la Escuela de Medicina de Ponce (EMP). Además en este modelo se habrá de incorporar representación del Municipio de Mayagüez la cual garantiza el fiel cumplimiento de los acuerdos contractuales entre las partes con el Municipio de Mayagüez. Esto tendrá como resultado una operación garantizada que redundará en beneficio de la comunidad Mayagüezana así como la Región Oeste en términos de la calidad de los servicios medico-hospitalarios.

MEDHS, Inc. tiene como objetivo desarrollar al Centro Médico de Mayagüez, Hospital Dr. Ramón Emeterio Betances en una facilidad Médica Supra-Terciaria de intachable reputación académica en el campo de la salud, así como de servicios médico-hospitalarios a la comunidad. Para ello se desarrollarán todos los programas clínicos que al presente no existen tanto en el área académica como de servicio al paciente.

*...una organización sin fines de lucro al servicio del pueblo"*



## Medical Educational and Health Services, Inc.

MEDHS, Inc., es una corporación sin fines de lucro que tendrá el contrato para operar el Centro Médico de Mayagüez, Hospital Dr. Ramón Emeterio Betances. MEDHS habrá de contratar la Administración del Hospital con Servicios Integrados de Salud del Sur Oeste (SISSO). Además proveerá las facetas de Educación, Investigación y los Servicios Médico-Hospitalarios y de Salud Mental directamente a través de contratos. La Junta de Directores contará con cuatro miembros y operará por consenso. Los miembros de dicha junta serán:

|  |  |
|---|---|
| Dr. Orestes Castellanos | Presidente |
| Dr. Jorge Sánchez | Vicepresidente |
| Sr. Pedro Montes | Secretario y Tesorero |
| Lic. Julio Montalvo | Rep.Esc. de Medicina de Ponce |
| Rep. Municipio de Mayagüez | |

MEDHS, presenta esta propuesta para operar y administrar el Centro Médico de Mayagüez (CMMREB) contratando con el Municipio de Mayagüez por un período de treinta (30) años con un acuerdo de primera opción para operar y administrar por treinta (30) años más. Para propósitos administrativos se contratará a SISSO para administrar el CMMREB. Este contrato será por treinta (30) años con una primera opción para operar por treinta (30) años más al vencimiento del mismo.

MEDHS, contratará los servicios de la Escuela de Medicina de Ponce (EMP) para toda la fase de educación de Médicos, Tecnólogos, Enfermeras y demás Profesionales de la Salud. La Escuela de Medicina de Ponce, (EMP), amparada en su excelencia académica y educativa así como su prestigio



científico habrá de desarrollar los Programas de Residencia así como Servicios Clínicos y de Investigación Médicas.

## Escuela de Medicina de Ponce (EMP)

La Escuela de Medicina de Ponce, (EMO), es una organización sin fines de lucro acreditada por el Consejo de Educación Superior del Gobierno de Puerto Rico, por el Middle State Commission on Higher Education ("Middle State") y el Liaison Committee on Medical Education cuya misión es mantener niveles altos de excelencia en Educación, la Provisión de Servicios y la Investigación Científica Biológica y Conductual. Esta institución tiene un historial de (29) veintinueve años de producción de médicos primarios para todo Puerto Rico y el exterior. Muchos de estos han tomado su especialización en ramas de Medicina Interna, Medicina de Familia y Pediatría

La Escuela de Medicina de Ponce cuenta con Servicios Educativos en los Hospitales Episcopales San Lucas I y II, Dr. Pila y Damas en Ponce, La Concepción en San Germán y Departamento de Veteranos en San Juan. Además, la Escuela de Medicina de Ponce tiene acceso de uso para propósitos académicos a las Clínicas Externas del Departamento de Veteranos en Mayagüez y Ponce. La Escuela de Medicina de Ponce, (EMP), opera directamente dos clínicas en el Área Oeste de Puerto Rico, en Aguadilla y Mayagüez, la última en el Centro Médico de Mayagüez, Dr. Ramón Emeterio Betances en las que provee servicios de salud mental a más de 290,000 vidas de una población cubierta por la Reforma. Estos Centros de Salud Conductual han contribuido significativamente a la misión de la institución de educación y servicio.

*"...una organización sin fines de lucro al servicio del pueblo"*

Amparada en su excelencia educativa y prestigio científico, la Escuela de
Medicina de Ponce, (EMP), comenzó el Programa de Quinta Trayectoria que
durante los últimos años ha preparado y graduado unos 60 estudiantes que
recibieron certificados de graduación de la Escuela de Medicina de Ponce en
una de sus escuelas acreditan cuenta extranjeras acreditadas por el "Liaison
Committee on Medical Education (LCME). Esto ayuda a salvaguardar los
programas de residencias aprobadas y a rescatar a aquellos que se han
retirado voluntariamente de la aprobación por el "Accreditation Council of
Graduate Medical Education", (ACGME).

Una vez que se establezca el Programa de Servicios Médicos, Educación e
Investigación en el Centro Médico de Mayagüez, la Escuela de Medicina de
Ponce (EMP) tiene programado prorrogar un consorcio médico para que
los estudiantes que deseen hacer carreras de medicina en Puerto Rico puedan
hacerlo sin emigrar a otros países. Un estudio ya realizado indica que hay
gran demanda para más lugares de estudiantes en escuelas de medicina que
tengan los recursos y que puedan ofrecer una educación de calidad.

## Programa de Investigación (EMP) en el

La EMP también tiene la capacidad de atraer Estudios de Investigación
Clínica al CMMREB. Estos devengarán recursos económicos para ser
invertidos en otros Programas Educativos e Investigativos. Con la
participación de esta EMP Inc., también se pueden solicitar fondos
Federales para ejecutar obras y mejoras al CMMREB. La presencia de la EMP
en el CMMREB ampliará las oportunidades de Fondos Federales en la zona
de Mayagüez mediante preparación y presentación de propuestas ante
agencias como el National Institute of Health (NIH), Human Health Services
(HHS), Medical Science Foundation (MSF), Environmental Protection Agency
"como organización sin fines de lucro se puede obtener



(HUD), Environmental Protection Agency (EPA), Department of Defense (DOD), National Cancer Institute (NCI), etc., que permitirán la extensión de servicios en la zona, la actividad económica del área y las oportunidades de empleo especializados.

La EMP dirigirá y coordinará un taller educativo para Estudiantes de Medicina y de Salud Mental y, en el futuro, para Residentes de Cirugía, Medicina Interna, Medicina de Familia y Pediatría bajo el costo y responsabilidad de ésta. En tanto y en cuanto, la EMP es la institución requerida por el "Accreditation Council for Graduate Medical Education" para patrocinar todos los Programas de Entrenamiento Postgrado en la Región Suroeste, a través del establecimiento de rotaciones de los Residentes de OB-GYN y de Pediatría en el Hospital San Antonio; éstos también pueden tener experiencias clínicas ambulatorias en el CMMREB. La presencia de residentes y estudiantes en este medio ambiente será de beneficio para éstos entender cómo se trabaja dentro de la Reforma, y para los pacientes ser atendidos más rápidamente por jóvenes al día en sus conocimientos y bajo la supervisión de experimentados profesionales. Además, la presencia de la EMP, sus estudiantes, y facultad capacitada permitirían un ambiente propicio para el establecimiento de Programas Comunitarios y de Investigación que podrían ser subsidiados por Programas Federales que no están accesibles a la municipalidad en el presente. Esto contribuiría no solo al mejoramiento de los sistemas de salud, sino al sistema comunitario y al progreso económico de la ciudad. Pensamos que no habrá ninguna otra dependencia de salud como ésta en todo Puerto Rico.



## Impericia médica

La presencia de programas docentes relacionados a la presencia de una Escuela de Medicina en colaboración directa con el Gobierno Municipal y Estatal, promoverá en el CMMREB legislación para que se otorgue el mismo tipo de cobertura de Impericia Médica ("inmunidad") de la que gozan los centros docentes del Centro Médico Escuela de Medicina de la Universidad de Puerto Rico en Río Piedras, siempre y cuando sea en función de la enseñanza y entrenamiento bajo la supervisión de la EMP.

