# VOLUMEN

# II

**INDEX**

Exhibit 1     Letter of December 17, 2007 from Cardio Service, Inc

Exhibit 2     Letter of December 17, 2007 from Aguadilla Heart Center

Exhibit 3     Letter of December 17, 2007 from Diagnostic Nuclear Medicine

Exhibit 4     E-mail of March 31, 2009

Exhibit 5     E-mail of July 17, 2009

Exhibit 6     Letter of August 4, 2009 from Municipality of Mayaguez

Exhibit 7     Letter of August 10, 2009 from MEDHS

Exhibit 8     Letter of August 19, 2009 from Municipality of Mayaguez

Exhibit 9     Contract between Municipality of Mayaguez and MEDHS, where
              SISSO appears as guarantor

Exhibit 10    Photos of abandoned and/or ruined portions of the hospital

Exhibit 11    E-mail of September 11, 2009 from the Municipality of Mayaguez to
              MEDHS and MEDHS' answer dated September 12, 2009, included
              in reverse order, as kept by e-mail service

Exhibit 12    E-mail of September 27, 2009

Exhibit 13    E-mail of September 30, 2009

Exhibit 14    E-mail of October 7, 2009

Exhibit 15    E-mail of October 12, 2009

Exhibit 16    Agreement for Designation of Representation

Exhibit 17    Answer to "Request for Extension of Time to Submit Financial
              Reports"

Exhibit 18    Letter of October 16, 2009 from MEDHS

Exhibit 19    Letter of November 13, 2009 signed by SISSO's minority
              stockholders, addressed to Dr. Marini, in which the signatories
              confirm the transfer of their ownership interest

Exhibit 20    "Bounced" check and Municipality letter returning it

Exhibit 21    Letter of December 1st, 2009 from MEDHS

Exhibit 22    Letter of December 2, 2009 from SISSO

Exhibit 23    Letter of December 3, 2009

Exhibit 24    Letter of December 8, 2009 from the Municipality's legal counsel to
              MEDHS

Exhibit 25    Letter of December 8, 2009 from MEDHS to SISSO

Exhibit 26    Letter of December 30, 2009 from MEDHS to SISSO

Exhibit 27    Cancellation letter of January 8, 2010

Exhibit 28    SISSO's letter of January 29, 2010 accepting the cancellation

Exhibit 29    Contract between the Municipality of Mayaguez and MMC

Exhibit 30    MEDHS' letter of February 1st, 2010

Exhibit 31    Letter by Attorney Antonio Santos dated February 16, 2010,
              advising the Health Secretary of change of control and requesting
              transfer of licenses

Exhibit 32    Contract between MEDHS and SISSO

Exhibit 33    Contract between MMC and SISSO for Administration of Contract

Exhibit 34    Contract between MEDHS and MARC

Exhibit 35    Complaint MMC v MARC, filed April 15, 2010 before the Court of
              First Instance of the Commonwealth of Puerto Rico, Mayaguez
              Part, Case No. ISCI2010-00546

Exhibit 36    Contract Quiros/Marini for sale of stock, par XXIII

Exhibit 37    Letter of February 16, 2010 requesting cancellation and emission of
              new certificate of need and convenience

Exhibit 10




































Requisitos del contrato                                                          sábado, 12 de septiembre de 2009, 08:47 am
De: "Orestes Castellanos" <ocastellanosrdz@yahoo.com>
A: "Carlos Nieves" <cnieves@qalawpr.com>

Estimado Lcdo. Nieves:

!Saludos!
No tengo problema con sus mensajes. Por el contrario, siempre es bueno saber de ustedes.
Con respecto a los documentos que tengo que entregar, quiero recordarle que para los seguros dependo del inventario del municipio. Al presente no se ha terminado. Los de impericia y los de responsabilidad pública ya están activos y si necesita evidencia de estos, no tengo problema para enviarlo. Con respecto a la carta del banco donde se certifica la cuenta bancaria ya fue entregada. Lo único que falta es la carta del banco donde se certifique la linea de crédito. La misma se le entregara la próxima semana. Todo esto, si la gente de ACCC lo permite. Como sabrá, me han tenido muy ocupado con intervenciones indebidas a los grupos médicos que entrarían con nosotros , llegando a amenazar con demandar a los que vengan al hospital a prestar sus servicios. Aun así estaremos completando los documentos.
Por otro lado tenemos que programar una reunión para presentarle la realidad del hospital ya que rentamos un hospital con 6 pisos y en realidad tenemos solo 3 1/2. Esto nos obliga a evaluar muchas de las clausulas del contrato.

