# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MEDICAL EDUCATIONAL & HEALTH SERVICE, INC. <br><br> Debtor | CASE NO.: 10-04905 (BKT) <br><br> CHAPTER 11 |
| MEDICAL EDUCATIONAL & HEALTH SERVICE, INC <br> Plaintiff, <br> v. <br> INDEPENDENT MUNICIPALITY OF MAYAGUEZ, HON. JOSE GUILLERMO RODRIGUEZ, IN HIS PERSONAL AND OFFICIAL CAPACITY, HIS WIFE, MRS. MARISEL MORA GONZALEZ AND THEIR CONJUGAL PARTNESHIP OF PROPERTY, DR. ORLANDO MARINI, MR. JOSE QUIROS, HIS WIFE MARY DOE QUIROS AND THEIR CONJUGAL PARTNERSHIP OF PROPERTY, SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE, INC., MAYAGUEZ MEDICAL CENTER-DR. RAMON EMETERIO BETANCES, INC., MANATI MEDICAL CENTER, INC., MR.JOHN DOE; RICHARD ROE; INSURANCE COMPANIES A, B AND C. <br> Defendants. | ADVERSARY NO.: 10-00148 (BKT) <br><br> RE: BREACH OF CONTRACT, SPECIFIC PERFORMANCE, TORTIOUS INTERFERENCE WITH BUSINESS RELATION, , R.I.C.O., INJUNCTION AND DAMAGES <br><br> PLAINTIFF DEMANDS TRIAL BY JURY |

## MOTION REQUESTING JOINDER OF CASES

**TO THE HONORABLE BANKRUPTCY COURT:**

**COMES NOW** Plaintiff/Debtor Medical Educational & Health Service, Inc. (hereinafter referred to as MEDHS), represented through its undersigned attorney and very respectfully informs the Court that the same set of operative facts and incidents that underlie this action are the same as in Adversary Case

Number 10-00146 (BKT). Thus, the opposite parties' allegations in either case would be compulsory Counterclaims and affirmatives defenses in the other. For said reason it is respectfully requested that the cases be joined and be considered as one. MEDHS Complaint, Adversary Number 10-00148 (BKT) includes persons, natural and others, which would be third party defendants in MMC Complaint. They are being or have been served with MEDHS Complaint, Adversary Number 10-00148 (BKT) and will need to present their respective points of view to the Court.

    RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of September, 2010.

I hereby certify that on September 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/S/Rafael González Vélez
Rafael González Vélez
USDC No. 124311
1806 Calle McLeary
Suite 1-B - Ocean Park
San Juan, Puerto Rico 00911
E-mail: rgvlo@prtc.net
Tel. 787-726-8866
Fax 787-726-8877