IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MAYAGUEZ ADVANCED RADIOTHERAPY CENTER | CASE NO. 10-00148 BKT

Chapter

XXX-XX2077

**FILED & ENTERED ON 03/17/2011**

Debtor(s)

ORDER

The motion filed by Defendants and Third Party Plaintiffs Mayaguez Medical Center-Dr. Ramon Emeterio Betances, Inc. and Sistemas Integrados de Salud del Sur Oeste, Inc. requesting clarification of order and converting pretrial hearing into a status conference (docket #70) is hereby granted. The pretrial hearing scheduled for 3/23/2011 is converted into a status conference.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC:  DEBTOR(S)