IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| MEDICAL EDUCATIONAL AND HEALTH SERVICE, INC. | CASE NO. 10-04905 BKT |
| DEBTOR | |
| | Chapter 11 |
| MEDICAL EDUCATIONAL AND HEALTH SERVICE, INC. | |
| PLAINTIFF | |
| VS. | |
| INDEPENDENT MUNICIPALITY OF MAYAGUEZ, ET ALS. | ADV. NO.: 10-148 |
| DEFENDANTS | |
| VS. | |
| ORESTES CASTELLANOS; PEDRO MONTES | |
| THIRD PARTY DEFENDANTS | |
| XXX-XX2077 | |
| | **FILED & ENTERED ON 03/21/2011** |
| Debtor(s) | |

ORDER

The Motion requesting entry of Order filed on 3/10/2011 [Dkt. No. 65] is GRANTED in part. Attorneys Ortiz and Santos are not parties and therefore, their attendance should be compelled by subpoenas under FRBP 9016. However, once properly served, if there are objections to particular questions because the information sought is privileged, that is not grounds for denying the deposition in its entirety. See FRCP 30(c)(2).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge