# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### Hearing Information:

**Debtor**: MEDICAL EDUCATIONAL AND HEALTH SERVICES INC
**Case Number**: 10-00148-BKT                               **Chapter**:
**Date / Time / Room**: 3/23/2011 9:00 AM
**Bankrupty Judge**: BRIAN K. TESTER
**Courtroom Clerk**: BRENDA E. AGUAYO
**Reporter / ECR**:    INECITA COLLAZO

### Matter:

Status Conference

### Appearances:

LUCAS CORDOVA, ATTORNEY FOR DR. ORLANDO MARINI
RAFAEL GONZALEZ VELEZ, ATTORNEY FOR MEDICAL EDUCATIONAL AND HEALTH SERVICES INC
TESSIE LEAL,  ATTORNEY FOR MUNICIPALITY OF MAYAGUEZ
MIGDA L RODRIGUEZ COLLAZO, ATTORNEY FOR JOSE GUILLERMO RODRIGUEZ AND MARISELA MORA GONZALEZ
JORGE I PEIRATS, ATTORNEY FOR SISTEMAS INTEGRADOS DE SALUD DEL SUR OESTE INC
NELSON ROBLES, ATTORNEY FOR MAYAGUEZ ADVANCED RADIOTHERAPY CENTER

### Proceedings:

**ORDER**

Based on what was stated in open Court, as to adversary 10-148, the motion requesting extension of time (60 days) filed by plaintiff Medical Educational and Health Services Inc. (docket #69) is GRANTED from the filing of the motion; Due by May 14, 2011.

As to adversaries 10-146 & 10-150, the parties are granted until April 12, 2011 to conclude discovery and until May 9, 2011 to file dispositive motions.

SO ORDERED.

```
                                        /S/ BRIAN K. TESTER
                                        U.S. Bankruptcy Judge
```