IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| MEDICAL EDUCATIONAL AND HEALTH SERVICE, INC. | CASE NO. 10-04905 BKT |
| DEBTOR | Chapter 11 |
| MEDICAL EDUCATIONAL AND HEALTH SERVICE, INC. | |
| PLAINTIFF | |
| VS. | ADV. NO.: 10-148 |
| INDEPENDENT MUNICIPALITY OF MAYAGUEZ, ET ALS. | |
| DEFENDANTS | |
| XXX-XX2077 | |
| | **FILED & ENTERED ON 05/18/2011** |
| Debtor(s) | |

ORDER

The motion filed by defendant Dr. Orlando Marini Roman requesting leave to file third party complaint (docket #90) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 18 day of May, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: ALL CREDITORS