IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| MEDICAL EDUCATIONAL AND HEALTH SERVICE | CASE NO. 10-04905 BKT |
|     DEBTOR | |
| MEDICAL EDUCATIONAL AND HEALTH SERVICE | Chapter 11 |
|     PLAINTIFF | |
| MUNICIPALITY OF MAYAGUEZ, ET ALS. | |
|     DEFENDANTS | |
| MAYAGUEZ MEDICAL CENTER - DR. RAMON EMETERIO BETANCES, INC. ET ALS. | |
|     THIRD PARTY PLAINTIFF | |
| PEDRO MONTES, ET ALS. | |
|     THIRD PARTY DEFENDANTS | |
| DR. ORLANDO MARINI | |
|     THIRD PARTY PLAINTIFF | |
| EDWIN RODRIGUEZ, ET ALS. | |
|     THIRD PARTY DEFENDANTS | |

ORDER

The motion filed by Dr. Orestes Castellanos, Mr. Pedro Montes and Dr. Edwin Rodriguez requesting extension of time to answer the third party complaint (docket #142) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11 day of October, 2011.

Brian K. Tester
U.S. Bankruptcy Judge