IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 10-04905 BKT |
| MEDICAL EDUCATIONAL AND HEALTH SERVICES, INC. | |
| DEBTOR | CHAPTER 11 |
| _____ | |
| MEDICAL EDUCATIONAL AND HEALTH SERVICES, INC. | ADV. NO.: 10-0148 |
| PLAINTIFF | |
| VS. | |
| INDEPENDENT MUNICIPALITY OF MAYAGUEZ, ET ALS. | |
| DEFENDANTS | |

**FILED & ENTERED ON 02/26/2015**

ORDER

The motion filed by Mayaguez Advanced Radiotherapy Center requesting a two day postponement in the re-commencement of the trial scheduled for March 2, 2015 (docket #475) is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 26 day of February, 2015.

Brian K. Tester
U.S. Bankruptcy Judge