## Servicios Integrados de Salud del Sur Oeste, Inc.

SISSO, será el responsable del canon de arrendamiento ante MEDHS, estipulado en el contrato con el Municipio de Mayagüez. SISSO será responsable de generar el capital operacional para CMMREB. Su Junta de Directores esta compuesta por:

| | |
|---|---|
| Dr. Edwin Rodríguez Aponte | Presidente |
| Dr. Orestes Castellanos | Vicepresidente |
| Sr. Pedro Montes | Secretario y Tesorero |
| Lcdo. Ivan Millon* | Director Ejecutivo SISSO |
| Sr. Jose R. Colon Berrios* | Director de Finanzas |
| Presidente de Facultad Medica* | |

(*miembros con voz pero sin voto)

La Corporación de Servicios Integrados de Salud del Sur Oeste, INC., cuenta con un equipo de trabajo de profesionales de la salud con más de 50 años de experiencia en la Administración de Servicios de Salud.

- **Lcdo. Iván Millón Sánchez:** Administrador de Servicios de Salud con una extensa experiencia en la prestación de servicios de salud tanto a nivel Federal, Estatal como Municipal. Ostenta de Bachillerato en Administración Comercial con una

*"...una organización sin fines de lucro al servicio del pueblo"*

concentración en "Finanzas y en "Contabilidad" de costo en función," posee una Maestría de la Universidad de Puerto Rico, Recinto de Ciencias Médicas de Río Piedras en "Administración" de "servicios" de "Salud." Tiene estudios en "Ingeniería Mecánica y Relaciones Obrero Patronales. Pertenece al Colegio de Administración de "Hospitales" en Estados Unidos y ha dado varios cursos a administradores e instituciones hospitalarias. Entre sus ejecutorias profesionales está la de pasado presidente de la Health Care Financial Management Association (HFMA); miembro del Colegio Americano de Administradores de Servicios de Salud, Colegio Americano de Ejecutivos de la Salud, y a la Asociación de Hospitales de Puerto Rico. Entre las posiciones que ha ocupado está la de haber sido el primer Director de Salud no médico del Municipio de Ponce; Director Ejecutivo del Hospital Presbiteriano, Director Ejecutivo del Hospital de Área de Caguas, y Director Regional de Bayamón. A nivel académico fungió como Director del Programa de "Administración" de "servicios" de "Salud" y de profesor del Recinto de Ciencias Médicas, Escuela de Salud Pública.

* "José R." Cifuol" apellidos: Posee un bachillerato en Administración de Empresas con una concentración en Contabilidad y Gerencia, además obtiene una Maestría con doble concentración de la Universidad de Phoenix, Arizona y la designación profesional de "Certified Management Accountant," (CMA). Luego de graduarse de la Universidad en 1986, obtuvo una comisión de servicio militar con el Ejército de los Estados Unidos como Oficial de Inteligencia, cumpliendo su servicio activo de "23" semanas, sirvió en múltiples áreas de operación incluyendo Europa, América Central y América del Sur. Se retiró del servicio militar con el rango de Capitán, y su experiencia en contabilidad. Tiene experiencia Gerencial de las Fondos de Virginia y Puerto Rico en contabilidad pública. En el Estado de Virginia tuvo la responsabilidad para el mantenimiento de información financiera de una compañía de energía, y por todos los Fondos.

* Dr. Edwin Rodríguez Aponte: Médico Internista graduado de la Escuela de Medicina de Ponce. Tiene su especialidad en Medicina Interna, con una subespecialidad en Reumatología reconocida en los Estados Unidos de América. Es "...una organización sin fines de lucro al servicio del pueblo"


miembro activo de la Facultad del Hospital Dr. Ramón Emeterio Betances. Fue Presidente de la Facultad Médica de dicha institución. Este es parte del equipo de SISSO que dirigirá los Servicios de Salud de tan prestigiosa institución.

SISSO, estará a cargo de la administración y desarrollo de la Antigua Residencia de Enfermería, además manejará todo arrendamiento (si alguno) de Áreas, Oficinas y Departamentos. SISSO administrará toda tienda, cafetería, estacionamiento y cualquier otro servicio que produzca ganancias dentro del área conocida comúnmente como el Hospital. Además será responsable de la administración de todos lo Departamentos Clínicos y no clínicos además de todos los servicios de apoyo del Hospital.

SISSO tiene como objetivo convertir al Centro Médico de Mayagüez (CMMREB) en un Servicio de Salud Supra-Terciario para ofrecer los programas y servicios de salud especializados tan necesarios en la Región. Esto está en completo acuerdo con la política pública del Municipio de Mayagüez y del futuro establecimiento del Centro de Trauma, el cual habrá de ser piedra angular en el desarrollo de programas académicos de excelencia para beneficio de nuestra comunidad Mayagüezana y la Región Oeste. Ello habrá de contribuir a la disminución de la congestión y hacinamiento en el Centro Médico de Río Piedras en el área de Sala de Emergencias y Trauma.

Como parte importante de nuestra estrategia de negocios hemos contratado a la firma **Comunicadora Nexus**, la cual ha desarrollado un plan de mercadeo y relaciones públicas orientado en atraer a médicos nuevos médicos de prestigio, así como personal de apoyo que por razones ajenas a nuestra voluntad se fueron a practicar a otras instituciones del área; facultad médica que le dió un prestigio en un momento dado al CMMREB. Cabe señalar que mucho de este personal médico y paramédico mantienen una excelente relación con los



miembros de SISSO. En adición dicho programa sumamente abarcador esta también dirigido a pacientes y al personal que labora en el centro.

El Centro Médico de Mayagüez, Dr. Ramón Emeterio Betances será el equivalente y/o superará en su capacidad médica y competitividad académica, al Centro Médico de Río Piedras. Esto es necesario y cónsono con la celebración de los Juegos Centroamericanos y del Caribe en esta ciudad para el año 2010. Esto reafirma nuestro compromiso con el Municipio de Mayagüez y pueblos limítrofes.

SISSO, amparado por la credibilidad de la Banca Comercial de sus accionistas, tiene la capacidad financiera para proveer el capital y ha realizado los acuerdos económicos necesarios para obtener el dinero suficiente para llevar a cabo los trabajos de operación, administración y desarrollo del Centro Médico de Mayagüez. Los accionistas de SISSO a través de sus corporaciones ya han invertido sobre siete (7) millones de dólares en dos de los departamentos del CMMREB, los cuales son el Departamento de Radiología y el Departamento de Radioterapia. Si tomamos en cuenta que en la actualidad Mayagüez Advanced Radiotherapy tiene un contrato de arrendamiento con la corporación que administra el CMM de $ 65,000.00 (sesenta cinco mil dólares) mensuales lo que representa $780,0000.00 (setecientos ochenta mil dólares) anuales o el 87% de la renta que según el contrato con el Municipio debía pagar el incumbente.

Esto demuestra libre de toda duda la capacidad y el respaldo financiero con el que cuenta nuestra organización.

Hemos alcanzado un alto respeto en la comunidad médica por muchas razones, entre ellas, ser el primer grupo en usar Paladio 103 como semilla en el

*"...una organización sin fines de lucro al servicio del pueblo"*



tratamiento de cáncer de próstata con Braquiterapia, haber tratado con éxito los primeros pacientes de neuralgia del trigémino con Neuro-Radiocirugía y ser los únicos en el Caribe con la tecnología para Radioterapia Intraoperativa.

Ese mismo respeto será nuestro.

## Resumen

MEDHS, está compuesta por representantes de la Corporación Servicios Integrados de Salud del Sur Oeste con oficinas en Mayagüez y de la Escuela de Medicina de Ponce y tendrá representación del Municipio de Mayagüez. MEDHS, Inc. proyecta convertir el CMMREB en una operación para que la municipalidad y la Región de Mayagüez logren sus objetivos de salud y los servicios especializados que requiere la región. El proyecto puede ser un modelo para el desarrollo de un Puerto Rico descentralizado en sus servicios de salud terciarios. El CMMREB con la contribución de la EMP puede convertirse en el centro educativo y de adiestramiento de los municipios del Oeste en los años venideros.

El CMMREB proveería servicios ambulatorios de Medicina Interna, Medicina de Familia, Pediatría (que no dupliquen los existentes en la ciudad), Oncología y Genética, Salud Mental, Cirugía, Gastroenterología, Otorrinolaringología (ENT), Ortopedia, Neurocirugía y Emergencia Médicas, entre otros, todos los días de la semana. El desarrollo de un Centro Regional de Trauma para el Oeste complementa este Centro Médico Académico Regional. La Unidad de Hemodiálisis ahora existente cubriría las necesidades de muchos pacientes traumatizados con fracaso funcional de órganos.