Cordialmente.
Dr Orestes Castellanos Rodriguez

--- El vie 11-sep-09, Carlos Nieves <*cnieves@qalawpr.com*> escribió:

> De: Carlos Nieves <cnieves@qalawpr.com>
> Asunto: Requisitos del contrato
> A: "'Orestes Castellanos'" <ocastellanosrdz@yahoo.com>
> Cc: acevedo.mariam@gmail.com
> Fecha: viernes, 11 septiembre, 2009, 5:25 pm
>
> Estimado doctor Castellanos:
>
> ero que este mensaje lo encuentre bien.  Le escribo para recordarle que MEDHS se encuentra incumpliendo con algunas de las cláusulas del Contrato. Le recuerdo, a modo de ejemplo, que el Contrato le otorgaba siete días (desde la fecha de otorgamiento) a MEDHS para que presentara a la atención del Municipio las pólizas de seguro y la fianza. Además, le recuerdo que las cartas finales del Banco con relación a la línea de crédito y el balance en la cuenta de SISSO nunca fueron sometidas. Lo mismo en cuanto a la resolución corporativa autorizando a emitir acciones, el acuerdo entre accionistas y otros documentos pertinentes.
>
> Agradeceremos nos provea estos documentos a la mayor brevedad o antes del próximo miércoles, 16 de septiembre de 2009.  Esperamos su colaboración con respecto a este asunto.
>
> Reciba un saludo cordial.
>
> CARLOS I. NIEVES-ORTEGA
> Office: (787) 620-6776
> Fax: (787) 620-0646
> cnieves@qalawpr.com
>
> QUIÑONES & ARBONA

**CONFIDENTIALITY NOTE**: Electronic mail from Quiñones & Arbona, PSC. #33 Resolución Street, Doral Bank Plaza Suite 701-A, San Juan, P.R. 00920 Telephone (787) 620-6776; Fax (787) 620-0646. This communication (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs. 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee(s) named above. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Unauthorized interception of this e-mail is a violation of federal criminal law. If you have received this message in error  please immediately reply and notify the sender and delete the message. Thank you
**IRS Circular 230 Disclosure**: In accordance with Sec. 10.35 of IRS Circular 230 requirements, you are advised that, unless otherwise indicated, any discussion of United States federal tax issues in this e-mail (including attachments) is not intended or written to be used  and cannot be used, to avoid penalties imposed under the United States Internal Revenue Code of 1986, as amended, or to promote, market or recommend to another party any transaction or matter addressed herein

Scanned by Centennial PR e-mail Security Management Services powered by Data Center Mail Filters.

 **CORREO** Clásico

Exhibit 13

**ılta de IRS al Hospital.**

miércoles, 30 de septiembre de 2009, 10:41 pm

ᴅe: "Orestes Castellanos" <ocastellanosrdz@yahoo.com>

A: "Carlos Nieves" <cnieves@qslaw.net>

Hoy nos visitaron agentes del IRS los cuales nos informaron que los equipos de ACCC les pertenecen desde el 2001 ya que existe una deuda por mas de 2.5 millones de dolares. Refieren que es de conocimiento del municipio y que es posible que tengan que intervenir en el caso del Municipio y ACCC por lo que podrían pedir que el caso pase a la corte federal.

Lcdo. Necesito que se paute una reunión para discutir estos asuntos y todos los que le mencione en el comunicado anterior. Por alguna razón ya la banca tiene toda esta información y me están llamando diariamente para preguntarme sobre el # real de Habitaciones disponibles en el Hospital, sobre la destrucción de los pisos y como si fuera poco me han preguntado sobre un posible embargo federal.

Necesitamos esa reunión urgentemente.