La calidad de los servicios de salud se evaluará continuamente por MEDHS, Inc., pero la operación será responsabilidad de SISSO, así como la administración y desarrollo de todos los servicios. Se trabajará bajo un sistema de manejo total de calidad enfocado en la satisfacción de pacientes por los servicios prestados y en los resultados de éstos. Este enfoque nos permitirá tener una correlación entre la satisfacción del usuario y la calidad de los servicios médicos y las recompensas meritorias al proveedor.

MEDHS no entrará en negociaciones de ninguna índole con otras corporaciones que no sean bonafide, que estén endeudadas o cuya reputación sea dudosa según lo determine MEDHS. De igual forma no se arrendará con exclusividad de uso ninguna dependencia o área de servicio que se espera que un Hospital general terciario provea, tales como son Salas de Operaciones, Salas de Cateterismo, Intensivos, Sala de Emergencia y otras de similar o idéntica naturaleza. Esto responde a que las operaciones del Hospital tienen que estar acreditadas por la Joint Commission on Accreditation of Hospital Organizations (JACHO), y MEDICARE además de por el ACGME (Accreditation Council for Graduate Medical Education) y nada deberá poner en riesgo las acreditaciones de los programas de las Agencias Acreditadoras Estatales y Federales que están vigentes o por revisarse.

Por lo tanto, la Administración de Centro Médico de Mayagüez será responsabilidad de la entidad que reconozca MEDHS, quien ya ha determinado que ha de ser Servicios Integrados de Salud del Sur Oeste, Inc. La administración será responsable ante MEDHS por la coordinación con la Escuela de Medicina de Ponce de los talleres de educación médica sub-graduada y graduada y programas (apoyo), de asegurar la integridad de los servicios hospitalarios y las acreditaciones necesarias para que se aprueben

*"...una organización sin fines de lucro al servicio del pueblo"*



todos los programas educativos que existen en el Centro Médico Académico Dr. Ramón Emeterio Betances.

Con la asistencia de la Escuela de Medicina de Ponce se desarrollarán programas académicos de enseñanzas de la medicina con miras a recuperar las residencias Cirugía General, Obstetricia y Ginecología, Pediatría y Programa Transicional que una vez existieron en el Centro Medico de Mayagüez. Se crearán Programas de Residencia nuevos como Medicina de Emergencia y se implantarán nuevamente programas de especialidades tales como Cardiología, Nefrología y Pulmonología, entre otros posibles.

MEDHS mantendrá una política de coordinación y cooperación con la Municipalidad de Mayagüez, particularmente en cuanto a los servicios médicos y la opinión que de ellos tengan los usuarios. Se perseguirá una política de eliminación de costos innecesarios a través de la educación de todo el personal incluyendo los estudiantes y residentes bajo la supervisión y la responsabilidad de la EMP.

## DOCUMENTOS ADICIONALES QUE VALIDAN NUESTRO COMPROMISO.

Como parte de nuestro compromiso con la excelencia en los servicios, la garantía en el proceso y sobre todo la comunicación clara y diáfana pensando siempre en el bienestar del paciente. Es por eso que muy respetuosamente le sometemos lo que entendemos puede ser un documento de trabajo para la transición. El mismo es el siguiente:

*"...una organización sin fines de lucro al servicio del pueblo"*



## AGENDA

- Fecha de entrega de la Facilidad
  Según pautado será el _____
  1. Tiempo de la Transición
  2. Composición del equipo
  3. Duración de la transición
  4. Asegurar la propiedad y los servicios a los pacientes

- Equipos Movibles
  1. Inventario existente al ACC asumir los servicios el 10/2001 según contrato
  2. Inventario de los equipos sustituidos
  3. Listados de todos los "leases" de equipo que tiene ACC
  4. Listado de equipo decomisado
  (Todos los equipos tienen que tener el # de registro, donde están ubicadas, fecha de compra, el suplidor y el precio; debe tener factura)

- Equipo Fijo
  1. Condiciones actuales de los mismos
  2. Reemplazos si alguno
  (Todos los equipos tienen que tener el # de registro, donde están ubicados; fecha de compra, el suplidor y el precio debe tener factura si aplica)

- Informes al momento de la entrega

  1. Censo (listado) de pacientes admitidos
     Sala de emergencia
     Encamados (en cuartos)

  2. Demandas
     Impericia Médica
     Responsabilidad Pública

  3. Status de las Inspecciones
     Medicare
     Clia
     JCAHO

*"...una organización sin fines de lucro al servicio del pueblo"*



MEDHS

Salud Ambiental
Elevadores

- Inventarios de:
    Personal
    Farmacia

    Suplidos Médico- Quirúrgicos
    Comestibles
    Materiales de Mantenimiento
    Materiales de Limpiezas
    Reactivos de laboratorios
    Materiales de oficinas

- Transferencias de Licencias

    Hospital
    Laboratorio
    Farmacia
    Salud Ambiental
    Narcóticos

- Contratos de alquiler de:
    Espacios
    Equipos

- Cualquier otro asunto que sea requerido o de importancia


## Sugerencias:

1. Que se contrate una firma de auditores para que sean los que hagan los inventarios

2. Que aunque la transición se comience el _____ la misma se limite dos semanas o sea no más tarde del _____.

3. Que una vez se determine o se acepten los diferentes renglones los mismos sean transferidos simultáneamente al nuevo dueño.

4. Que a los empleados que actualmente trabajan en el hospital se les emitan contratos por 90 días.

5. Que una vez se sepa la fecha de entrega se contacten los suplidores.

6. Que se soliciten todos los documentos para transferir TODAS las licencias para operar el hospital.

7. Que se segregue el hospital del resto de las facilidades para agua teléfono y electricidad.

8. Que se entregue el 6to piso en condiciones de operarlo.



HEALTH SERVICES INC.


MEDHS

## CONTRATO ENTRE MEDHS-EMP Y SISSO*

CONTRATO DE SUBARRENDAMIENTO Y ADMINISTRACION ENTRE
LAS ENTIDADES PRIVADAS RELACIONADAS AL CONTRATO
ADMINISTRACION DEL CENTRO MEDICO
UNIVERSITARIO DR. RAMON EMETERIO BETANCES
PROPIEDAD DEL MUNICIPIO DE MAYAGÜEZ

DE UNA PARTE: COMPARECE MEDICAL EDUCATIONAL HEALTH SERVICES, INC. (De ahora en adelante MEDHS) y representado en este caso por el Dr. Orestes Castellanos como su Presidente. Corporación sin fines de lucro con oficinas en Mayagüez, Puerto Rico e inscrita debidamente en el Departamento de Estado del Estado Libre Asociado de Puerto Rico. "Los Subarrendadores".

DE LA OTRA PARTE: COMPARECE la Corporación de Servicios Integrados de Salud del Sur Oeste (de ahora en adelante SISSO), y representada en este acto por el Dr. Edwin Rodríguez Aponte, como su Presidente, la cual es una Corporación organizada de acuerdo con las Leyes del Estado Libre Asociado de Puerto Rico con oficina principal en la Ciudad de Mayagüez, Puerto Rico.

DE LA OTRA PARTE: COMPARECE la Escuela de Medicina de Ponce, la cual es una organización sin fines de lucro acreditada por el Consejo de Educación Superior del Gobierno del Estado Libre Asociado de Puerto Rico, por el Middle State Commission and High Education y el Liaison Committee on Medical Education, representada en este acto por su Presidente el Dr. Jorge Sánchez.

Estas dos últimas partes comparecen en calidad de la primera de subarrendataria y la segunda en ser la responsable de proveer niveles altos de excelencia en la Educación Médica, la Investigación Científica, Biológica y Conductual.

### TITULOS

PRIMERO: MEDHS disfruta de la propiedad que se indica como Anejo I de este Contrato en virtud de un contrato de arrendamiento por un término de ............ renovado a un término adicional de ............

SEGUNDA: SISSO es una Corporación con fines de lucro cuya misión es la administración de facilidades de salud.