O. Castellanos.


O. Castellanos.


**¡Obtén la mejor experiencia en la web!**
**Descarga gratis el nuevo Internet Explorer 8**
**http://downloads.yahoo.com/leak8/?l=e1**



CORREO
Clásico

Exhibit 14

**Hospital- Renta.**

miércoles, 7 de octubre de 2009, 11:46 pm

De: "Orestes Castellanos" <ocastellanosrdz@yahoo.com>

A: "Carlos Nieves" <cnieves@qslaw.net>

Saludos!

Durante la pasada reunión se discutieron muchos temas pero el mas importante para nosotros se me quedo en el tintero. A la luz de los hallazgos discutidos con ustedes, entendemos que tenemos que pedir un ajuste significativo en la renta, ya que solo tenemos disponible menos del 50% del hospital para operar y con poca posibilidad inmediata para crecer. La realidad es que aun cuando el Municipio desconocia que la mitad del hospital había sido destruido, la renta y los términos del contrato se discutieron por la totalidad del hospital y no por una fracción del mismo.

Ya que ustedes estarán por Mayaguez la próxima semana, me gustaría que discutieran esto con el Honorable Alcalde antes de nosotros presentar una peticion formal con respecto a lo antes mencionado.

Gracias.

¡Obtén la mejor experiencia en la web!
Descarga gratis el nuevo Internet Explorer 8
http://downloads.yahoo.com/leak8/?l=e1



CORREO Clásico

Exhibit 15

$\mathbf{24}$

Hospital- Renta.

**De:** "Carlos Nieves" <cnieves@qalawpr.com>
**A:** "'Orestes Castellanos'" <ocastellanosrdz@yahoo.com>

lunes, 12 de octubre de 2009, 03:36 pm

Doctor Castellanos:

Es importante que cualquier solicitud de enmienda a los términos del Contrato de Administración y Operación del Hospital sea fundamentada y sometida formalmente a nuestra atención. Le recordamos que dicha enmienda al Contrato, de ser otorgada, se convertirá en un documento público y, por lo tanto, podría ser usada de forma negativa contra MEDHS, SISSO y el Municipio. Por esta razón es de suma importancia que MEDHS someta las justificaciones para la enmienda, así como propuestas que nos permitan asegurarnos de que la enmienda no afecta el propósito principal del Contrato (desarrollo de la infraestructura del Hospital (incluidos los pisos 5 y 6) y los servicios allí suplidos).

Le recordamos también que la revisión al plan de desarrollo y a los modelos económicos que el Municipio le solicitó a MEDHS varias semanas antes de la firma del Contrato fue motivada, precisamente, por que las circunstancias físicas y operacionales del Hospital habían cambiado y podían haber alterado las expectativas (de inversión en infraestructura y en equipos) que informaron las representaciones hechas inicialmente por MEDHS en su propuesta.

Por favor no dude en comunicarse conmigo sobre éste y cualquier otro asunto relacionado al Contrato y/o al Hospital.

Saludos cordiales.

CARLOS I. NIEVES-ORTEGA
:e: (787) 620-6776
Fax: (787) 620-0646
cnieves@qalawpr.com

QUIÑONES & ARBONA

**CONFIDENTIALITY NOTE:** Electronic mail from Quiñones & Arbona, PSC. #33 Resolución Street, Doral Bank Plaza Suite 701-A, San Juan, P.R. 00920 Telephone (787) 620-6776; Fax (787) 620-0646. This communication (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs. 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee(s) named above. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Unauthorized interception of this e-mail is a violation of federal criminal law. If you have received this message in error, please immediately reply and notify the sender and delete the message. Thank you.
**IRS Circular 230 Disclosure:** In accordance with Sec. 10.35 of IRS Circular 230 requirements, you are advised that, unless otherwise indicated, any discussion of United States federal tax issues in this e-mail (including attachments) is not intended or written to be used, and cannot be used, to avoid penalties imposed under the United States Internal Revenue Code of 1986, as amended, or to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Orestes Castellanos [mailto:ocastellanosrdz@yahoo.com]
**Sent:** Wednesday, October 07, 2009 10:47 PM
**To:** Carlos Nieves
**Subject:** Hospital- Renta.

Saludos!