TERCERA: La Escuela de Medicina de Ponce (de ahora en adelante EMP) es la entidad encargada en este contrato de proveer todos los servicios pedagógicos, educativos, y desarrollo de programas investigativos relacionados a las ciencias médicas y programas de salud en general.

CUARTA: Las partes aquí comparecientes manifiestan tener pleno conocimiento del Contrato efectuado entre MEDHS y el Municipio de Mayagüez en relación a la administración del Centro Médico Universitario Dr. Ramón Emeterio Betances de Mayagüez del Municipio de Mayagüez. Igualmente aseguran tener perfecto conocimiento de todos los términos y condiciones del citado contrato de arrendamiento.

QUINTA: SISSO por el término de la vigencia del contrato de arrendamiento y su prórroga antes mencionada se compromete y se obliga con MEDHS a supervisar y administrar todos y cada uno de los servicios de salud que se ofrezcan en el Centro Médico Académico Dr. Ramón Emeterio Betances (en adelante Centro Médico). Durante la vigencia de este contrato de administración y subarrendamiento, éste no podría ser revocado ni limitado en forma alguna por MEDHS y SISSO hará o procurará que se haga todo lo que conforme a su exclusiva discreción y opinión estime necesario y conveniente para el desarrollo, operación, mantenimiento y ofrecimiento de servicios médicos de excelencia en Centro Médico, lo que se efectuará por SISSO bajo su exclusiva dirección y supervisión, incluyendo los aspectos administrativos. EMP será la responsable de la operación y el mantenimiento de todos y cada uno de los servicios pedagógicos, académicos, en la promoción y el establecimiento del programa de residencias, internados o cualquier otro asunto relacionado con la educación médica de la salud en general. EMP utilizará todas las facilidades del Centro Médico bajo MEDHS libre de costo. Todo equipo, implementos, maquinarias, equipo tecnológico, utensilios médicos, propiedad mueble, o cualquier otro bien ubicado o necesario para operar al Centro Médico de Mayagüez será suplido por SISSO.

### FINANCIAMIENTO Y DESEMBOLSOS

*"...una organización sin fines de lucro al servicio del pueblo"*



**SEXTA:** SISSO queda expresamente autorizada a efectuar, por cuenta y riesgo de esta. Los arreglos económicos que sean necesarios para obtener mediante el pago de los intereses que crea razonable, la cantidad de dinero que necesite para realizar los trabajos de operación, administración y desarrollo del Centro Médico. El capital para la operación del Centro Médico será provisto por SISSO, por lo que toda ganancia de la administración del Hospital y edificios mencionados en el Anejo I serán únicos y exclusivamente de SISSO.--------------------------------------------------------------------------------------------------------------

**SEPTIMA:** EMP, mediante este acuerdo con MEDHS proveerán la administración, educación, investigación y los servicios médicos de salud mental directamente o a través de contratos. EMP procurará que se haga todo lo que conforme a su exclusiva discusión y opinión estimen necesario y conveniente para el desarrollo, operación, mantenimiento y ofrecimiento de Servicio de Salud Mental de excelencia en Centro Médico lo que efectuaría bajo su exclusiva dirección y supervisión incluyendo los aspectos administrativos.----------------------------------------------------------------------------------------------------------------

**OCTAVA:** Para lograr este propósito MEDHS contrata a SISSO, para la administración del CMM. El Contrato será ___con un acuerdo para operar y administrar adicionales y aplicarán todas las cláusulas existentes en el Contrato entre MEDHS y el Municipio de Mayagüez. SISSO será el responsable de la renta al Municipio de Mayagüez, la cual sera de y será responsable de generar el capital para el mantenimiento de la operación del CMM. Por tal razón SISSO tendrá plena autonomía en la administración del CMM, incluirá, pero sin limitarse a, la administración y desarrollo de la Antigua Residencia de Enfermería y el Edificio de Rehabilitación, el desarrollo de la finca de cuarenta (40) cuerdas en donde está situado CMM (mediante contrato alterno). Manejará todo arrendamiento (si alguno) de áreas, oficinas y departamentos. Manejará y administrará toda tienda, Cafetería, Estacionamiento y cualquier otro servicio que produzca ganancias, (dentro del área conocida comúnmente como el Hospital). Será responsable de la administración de todos los Departamentos Clínicos y no clínicos además de todos los Servicios de Apoyo del Hospital. Nombrará los Directores de todos los Departamentos del Hospital. En los Departamentos Clínicos recibirá las recomendaciones de parte de los directivos de la Escuela de Medicina y se escogerán aquellos facultativos que tengan todos los credenciales necesarios para mantener programas de entrenamientos acreditados. MEDHS contrata los servicios de la EMP representada por su excelencia educativa y prestigio científico, continuará con su programa de QUINTA TRAYECTORIA que durante los próximos cinco (5) años ha de necesitar para salvar los Programas de Residencias aprobados y rescatar aquellas que se han retirado voluntariamente de la aprobación por el "Accreditation Council of Graduate Medical Education" (ACGME). La EMP será responsable de traer estudios de investigación clínica al CMM, particularmente en los primeros años de operación de CMM por MEDHS, cuando será necesario traer la estructura pedagógica a una condición operacional óptima y de calidad que definirá al CMM como un Centro Médico Académico por excelencia. En lo que se refiere al antiguo edificio de Terapia Ocupacional o Rehabilitación, este estará a cargo de EMP para la instalación de las Facilidades de Salud Mental y Conductual.------------------------------

**NOVENA:** Es por ello que este preámbulo, la visión, los planes, metas y compromisos que en el mismo se expresan constituyen parte de este contrato, el cual se lleva a cabo sujeto a las siguientes:

------------------------------------CLAUSULAS Y CONDICIONES-------------------------------------------

**DECIMA:** EL MEDHS, INC., transfiere y da en arrendamiento a SISSO, los edificios, los equipos y demás propiedades muebles e inmuebles que se describen en el Anejo I que forma parte de este Contrato (en adelante la Propiedad Arrendada), como todas las actividades y negocios de prestación de Servicios Médicos que llevaba en la misma el Departamento de Salud en el pasado.------------------------------------------------------------------------------------------------------------------------

**UNDECIMA:** MEDHS, INC. representa y garantiza a SISSO que posee los bienes dados en arrendamiento mediante este Contrato que corresponde a las facilidades del Centro Médico de Mayagüez Dr. Ramón Emeterio Betances. Que la propiedad a ser arrendada y sujeta en el presente Contrato equivale a la facilidad médico-hospitalaria equivalente a CUATROCIENTOS SESENTA Y NUEVE MIL CIEN PIES CUADRADOS (469,100 p/c), incluyendo los seis pisos del Edificio Principal, las áreas verdes y estacionamiento aledaño. SISSO someterá a MEDHS, INC un plan para el desarrollo y uso de dichas áreas y edificios, el cual complementará el desarrollo y operación del Hospital. Entre otros MEDHS, INC reconoce y acepta que es necesario que SISSO someta y desarrolle como parte del desarrollo del Centro Médico, un edificio para oficinas médicas. EMP tramitará con el Departamento de Salud el operar y desarrollar en el Centro de Salud Mental, el cual estará ubicado en el anterior edificio de Rehabilitación Vocacional. Dicho referido edificio de Rehabilitación Vocacional será acondicionado y remodelado por EMP a su discreción y conveniencia.----------------------------------------------------------------------

**DECIMO-SEGUNDA:** SISSO se compromete en que mantendrá el nombre de la propiedad arrendada bajo la denominación de Centro Médico Académico, Dr. Ramón Emeterio Betances, reconociendo que MEDHS, INC., podrá añadir una referencia adicional al nombre del Hospital que esté relacionada con el logo y nombre de la Corporación.-----------------------------

**DECIMO-TERCERA: PROPUESTA DE SISSO:** SISSO proyecta convertir a Centro Médico de Mayagüez (CMM) en una operación para que la Municipalidad y la Región de Mayagüez puedan lograr sus objetivos con relación a los Programas de Salud y los servicios especializados que requiere la región, los cuales son altamente compatibles con los de Medical

*"...una organización sin fines de lucro al servicio del pueblo"*



Educational Health Services, Inc. (MEDHS) y la Administración del Municipio de Mayagüez. El proyecto será un modelo para el desarrollo de un Puerto Rico descentralizado en sus Servicios de Salud Terciarios que tan necesarios son en esta Región de la Isla. El capital para la operación del CMM será privado provisto por SISSO por lo que toda ganancia de la Administración del Hospital y edificios mencionados serán única y exclusivamente de SISSO.