Durante la pasada reunión se discutieron muchos temas pero el mas importante para nosotros se me quedo en el tintero. A la luz de los hallazgos discutidos con ustedes, entendemos que tenemos que pedir un ajuste significativo en la renta, ya que solo tenemos disponible menos del 50% del hospital para operar y con poca posibilidad inmediata para crecer. La realidad es que aun cuando el Municipio desconocía que la mitad del hospital había sido destruido, la renta y los términos del contrato se discutieron por la totalidad del hospital y no por una fracción del mismo.

Ya que ustedes estarán por Mayaguez la próxima semana, me gustaría que discutieran esto con el Honorable Alcalde antes de nosotros presentar una peticion for    on con respecto a lo antes mencionado.

Gracias.

# Medical Education and Health Services, INC.
## Dr. Ramón Emeterio Betances Medical Center

October 8, 2009

Mr. José L. Capó, Principal & General Manager
CAPITAL PM GROUP
PO Box 52263
Toa Baja, PR 00950

Re: Agreement Designation of Representation

Dear Mr. Capó:

Medical Education and Health Services, INC., and Dr. Ramón E. Betances, Medical Center, (MEDHS-REBMC) hereby designates CAPITAL PM GROUP, (CPMG) as "Owner's Representative" to the Commonwealth of Puerto Rico and U.S. Federal Agencies, for the purpose of identifying Gran opportunities, requesting information, developing application documents and submitting applications on behalf of MEDHS-REBMC.

CAPITAL PM GROUP (CPMG) will prepare all required documentation, including budgets, cost estimates, conceptual plans, projected schedules and electronic submissions, required for ay Grant initiative that may be available and applicable.

MEDHS – REBMC agrees to pay CPMG a Fee of 5% of each Grant Amount awarded, for services rendered. Said fee shall be paid upon MEDHS – REBMC's receipt of Grants Funds. No payment will be made until funds are identified and Grants is Awarded.

MEDHS – REBMC also hereby designates CPMG to be the "Program Manager" for the planning, development, design management, procurement coordination, construction management, execution and commissioning of the project(s) for which Grants are awarded. The fees for such Program and Project-Management services will be negotiated separately using request for bids and proposal as a basis of cost negotiation.

MEDHS – REBMC commits to providing in an expeditious manner all administrative documentation that may also be required as the Grantee Solicitor, and to work together with CPMG in this endeavor.

MEDHS – REBMC will provide the following information, assisted by CPMG and/or actions to initiate the Grant Funding Program:

- Obtain an organizational Data Universal Number System (DUNS) number
- Register the organization/institution with central Contractor Registry (CCR)
- Identify the organization's E-Business POC (Point of Contact)
- Confirm the organization's CCR "Marketing Partner ID Number (M-PIN)" password
- Register an Authorized Organization Representative (AOR). (This will be CPMG, José L. Capó, P.E. and/or Eliseo Morales, P.E.)
- Obtain a username and password from the Credential Provider (By CPMG)

**DISCLAIMER:**
**CPMG does not guarantee in any way that any particular federal funds under any program will be awarded. These funds are distributed on a "first come – first served" basis (with the established dates)**

AGREED AND ACCEPTED BY:

JOSE GUILLERMO RODRÍGUEZ
CITY MAJOR

Dr. Orestes Castellanos
President, MEDHS-REBMC

Exhibit 17

Sr. José R. Colón, CMA, MBA
Director de Finanzas
SISSO

María M. Acevedo Reyes, MHSA, ACHE
Consultora y Asesora en Salud
Municipio de Mayagüez
Mayaguez, Puerto Rico, 00681

14 de octubre de 2009

PETICION DE EXTENSION DE TÉRMINO PARA SOMETER INFORMES FINANCIEROS

Referente a su comunido sobre la petición de extensión de término para someter informes financieros, le tengo que indicar que esto representa una enmienda al contrato entre las partes ya establecido.

Según reunión sostenida con el Sr. Héctor Figueroa y el Dr. Orestes Castellanos en el día de ayer, le indiqué que este mes por ser el primero del contrato y existir una falta de información y organización para algunos de los informes que tienen que entregar al Municipio, se podía considerar una prórroga hasta el 29 de octubre de 2009 para la entrega de los mismos.