**DECIMO-CUARTA:** SISSO mantendrá una política de coordinación y cooperación con la Municipalidad de Mayagüez, particularmente en cuanto a los Servicios Médicos y la opinión que de ellos tengan los usuarios; se perseguirá una política de eliminación de costos innecesarios a través de la educación de todo el personal incluyendo los estudiantes y residentes.

**DECIMO-QUINTA:** SISSO garantiza que tiene el capital suficiente y necesario para las operaciones administrativas, médico-hospitalarias y la prestación de servicios de salud que se incluyen en su propuesta SISSO realizará todas esas actuaciones a plenitud total y a su vez todos los Servicios Administrativos, lo relacionado con la salud, lo médico-hospitalario, terciario y supra-terciario se ofrecerán a tenor con los criterios y normativas más elevadas, eficientes y modernas con la mejor práctica de la medicina y administración e implementación de los Servicios de Salud en Puerto Rico y en los Estados Unidos.

**DECIMO-SEXTA:** SISSO se compromete en mantener todos los Programas de Internado ya establecidos en las facilidades arrendadas y a promover el establecimiento de nuevos Programas Educativos relacionados con la salud como lo son una Escuela de Medicina, Escuela de Enfermería y área de residencia en diversas especialidades.

**DECIMO-SEPTIMA:** Cualquier desvío de las sanas normas de Administración y prestación de Servicios de Salud Médico Hospitalarias Terciarias, Supraterciarias, de su Operación Fiscal y de la Administración en General por parte de SISSO, y/o cualquier desvío en los Servicios de Salud ofrecidos por las entidades que SISSO y/o subcontrate o subarrendé para prestar Servicios de Salud y/o administrativos en las áreas sujetas a este Arrendamiento o Contrato, conllevará que MEDHS, INC. declare incumplido el Contrato disolviendo el mismo inmediatamente.

**DECIMO-OCTAVA:** SISSO garantiza y reconoce que todos los contratos relacionados con las otras entidades que presten servicios a esta en las áreas sujeta a este Arrendamiento y todas aquellas entidades y/o corporaciones que prestaran servicio junto a SISS en las áreas arrendadas, todas quedarán obligadas y sujetas al alcance en vínculos obligacionales de las Cláusulas Contractuales aquí pactadas, y que prestarán servicios junto con SISSO cumplen con la política pública, la protección del interés público y todas las disposiciones expuestas en este Contrato y por la Administración Municipal del Municipio de Mayagüez. El no cumplimiento de estas condiciones, cláusulas conllevará la inmediata resolución de este Contrato.

**DECIMO-NOVENA:** Será responsabilidad de la EMP el asumir todos los costos y gastos relacionados a la Educación Médica, incluyendo sus sueldos, los sueldos de los Facultativos, la Administración Educativa y cualquier otro gasto relacionado con los aspectos y asuntos pedagógicos.

**VIGESIMA:** EMP reconoce que el Recinto de Ciencias Médicas en Mayagüez se establecerá en las facilidades físicas del Centro Médico Académico Dr. Ramón Emeterio Betances de Mayagüez y que se beneficiará del uso y disfrute de las facilidades físicas sin que se facture cargo alguno por el uso de estas. Cualquier otro gasto adicional en cuanto aspecto pedagógico y académico será de la exclusiva responsabilidad de EMP asumirlos.

**VIGESIMO-PRIMERA:** EMP reconoce que asumirá los costos y gastos que engendre la Operación y la Administración Médica-Hospitalaria del Centro Médico Universitario, Dr. Ramón Emeterio Betances de Mayagüez en donde no esté envuelta la labor académica y pedagógica exclusiva de la EMP.

**VIGESIMO-SEGUNDA:** SISSO tendrá derecho a reclamar y recibir los reembolsos de Medicare ("Direct Medical Education e Indirect Medical Education") por los servicios relacionados a Asuntos Pedagógicos y Académicos en cuanto a los residentes y a cualquier otro programa en donde practiquen académicamente profesionales de la salud, entendiendo que esos fondos cubren en parte el aumento en costos que traen los programas de entretenimiento.

**VIGESIMO-TERCERA:** SISSO asegura que puede llevar a cabo todas las obligaciones que mediante este Contrato asume con el MEDHS, INC., sin que viole ninguna Ley o Reglamento Estatal o Federal que le sea aplicable, para mejorar los servicios provistos por sus profesionales, para entrenamiento del personal del presente hospitalario.

**VIGESIMO-CUARTA:** Este Contrato es por un término de **Treinta** años renovable a **Treinta** años adicionales. Comenzando el mismo el __ de __ de 200_ . fecha en que SISSO estaría en posesión de los bienes arrendados. Durante el mismo se podría hacer modificaciones y cambios a este Contrato.

**VIGESIMO-QUINTA:** SISSO considerara para empleo sujeto a lo que se indica a continuación los empleados de carrera, regulares y transitorios que al presente trabajan en la propiedad arrendada, efectivo el primer día en que entren a prestar los servicios, operación y administración de dichas facilidades SISSO a tenor con el listado en nómina.

*"...una organización sin fines de lucro al servicio del pueblo"*



**VIGESIMO-SEXTA:** SISSO tendrá sesenta (60) días para realizar la referida evaluación o determinar la necesidad de mantener los empleados que garanticen una adecuada operación de las Facilidades Médicas-Hospitalarias.------------------------------

**VIGESIMO-SEPTIMA:** SISSO tendrá derecho a cesantear por cualquier causa contemplada en la Ley a los empleados que incumplan un precepto estatuido o doctrinal durante este periodo.----------------------------------------------------

**VIGESIMO-OCTAVA:** SISSO llevará a cabo operaciones contables y financieras de las actividades que se efectúen en la propiedad arrendada de forma independiente y separada de las actividades financieras y contables de cualquier otro negocio y actividad que actualmente opere en Puerto Rico y lo que desarrolle posteriormente en el Centro Médico.--------------------

**VIGESIMO-NOVENA:** SISSO se compromete a obtener a su costo el seguro de terremoto, fuego, inundaciones y huracán sobre las distintas propiedades inmuebles en la propiedad arrendada. SISSO mantendrá una Póliza de Responsabilidad Pública no menor de DOS MILLONES DE DOLARES ($2,000,000.00) para asegurar las operaciones realizadas con este arrendamiento.----------------------------------------

**TRIGESIMA:** SISSO mantendrá sobre los predios arrendados y aquellos anexos a ésta, aquella póliza y cubierta de segura que compensen cualquier daño, perjuicio ocurrido en dichas facilidades----------------------------------------------

**TRIGESIMA-PRIMERA:** Efectivo en la fecha en la que SISSO comience con la operación y administración de la Propiedad Arrendada, ésta (SISSO) tomará todos los récords médicos de los pacientes para poder dar continuidad a los Servicios Médicos de Salud que se ofrecen a dichos pacientes. A la terminación de este Contrato SISSO deberá poner a la disposición de MEDHS, INC., del Centro Médico y el Municipio de Mayagüez dichos récord.------------------------

**TRIGESIMA-SEGUNDA:** SISSO se compromete con MEDHS, para operar y administrar la Propiedad Arrendada brindando servicios médicos hospitalarios a los pacientes en armonía y con las más altas normas conocidas. SISSO se compromete a ofrecer servicios efectivos bajo los Criterios de la Salud y las Leyes del Estado Libre Asociado de Puerto Rico y el Gobierno Federal .