Se discutió en esa reunión situaciones de hospitales y como se presentaban estos estados financieros correspondientes al mes anterior pero al final de cada mes. También se discutió los problemas de recolección de datos por departamentos y que se debía poner una fecha límite para entregar los mismos.

Acordé entregarle un modelo de formato para que lo evalúe y de si le era efectivo lo utilizará para estos estados financieros.

Por tanto, le informó que cualquier cambió en las cláusulas del contrato referente a estos informes deberá ser solicitado por el Dr. Orestes Castellanos a los asesores legales del Municipio; éstos son el Lcdo. César Miranda y el Lcdo. Carlos Nieves.

Espero ésta información le sea de utilidad.


Cc: Dr. Orestes Castellanos
Presidente MEDHS
Lcdo. César Miranda
Asesor Legal Municipio Mayagüez
Lcdo. Carlos Nieves, Asesor Legal
Municipio de Mayagüez
Lcdo. Iván Millón
Director Ejecutivo SISSO

Exhibit 18

 EDHS

*MEDICAL EDUCATION AND HEALTH SERVICES, INC.*



PMB 391
P.O. Box 7999
Mayagüez, PR 00681

Tel. (787)652-9200
E-mail:medhspr@mail.com

23 de octubre de 2009

*forge 10/23/09*

Lcdo. Iván Millón, MHSA
Director Ejecutivo SISSO

**Asunto: Informes a someterse al Municipio de Mayagüez**

Por este medio y a modo de recordatorio hago constar que la fecha límite establecida en esta ocasión para someter los informes pedidos por el Municipio es el 29 de octubre de 2009. Por lo cual se les cita el martes, 27 de octubre de 2009 a las 10:00 a.m. para discutir los informes. Los mismos serán entregados por MEDHS a la Lcda. María Acevedo, representante del Municipio de Mayagüez, el 29 de octubre de 2009.

Atentamente,

*Sandra Nelly Martínez Torres*
*Administradora MEDHS*

Cc: Lcda. Ivonne Irizarry
     Sr. Héctor Figueroa, CPA

Exhibit 19

13 de noviembre de 2009

Dr. Orlando Marini Román
Presidente SISSO
Centro médico de Mayagüez

Estimado Dr. Marini:

El propósito de esta carta es plasmar por escrito los acuerdos a que llegamos en la tarde de hoy con respecto a nuestra posible participación como accionistas de Sistemas Integrados de Salud del Sur Oeste.

El pasado octubre de este ano ambos firmamos un contrato con el Municipio de Mayagüez, yo en mi carácter de presidente de **Medical education and Health Services** y usted en calidad de presidente de **Sistemas Integrados de Salud del Sur Oeste**. Para esa transacción hubo que hacer una inversión de tres millones de dólares los cuales fueron aportados en su totalidad por usted.

Para poder advenir a la administración del Centro Médico de Mayagüez, se trabajó durante los pasados tres años reclutando a un grupo de médicos que pudieran y estuvieran dispuestos a invertir en una estructura de "Partes Iguales" con la intención de desarrollar al máximo el hospital y que fueran los mismos médicos los que velaran por la salud financiera de la institución. Desgraciadamente y a poco tiempo de que la transacción con el municipio se concretara, los grupos médicos, de alguna manera amedrentada por la pasada administración del hospital, se retiraron, dejándonos a usted y a mí, solos en este proyecto.

El día antes de firmar el proyecto, nos reunimos en su residencia el Sr Pedro Montes García, el Dr. Edwin Rodríguez Aponte y este servidor, para dilucidar la acción a llevar a cabo ante la situación de que todo mundo se había retirado a solo horas de firmar el contrato. Ya que nosotros no contábamos con el dinero para hacer la inversión, acordamos que usted aportaría los tres millones de dólares, de los cuales un millón y medio sería devuelto a usted por nosotros en un periodo de 6 meses sin que se tuviera que pagar intereses, de lo contrario se estaría dando un tiempo adicional pero se estaría fijando intereses a la tasa prevaleciente del mercado al momento de fijarlo.