**TRIGESIMA-TERCERA:** SISSO y sus accionistas aseguran que no tienen deuda atrasada o pendiente con el Departamento de Hacienda Estatal o Federal, con el Fondo del Seguro del Estado, Segura por Desempleo, Departamento del Trabajo y Recursos Humanos, Departamento de Salud o AFASS y el Municipio de Mayagüez.----------------------------------

**TRIGESIMA-CUARTA:** SISSO y sus accionistas aseguran que han rendido los Informes y Planillas correspondientes de proceder en su caso, ante las instrumentalidades, Agencias Publicas, Estatales y Federales que la Ley requiere en los últimos CINCO (5) años. Igualmente reconoce que cualquier informe ofrecido en vías de otorgamiento de Contrato, de no ser cierto, se consideraría como violación a una condición esencial de éste, por lo que el Contrato sería terminantemente nulo.------------

**TRIGESIMA-QUINTA:** SISSO se compromete a emplear y mantener en el servicio a los pacientes la cantidad de aquellos profesionales y empleados bien cualificados que sean necesarios y que estén al día en cumplimiento con sus licencias y cualquier requerimiento del Estado. Igualmente se compromete en mantener los empleados administrativos y gerenciales que sean necesarios y competentes para promover una operación eficiente de las Facilidades Arrendadas.----

**TRIGESIMA-SEXTA:** Los subarrendamientos necesarios en vías de proveer y garantizar estos Servicios Profesionales deben ser con compañías de alta solvencia moral y económica y de gran prestigio en la Comunidad.-----------------

**TRIGESIMA-SEPTIMA:** SISSO se compromete a establecer e implantar un Programa relacionado con la protección del Derecho de los Pacientes y establecer un sistema para manejar las Querellas del Paciente y los Empleados.

**TRIGESIMA-OCTAVA:** SISSO se compromete a asumir la responsabilidad y la defensa de toda situación y/o acto que invoque la intervención en foros judiciales, administrativos y legislativos en el ámbito estatal y federal, por lo que, SISSO liberará de toda responsabilidad legal y jurídica a MEDHS, y al Municipio de Mayagüez de toda situación ocurrida en la operación, funcionamiento, administración y predios relacionados con las facilidades aquí arrendadas. ----

**TRIGESIMA-NOVENA:** SISSO se compromete a la operación de los predios arrendados, como área de Negocios de Salud y/o relacionados, y a no permitir en los mismos, transacciones ilegales que vayan en contra de la Política Pública del Gobierno Municipal y/o Estatal.

**CUADRIGESIMA:** SISSO se compromete a obtener, mantener y pagar una Póliza de Seguros que proteja y responda por cualquier reclamación, demanda o procedimiento judicial, acciones civiles, administrativos y cualquiera de las anteriores en y fuera de Puerto Rico, por cualquier daño, gastos, costos y perdidas incluyendo gastos legales y servicios periciales que se radique, impute, alegue u en contra del SUBARRENDATARIO o, incumplimiento de SISSO de sus obligaciones y compromisos bajo este Contrato y por cualquier acto u omisión que sea atribuible a SISSO en la ejecución de este Contrato.

**CUADRIGESIMA-PRIMERA:** SISSO será responsable del pago por concepto de Energía Eléctrica, Agua, Teléfono y Gas.

**CUADRIGESIMA-SEGUNDA:** SISSO igualmente cumplirá con las tareas que el Municipio de Mayagüez le asigne a los fines de mantener la acreditación del Hospital por las Agencias Acreditadoras Estatales y Federales, Junta Acreditadora de Hospitales, Health Care Financial Administration-Peer Review Organization, Licencias y Certificaciones y cualesquiera otras, según la Ley Núm. 101 de 26 de junio de 1965, según enmendada, y todas las otras Leyes y Reglamentos aplicables de Agencias Estatales y Federales. -------

**CUADRIGESIMA-TERCERA:** SISSO vendrá obligado a coordinar con el Director Ejecutivo del Hospital o sus representantes autorizados y con el Director de los Programas relacionados con el mejoramiento de la calidad de los servicios, la participación activa de este y su Facultad Médica en este proceso. Igualmente SISSO vendrá obligado a asignar médicos para la participación activa en diferentes actividades y Comités de la Facultad Médica del Hospital, especialmente los riesgos y optimizar la calidad de los servicios provistos, ante señalamientos al personal médico, sección o departamento, relacionados con ejecutoras por parte de Agencias Estatales Federales, o los Comités Internos del Hospital. --------

**CUADRIGESIMA-CUARTA:** SISSO se compromete a contestar con la mayor diligencia. Consultas provenientes de Sala de Emergencia y Unidades de Intensivo, dentro de los términos establecidos en el Manual de Normas y Procedimientos de dicha área, a partir de la hora en que se notificó. Las Consultas que se generen en la Sala General de los diferentes Departamentos Clínicos, Clínicas Externas y otras áreas se contestarán en un término no mayor de veinticuatro (24) horas. ----

**CUADRIGESIMA-QUINTA:** SISSO será responsable del cuidado médico de las Admisiones a su servicio provenientes de Sala de Emergencias, Clínicas Externas, de las altas, o disposición final del paciente y de los traslados Intra-hospitalarios entre Intensivo y otras Salas o Departamentos del Hospital y de los traslados hacia los hospitales, según acuerdo de transferencia establecido por la Facultad Médica. Cada paciente hospitalizado tendrá asignado un médico de cabecera que será responsable de identificarse con su paciente y del cuidado primario del mismo. Durante las guardias, el médico de guardia se identificará con el paciente y será responsable de la continuidad del cuidado al paciente de acuerdo al plan establecido por el médico de cabecera según dispuesto en el expediente.

**CUADRIGESIMA-SEXTA:** SISSO designará a los médicos responsables de cada servicio y de las guardias, mediante un programa mensual que será de conocimiento de todos los miembros del Departamento y del cual habrá copia disponible el día primero de cada mes en Intensivo, Sala General, Sala de Operaciones, Sala de Emergencia, Clínicas Externas, Administración del Hospital y Cuadro Telefónico. En el mismo estarán disponibles los teléfonos de los Facultativos para la localización pronta de los mismos y del Médico de Guardia first call y second call."

**CUADRIGESIMA-SEPTIMA:** SISSO acuerda prestar servicios en todo momento en estricto cumplimiento

*"una organización sin fines de lucro al servicio del pueblo"*



con las normas aceptadas por la profesión médica para la práctica de la medicina y asegura a las partes que sus servicios serán rendidos de manera responsable y competente, en armonía con las Normas y Reglamentos vigentes del Hospital y la Facultad Médica.----

**CUADRIGÉSIMA-OCTAVA:** SISSO se compromete atender con prontitud, esmero y eficiencia a todo aquel paciente que recurra al Hospital en busca de atención médica independientemente de la capacidad de pago del paciente.----

**CUADRIGÉSIMA-NOVENA:** SISSO no ejercerá discrimen alguno por razones de Raza, Sexo, Edad, Credo Religioso, Creencias Políticas, Condiciones Socio-Económicas, nacionalidad, condición o impedimento Físico Mental.----

**QUINCOAGÉSIMA:** Todas las partes libre y voluntariamente acuerdan que mediante este contrato no se está estableciendo relaciones de patrono o empleado entre éstas y que SISSO actuará y prestará servicios en todo momento como contratista independiente y convienen que ninguno de los miembros de ésta, así como los que trabajen para ésta, reclamarán a la PRIMERA PARTE por concepto de vacaciones, licencias por enfermedad, retiro, póliza de responsabilidad profesional, pagos para el Seguro Federal y Fondo del Seguro del Estado.----

**QUINCOAGÉSIMA-PRIMERA:** SISSO será responsable de asegurar a sus empleados y a todo el personal que preste servicios bajo este Contrato, póliza con el Fondo del Seguro del Estado. Copia de la póliza del Fondo del Seguro del Estado se une y hace formar parte de este contrato.----

**QUINCOAGÉSIMA-SEGUNDA:** Los miembros de SISSO así como los que trabajan para ésta y presten servicios bajo este Contrato, serán Médicos Especializados y certificados por el Tribunal Examinador de Médicos de Puerto Rico, evidencia de cuyo entrenamiento Postgraduado deberán someter a los efectos de que forma parte de este Contrato, una vez dicha documentación sea aprobada por la Facultad Médica del Hospital. --

**QUINCOAGÉSIMA-TERCERA:** Todos los miembros de SISS, así como los médicos que trabajen para esta bajo los términos de este Contrato, deberán poseer y mantener vigente la Licencia para ejercer libremente la profesión de la Medicina en Puerto Rico al igual que el Certificado de "Good Standing", copia de los cuales formarán parte de este Contrato.----

**QUINCOAGÉSIMA-CUARTA:** Igualmente, SISSO se compromete a que sus miembros que presten servicios bajo este Contrato, axial como los médicos que trabajen para esta, mantendrán vigentes sus respectivas Licencias Estatales y Federales para la prescripción de Drogas y Narcóticos, copias de las cuales serán sometidas y formarán parte de este Contrato.----