Debido a que el hospital, por las razones que fueran, no ha podido mantener un censo que le permita allegar el dinero para poder seguir operando y poder pagar la nomina de los empleados, usted estará invirtiendo dinero adicional asumiendo total riesgo en esta empresa. Para ello solicita y nosotros estamos de acuerdo en liberarlo de cualquier compromiso contraído en virtud de los acuerdos antes mencionados y es usted y solo usted el que posee el total de las acciones y el control de la corporación que administra actualmente el hospital. Si en el futuro nosotros estuviéramos en la posición de invertir y usted así nos lo permitiera, podríamos llegar a acuerdos para así hacerlo. Esto último, no es una garantía de que se nos permita de alguna manera, poder invertir en la corporación o participar de forma alguna en la misma.

Para que así conste, tanto el Sr. Pedro Montes García, El Dr. Edwin Rodriguez Aponte como este servidor Dr. Orestes Castellanos Rodríguez firmamos esta carta la cual constituye a su vez un acuerdo enteramente legal entre usted y los que aquí firmamos.

Dr. Orestes Castellanos Rodríguez

Dr. Edwin Rodríguez Aponte

Sr. Pedro Montes García

Exhibit 20



**Departamento de Finanzas**
**Departamento Rentas Públicas**

**17 DE DICIEMBRE DE 2009**

MED DE, INC.
PO BOX 6048
MAYLA STATION
MAYAGÜEZ, P.R 30 699

**ESTIMADO CONTRIBUYENTE:**

LE NOTIFICO QUE EL CHEQUE NUMERO **0579** POR LA CANTIDAD DE **$75,000.00** EL CUAL FUE RECIBIDO EN EL DEPARTAMENTO DE RENTAS PUBLICAS HA SIDO DEVUELTO POR EL BANCO POR *INSUFICIENCIA DE FONDOS*

LE RECORDAMOS QUE EL EXPEDIR CHEQUES SIN FONDOS Y/O CUENTA CERRADA, ES UN DELITO PENABLE BAJO EL ARTICULO 264 DEL CODIGO PENAL DE PUERTO RICO. SE DISPONE EN DICHO ARTICULO UNA PENA DE SEIS (6) MESES DE CARCEL O QUINIENTOS DOLARES ($500.00) DE MULTA O AMBAS A DISCRECION DEL TRIBUNAL.

POR TANTO LE REQUERIMOS EL PAGO DEL CHEQUE ANTES MENCIONADO A LA VEZ QUE LE EXHORTAMOS A QUE EVITE CONTRATIEMPOS Y CUMPLA CON SU OBLIGACION EN EL PLAZO IMPRORROGABLE DE DIEZ (10) DIAS A PARTIR DE LA FECHA DE ESTA COMUNICACIÓN.

DE NO CUMPLIRSE CON EL PLAZO ESTABLECIDO SEGUIREMOS EL PROCESO VIA LEGAL.

CORDIALMENTE,

SRA. MONIQUE N. COLON TORRES
SUPERVISORA RENTAS PÚBLICAS
ere

---

\*221572702\*
11/24/2009
0000266920

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON (C)
STOP PAYMENT



R-0 PREMIER BANK DE PUERTO RICO          0579

Sistemas Integrados de Salud del Sur Oeste, Inc.
PO Box 1043 Marina Street
Mayagüez, PR 00681-6043

RETURN REASON (A)
NOT SUFFICIENT FUNDS

RETURN REASON (C)
STOP PAYMENT
RETURN REASON (B)
UNCOLLECTED FUNDS HOLD

SEVENTY FIVE THOUSAND DOLLARS AND 00/100          ****75,000.00*

GOBIERNO MUNICIPAL DE MAYAGUEZ
Apartado 945 y 106
Mayaguez          PR 00681

*000579*  *221572067*  11-10100141*          *000750000D*

4*: 221572867:          *000 7500000*

*MEDICAL GROUP CLINIC AND HEALTH PROVIDERS, INC*

**Centro Médico Universitario Dr. Ramón Emeterio Betances**
PMB 391
P.O. Box 7999
Mayagüez, PR 00681

Tel. (787)652-9200
E-mail:medhspr@gmail.com

1 de diciembre de 2009

Sr. Randy González
Director de Finanzas
Sistemas Integrados de Salud del Sur-Oeste, Inc.