**QUINCOGÉSIMA-QUINTA:** SISSO será responsable del mantenimiento preventivo del equipo rentado en virtud de este Contrato, el cual se ofrecerá conforme a las recomendaciones del manufacturero.----

**QUINCOAGÉSIMA-SEXTA:** SISSO será responsable de determinar cual personal que preste servicios bajo este Contrato, tiene que vacunarse con la Hepatitis B, porque su ocupación es de Alto Riesgo.----

**QUINCOAGÉSIMA-SEPTIMA:** SISS será responsable de determinar que el personal, que preste servicios bajo este Contrato y que tenga ocupación de alto riesgo, esta debidamente vacunado contra la Hepatitis B, luego de este haber recibido la orientación por escrito para su vacunación.----

**QUINCOAGÉSIMA-OCTAVA:** Al comienzo de este Contrato el ___ de ___ del ___ 2005, SISSO le proveerá al MEDHS, INC., una Certificación a los efectos de que el personal que prestara servicios bajo este Contrato esta debidamente vacunado.----

**QUINCOAGÉSIMA-NOVENA:** SISSO está obligado a requerir a todas las personas que presten servicios bajo este Contrato, Socios, Miembros, Subcontratistas, que provean una Certificación de Deuda Contributiva al igual que todos los documentos requeridos por este Contrato.----

*"una organización sin fines de lucro al servicio del pueblo"*

SEXAGÉSIMA: SISSO certifica por conducto de este Contrato que tiene una Certificación a favor del Departamento de Trabajo en cuanto al pago de las Contribuciones de Pago por Desempleo, Incapacidad Temporal, etc. ...............................

SEXAGÉSIMA-PRIMERA: SISSO en contratación subcontratación, subarrendamiento o cualquier otro vínculo con sociedades, corporaciones o firmas, evitara infligir violar cualquier norma que vaya en protección de las partes contratantes y realizara todos los actos necesarios para evitar que los Directores, Asociados, y/o Empleados de esta entidad incurran en la conducta aquí descrita ...........................

SEXAGÉSIMA-SEGUNDA: SISSO evitara aun la apariencia de las existencias de intereses encontrados ..........

EN TESTIMONIO DE LO CUAL, las partes aquí contratantes suscriben este Contrato se obligan axial a cumplir con todas sus Cláusulas y Condiciones, hoy ................ de ............... de 2006.


_____                    _____
Presidente                                   Presidente
Medical Education & Health Care Services Inc.  Servicios de Salud del Suroeste
Inc.


_____
Presidente
Escuela de Medicina de Ponce

**<u>*Este contrato recoge todos los acuerdos que pueden existir entre las partes<br>
que una vez más ratifica no solo el compromiso sino el tiempo que las<br>
partes han invertido para asegurar el éxito de esta nueva empresa la cual<br>
tenía como norte el bienestar<br>
del pueblo Mayagüezano.</u>**

5 de julio de 2006
Mayaguez, PR

Servicios Integrados de Salud Del Suroeste, Inc
Centro Médico Dr. Ramón Emeterio Betances
Mayaguez, PR 00682

**RE: Proyecto de Administración del Centro Médico, Dr. Ramón Emeterio Betances de Mayaguez.**

Estimados sres:

Según solicitado deseamos informarle que Banco Popular De Puerto Rico está interesado en analizar un posible financiamiento para realizar el proyecto de referencia.

Esperamos que la información suministrada cumpla su propósito.

Cordialmente,

Erasto Moreno
Vicepresidente y Gerente
Suc. Mayaguez Suau



20 de Julio de 2006

SISSO, Inc.
Centro Médico de Mayaguez
Dr. Ramón Emeterio Betances
Mayaguez, P. R. 00680

Estimados señores:

Nuestro banco se encuentra en la mejor disposición de proveer el financiamiento parcial o completo del capital necesario para la operación y administración de Centro Médico de Mayaguez Dr. Ramón Emeterio Betances dentro de un marco financiero responsable y diligente siempre que se cumpla con las disposiciones del plan de desarrollo según presentado por ustedes.

Estamos en espera de su documentación y plan de desarrollo para su evaluación y desición final.

Cordialmente,

Fausto Peña Villegas
Vicepresidente Senior
Región Norte

Firmado en su ausencia por:
Sonia Rivera, Secretaria





**WESTERNBANK**
El Banco del Pueblo

18 de Julio de 2006

Servicios Integrados de Salud del Sur Oeste
PO Box 8043
Mayagüez, PR 00681-8043

Estimado cliente:

Le estamos confirmando el interés de Westernbank Puerto Rico en evaluar el financiamiento para la administración y operación del Centro Médico de Mayagüez, Dr. Ramón Emeterio Betances en Mayagüez, Puerto Rico.

De ustedes resultar seleccionados por el municipio, agradeceremos nos haga llegar todos los detalles del financiamiento solicitado para que el mismo pueda ser evaluado por nuestro Comité de Crédito.

Atentamente,

Ricardo Pou Vendrell
Vicepresidente "Senior"
Departamento Crédito Comercial
Región Noroeste

/elb

PO Box 1180
Mayagüez, PR 00681 - 1180
787. 834.8000
email: westernbank@wbpr.com
www.wbpr.com

# CENTRO IMAGENES DEL OESTE, INC

## FINANCIAL STATEMENTS

### DECEMBER 31, 2005

### TOGETHER WITH AUDITORS' REPORT

## TABLE OF CONTENT

INDEPENDENT AUDITORS' REPORT ON FINANCIAL STATEMENTS      1

FINANCIAL STATEMENTS:

Balance Sheet      2

Statement of Income and Retained Earnings      3

Statement of Cash Flows      4

Notes to Financial Statements      5



**FIGUEROA RIVERA**
*Certified Public Accountant*

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors and Stockholders of
Centro Imágenes del Oeste, Inc.
Mayagüez, Puerto Rico

We have audited the accompanying balance sheet of *Centro Imágenes del Oeste, Inc.* as of *December 31, 2005*, the related statement of income and retained earnings (deficit) and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion thereon based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of *Centro Imágenes de Oeste, Inc.* as of *December 31, 2005*, and the result of its operations, and its cash flows for the year then ended, in conformity with accounting principles generally accepted in the United States of America.

March 15, 2006

License #2940
Expires December 1, 2007

Suite #76 Box 10000,
Cayey, P.R. 00737

Tel. & Fax (787) 263-9459
Cel. (787) 646-2227
email: hfigueroacpa@hotmail.com

# CENTRO DE IMAGENES DEL OESTE, INC.
### Balance Sheet
### December 31, 2008

## ASSETS
**CURRENT ASSETS**

| | |
|---|---:|
| Accounts receivable- | |
| Patient services, net | $357,326 |
| Other | 7,000 |
| Prepaid income tax | 80,495 |
| Total current assets | 444,821 |

**PROPERTY AND EQUIPMENT,**
net of accumulated depreciation
of $93,886

| | |
|---|---:|
| | 166,114 |
| Total assets | $610,935 |

## LIABILITIES AND STOCKHOLDERS' EQUITY
**CURRENT LIABILITIES**

| | |
|---|---:|
| Excess of outstanding checks over book balance | $ 69,461 |
| Amount due under line of credit | 17,574 |
| Current maturity of loan payable | 170,004 |
| Accrued payroll taxes | 7,048 |
| Other liabilities | 324,678 |
| Accrued expenses | 85,042 |
| Total current liabilities | 673,807 |

**LONG-TERM DEBT, loan payable,**
less current maturity shown above

| | |
|---|---:|
| | 283,320 |
| Total liabilities | 957,127 |

**STOCKHOLDERS' EQUITY**
Common stocks, $100 par value; 10,000 shares
authorized, none issued

| | |
|---|---:|
| Retained earnings (Deficit) | (346,192) |
| Total liabilities and stockholders' equity | $ 610,935 |

The accompanying notes are an integral
part of this balance sheet

# CENTRO IMAGENES DEL OESTE, INC
## Statement of Income and Retained Earnings (Deficit)
### For the year ended December 31, 2005

| | |
|---|---:|
| REVENUES - medical services, net of contractual adjustments | $1,221,771 |
| | |
| EXPENSES | |
| Salaries and related payroll taxes | 492,160 |
| Medical supplies | 135,775 |
| Repairs and maintenance | 121,650 |
| Professional fees | 120,055 |
| Rent | 99,500 |
| Depreciation | 43,333 |
| Property taxes and licenses | 32,156 |
| Bank charges | 12,952 |
| Telephone | 7,653 |
| Insurance | 4,281 |
| Office expense | 3,832 |
| Other | 1,080 |
| Interest | 837 |
| Total expenses | 1,075,264 |
| NET INCOME BEFORE INCOME TAX | 146,507 |
| INCOME TAX | - |
| NET INCOME AFTER INCOME TAX | 146,507 |
| RETAINED EARNINGS (DEFICIT), beginning of year | (492,699) |
| RETAINED EARNINGS (DEFICIT), end of year | $(346,192) |

The accompanying notes are an integral
part of these financial statements.