Estimado Sr. González:

En el día de hoy se personaron a mi oficina el Sr. Heriberto Rodríguez y el Sr. Hugo Fuentes de la Oficina de Finanzas Municipales. La razón de su visita fue para que se les sustituyera el cheque #0579 emitido por SISSO por la cantidad de $75,000.00, correspondientes a la renta del mes de noviembre de 2009. El mismo fue depositado en tres ocasiones y fue devuelto. La primera ocasión por fondos no suficientes, la segunda ocasión fue devuelto por fondos no cobrados y en la tercera ocasión por un Stop-Payment ordenado por su oficina. Los representantes del Municipio llegaron hasta nosotros para indicarnos que esto había ocasionado un problema en el flujo de caja en el Municipio. Ya que desconocen la razón por la cual se detuvo un pago ya efectuado, nos están solicitando que se sustituya el cheque devuelto por la cantidad de $75,000.00 en o antes del viernes, 4 de diciembre de 2009. Le estoy enviando copia del cheque devuelto.

Ya que este pago fue emitido y fue entrado a los libros de finanzas del Municipio, el mismo no entraría a ningún acuerdo que posterior a la emisión de este cheque se llegue con el Municipio, en cuanto a la condonación o moratoria de pagos, ya sea por concepto de rentas o del consumo de utilidades. Esta última información fue provista por las personas antes mencionadas en Representación de la Administración Municipal.

Sin otro particular quedo

Atentamente,

Dr. Orestes Castellanos Rodríguez
Presidente MEDHS

0579

BANCO POPULAR DE PUERTO RICO
San Juan, PR

Distrito J.

MON(A)
...SON (ON (BO)12))

Pague a la
orden de        GOBIERNO MUNICIPAL DE MAYAGUEZ
                Apartado 945 X 306      PR 00681
                Mayaguez

SEVENTY FIVE THOUSAND DOLLARS AND 00/100                    ***75,000.00-
                                                                AMOUNT

RETURN REFUND FUNDS
NOT SUFFICIENT FUNDS
RETURNED FUNDS HOLD
UNCOLLECTED FUNDS

⑈0005790⑈ ⑆221573206⑆:  ⑈♦008080801⑈

⑆:221573206⑆:                    ⑈'0007500000⑈'

⑆:255752573053: 17/06/2009

0090920000

RETURN REASON (C)
STOP PAYMENT

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

221573206
17/24/2009
0000256920



**SISSO**

Centro Médico Dr. Ramón Emeterio Betances

Sistemas Integrados de Salud del Sur Oeste Inc

" una organizacion al servicio de tu salud "

Exhibit 22

2 de diciembre de 2009

Dr. Edwin Rodríguez
Mayaguez Advanced Radiotherapy
P.O. Box 8043,
Mayagüez, P.R. 00681

Estimado doctor Rodríguez:

Saludos cordiales.

Desde inicios de nuestra administración al día de hoy usted ocupa unas facilidades en el Hospital en la cual brindan servicios de Radioterapia. Al día de hoy no se ha hecho el pago de $30,000.00 correspondientes al pago de la fianza y $30,000.00 mensuales por el tiempo de uso, deuda que haciendo a $150,000.00, incluyendo el pago de diciembre 2009.

Esta deuda no ha sido pagada a pesar de haber sido requerida en múltiples ocasiones. Por lo que le solicitamos muy respetuosamente entregue las facilidades en o antes del próximo 15 de diciembre de 2009. Por otro lado y en ánimos de evitar un litigio de usted desalojar el local que ocupa en o antes del día 15 de diciembre 2009, nosotros no procederemos contra ustedes.

Sin nada mas al que referirnos quedamos de usted.

Lcdo. Ramfis Vélez, MHSA
Administrador
SISSO

Cc: Dr. Orestes Castellano
    Sr. Pedro Montes

Exhibit 23

3 de diciembre de 2009

Lcdo. Ramfis Vélez
Administrador SISSO
Centro Médico de Mayagüez

Estimado Lcdo. Vélez:

Acuso recibo de su carta fechada del 2 de diciembre de 2009, en donde hace referencia a que ocupamos unas facilidades en el Hospital y que al presente no hemos hecho el pago de fianza y de mensualidades. Refiere que la deuda haciende a $150,000.00. También en su misiva refiere que la misma no ha sido pagada a pesar de haberse requerido en múltiples ocasiones. Termina su misiva solicitando que entreguemos las facilidades en o antes del día 15 de diciembre de 2009 y presenta una amenaza de acción legal.