# CENTRO DE IMAGENES DEL OESTE, INC
## Statement of Cash Flows
### For the year ended December 31, 2008

**CASH FLOWS FROM OPERATING ACTIVITIES**

Reconciliation of net income to net cash
used in operating activities – Net income ............................................ $ 146,507

Adjustments to reconcile net income
to net cash provided by (used in)
operating activities – Depreciation ..................................................... 43,333

Changes in assets and liabilities–

| | |
|---|---:|
| Decrease (increase) in accounts receivable – trade | (202,229) |
| Decrease (increase) in accounts receivable – other | - |
| Decrease (increase) in prepaid income tax | (31,907) |
| Increase (decrease) in accounts payable and accrued liabilities | 214,300 |
| Total adjustments | 23,497 |
| Net cash provided by (used in) operating activities | 170,004 |

**CASH FLOWS FROM FINANCING ACTIVITIES**

| | |
|---|---:|
| Repayments to the loans payable | (170,004) |
| Net cash provided by (used in) financing activities | (170,004) |

**NET INCREASE (DECREASE) IN CASH** .................................................... -

CASH, beginning of year .......................................................................... -

CASH, end of year .......................................................................... $ -

The accompanying notes are an integral
part of this financial statement

CENTRO DE IMAGENES DEL OESTE, INC.
Notes to the Financial Statements
December 31, 2011

**1. Operations and summary of significant accounting policies**

(a) *Operations*

Centro de Imagenes Del Oeste, Inc., is a Corporation organized and authorized by the State Department to operate in the Commonwealth of Puerto Rico since 2001. The Corporation is engaged in the radiology business that includes X-Rays radiographies, MRI's among other services that includes analysis and interpretation of the above related exceptions.

(b) *Property and Equipment*

Property and equipment are stated at cost. Depreciation expense is calculated by using the straight-line method over the estimated useful lives of the assets. Expenditures for repairs and maintenance are charged to operations, significant renewals and betterments are capitalized. At the time property and equipment is sold or otherwise disposed of, the cost and related accumulated depreciation or amortization is removed from the books and the resulting gain or loss, if any, is credited or charged to operations.

(c) *Concentration of credit risk*

Financial instruments that potentially expose the Company to concentration of credit risk include cash in a bank in Puerto Rico. The Company maintains cash balances at financial institutions authorized to do business in Puerto Rico. While the Company attempts to limit any financial exposure to no depositor amounts stay at excess at fire clearinary sidelines within. The company has not experienced any losses on such accounts.

(d) *Use in estimates*

The preparation of financial statements in conformity with generally accepted accounting principles in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and reported amounts of revenues and expenses during the reporting period. Actual results could differ from these estimates.

CENTRO DE IMAGENES DEL OESTE, INC
Notes to the Financial Statements
December 31, 2005

## 2. Property and equipment

The following is the composition of property and equipment and the corresponding estimated useful lives at December 31, 2005:

| Description | Estimated Useful Life | |
|---|---|---|
| Equipment | 6 | $ 260,000 |
| Less- accumulated depreciation | | (93,886) |
| Net property and equipment | | $ 166,114 |

## 3. Lease commitment

The Company leases its office and operating facilities in Ramón Emeterio Betance's Hospital at Mayagüez, Puerto Rico under the provisions of operational lease agreement for an initial ten years period ending February 1, 2013, with rent payments of $6,000 for next 24 months, $8,500 for the next 36 months, and $12,000 for the remainder of the base agreement.

Rent expense applicable to this lease for the year ended December 31, 2005, aggregated $99,500. Minimum rent commitments on the above lease for the next seven years are as follows:

| Year Ending December, 31 | Amount |
|---|---|
| 2006 | $102,000 |
| 2007 | 102,000 |
| 2008 | 140,500 |
| Thereafter | 588,000 |
| | $932,500 |

CENTRO DE IMAGENES DEL OESTE, INC.
Notes to the Financial Statements
December 31, 2005

**4. Income tax**

The Company's taxable income is subject to the Puerto Rico income tax at the 20% to 39% rates provided for by the 1994 Puerto Rico Internal Revenue Code, as amended.

**5. Long-term debt**

This account consists of the following obligation:

- Loan payable to a institution in 60 installments of
  $14,167, with an interest rate of .25% over prime rate,
  until August of 2008, collaterized by the common stocks
  of the Corporation                                                                    $453,324

        Less: current portion                                                             170,004
                                                                                          $283,320

The following is a schedule of long-term debt maturities for the year ending December 31,

| | |
|---|---|
| 2007 | $170,004 |
| 2008 | 113,316 |
| | $283,320 |

# MAYAGÜEZ ADVANCED RADIOTHERAPY CENTER, CSP

## FINANCIAL STATEMENTS

### DECEMBER 31, 2005 and 2004

### TOGETHER WITH AUDITORS' REPORT

# TABLE OF CONTENT

INDEPENDENT AUDITORS' REPORT ON FINANCIAL STATEMENTS     1

FINANCIAL STATEMENTS:

  Balance Sheets     2

  Statements of Income and Retained Earnings     3

  Statements of Cash Flows     4

  Notes to Financial Statements     5



**FIGUEROA RIVERA**
*Certified Public Accountant*

### INDEPENDENT AUDITORS' REPORT

To the Board of Directors and Stockholders of
Mayagüez Advanced Radiotherapy Center, CSP
Mayagüez, Puerto Rico

We have audited the accompanying balance sheets of *Mayagüez Advanced Radiotherapy Center, CSP*, as of *December 31, 2005 and 2004*, the related statements of income and retained earnings and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion thereon based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of *Mayagüez Advanced Radiotherapy Center, CSP*, as of *December 31, 2005 and 2004*, and the results of its operations, and its cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

March 15, 2006



License #2940

Expires December 1, 2007

Suite #76 Box 10000,
Cayey, P.R. 00737

Tel. & Fax (787) 263-9459
Cel. (787) 646-2227
email: hfigueroacpa@hotmail.com

# MAYAGÜEZ ADVANCED RADIOTHERAPY CENTER, CSP

## Balance Sheets

### December 31, 2005 and 2004

| ASSETS | 2005 | 2004 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | $ 63,190 | $ 390,579 |
| Accounts receivable- | | |
| Patient services, net of allowance for doubtful | | |
| accounts of $107,750 | 303,375 | 373,935 |
| Others | 1,157,772 | 688,785 |
| Prepaid income tax | 885 | - |
| Total current assets | 1,829,195 | 1,453,299 |
| | | |
| **PROPERTY AND EQUIPMENT,** | | |
| net of accumulated depreciation | | |
| of $711,671 and $589,590 | 503,335 | 455,416 |
| | | |
| **OTHER ASSETS** | 795,029 | 443,285 |
| Total assets | $2,535,860 | $2,352,128 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Current maturity of loans payable | $ 331,404 | $ 331,404 |
| Income tax payable | - | 12,900 |
| Accrued liabilities | 921,121 | 672,366 |
| Total current liabilities | 1,252,525 | 1,016,670 |
| | | |
| **LONG-TERM DEBT,** loans payable, | | |
| less current maturity shown above | 165,323 | 496,728 |
| Total liabilities | 1,417,848 | 1,513,398 |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Common stocks, $100 par value; 10,000 shares | | |
| authorized, none issued | | |
| Retained earnings | 1,487,712 | 1,038,730 |
| Total liabilities and stockholders' equity | $2,535,860 | $2,552,128 |

The accompanying notes are an integral
part of these balance sheets.