En ánimos de aclarar cada uno de sus planteamientos, le ruego que busque en los archivos de su oficina la carta enviada al Lcdo. Millón, por parte de este servidor el día 9 de noviembre de 2009, en donde se le recuerda al Licenciado Millón que el departamento de radioterapia no formó parte de las áreas rentadas a la corporación que usted representa. También se hace referencia a que estaríamos pagando el uso de energía eléctrica y agua ya que, al igual que los demás edificios que forman el Centro Médico, nuestro edificio está conectado a los mismos contadores de agua y electricidad que miden estas utilidades para el hospital. Se le informa que el pago de las utilidades se estaría haciendo tan pronto la corporación pudiera poner en funcionamiento los equipos y se pudiera cobrar el dinero que los planes adeudaban a la corporación. Se le solicitó además que enmendara el documento enviado, aclarando que el pago era por el uso de utilidades y no por renta. Hasta el presente no hemos recibido el documento para ser firmado entre las partes ni comunicado alguno de parte de ustedes, por lo que entendemos que todavía estamos negociando el pago de utilidades el cual, dicho sea de paso, es exageradamente alto para el consumo de este departamento. Esto obligatoriamente nos trae la necesidad de llevar a cabo una reunión entre todas las partes. Déjeme saber las fechas disponibles para llevar a cabo dicha reunión y las personas de su corporación que estarán presente. De nuestra parte estaremos presente el Dr. Edwin Rodríguez Aponte, el Sr. Pedro Montes García, este servidor y nuestra representación legal.

Esperando haber aclarado cada uno de sus planteamientos y en la mejor disposición de reunirnos como fue solicitado, quedo.

Atentamente,

Dr. Orestes Castellanos Rodríguez
CEO, Mayagüez Advanced Radiotherapy Center

Exhibit 24



# QUIÑONES & ARBONA

ATTORNEYS AT LAW

8 de diciembre de 2009

Dr. Orestes Castellanos
Presidente
Medical Education and Health Services, Inc.
PMB 391
PO Box 7999
Mayagüez PR 00681

Estimado doctor Castellanos:

Recientemente recibimos notificación del Departamento de Finanzas del Municipio de Mayagüez, en la cual nos informa que el cheque emitido por Medical Education and Health Services, Inc. (en adelante, "MEDHS") para el pago del canon de arrendamiento por el mes de noviembre de 2009 fue devuelto por el banco por insuficiencia de fondos.

Como usted sabe, MEDHS está obligada a pagar un canon mensual de $75,000 por el arrendamiento del Hospital Dr. Ramón E. Betances, según lo dispone el acuerdo otorgado por ambas partes (*Contrato para la Operación y Administración del Hospital Dr. Ramón E. Betances del Centro Médico de Mayagüez*) (en adelante, el "Contrato"). La devolución del cheque emitido por MEDHS constituye un evento de Falta de Pago bajo el Artículo 5.3 y un Evento de Incumplimiento bajo el Artículo 10.1 del Contrato.

En representación del Municipio, le expreso que esta comunicación constituye la notificación la Falta de Pago dispuesta en el Artículo 5.3 del Contrato. MEDHS cuenta con un término de quince (15) días calendario, contados a partir de la fecha de esta comunicación, para demostrar que MEDHS no ha incurrido en un evento de Falta de Pago o para emitir el pago efectivo del canon de arrendamiento. De no hacerlo según antes explicado, el Municipio podrá proceder con los remedios que el Contrato provee para atender Eventos de Incumplimiento y de Falta de Pago.

Confiamos en su diligente atención a este importante asunto.

Atentamente,

Lcdo. Carlos I. Nieves

DORAL BANK PLAZA – SUITE 701-A, # 33 CALLE RESOLUCIÓN, SAN JUAN, PUERTO RICO 00920
PO BOX 71405, SAN JUAN, PUERTO RICO 00936-8505
TEL. (787) 620-6776 · FAX (787) 620-6777
WWW.QALAWPR.COM